March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -v-

Willie Dennis,
              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

20 -CR- 623 (__)(__)

Defendant __Willie Dennis__ hereby voluntarily consents to participate in the following proceeding via Tel/videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

**X**    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Willie Dennis/NPK
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Willie Dennis
_____
Print Defendant's Name

_Neil Kelly_
_____
Defense Counsel's Signature

Neil P. Kelly
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

Nov. 19, 2021
_____
Date

_[signature]_
_____
U.S. District Judge/U.S. Magistrate Judge