**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**UNITED STATES COURTHOUSE**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007-1312**

**MEDICAL ATTENTION FORM**

DATE: _11/19/2021_

DEFENDANT: _Willie Dennis_

DOCKET #: _20CR623_

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL**
**CENTER, THE METROPOLITAN DETENTION CENTER,**
**OR ANY OTHER DETENTION FACILITY**:

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed.:

Defendant needs medical attention and prescriptions for high blood pressure, blood thinners, and high cholesterol .

_____
U.S. Magistrate Judge