```
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA
```

        - v -                              20 Cr. 623 (LGS)

**Willie Dennis,**                                   ORDER

```
                Defendant.
------------------------------X
```

Upon the application of the above-captioned defendant, **WILLIE DENNIS**, by and through his attorney, Neil Kelly, Esq. of the Federal Defenders of New York, and with the consent of Sarah Kushner, Esq., on behalf of the Government;

**IT IS ORDERED** that the above captioned defendant, WILLIE DENNIS, be **PRODUCED** by the United States Marshals Service to the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, **on Monday, November 22, 2021,** to be fitted with location monitoring equipment as directed by Pretrial Services.

                                                  **SO ORDERED:**

                                                  _____
                                                  **HONORABLE ONA T. WANG**
                                                  United States Magistrate Judge

```
Dated:    November 19, 2021
          New York, New York
```