**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 24, 2021

> Application Granted in part. The deadline for the parties' joint letter is extended to **December 1, 2021**.
>
> Dated: November 24, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    United States v. Willie Dennis**
         20 Cr. 623

Dear Judge Schofield,

    I write on behalf of Willie Dennis in the above-captioned matter regarding the order the Court entered earlier today, which directed the parties to propose a schedule for discovery, motions, and other dates by Monday, November 29. (Doc. 11.)

    To provide the parties time to meet and confer regarding the disclosures the Government intends to make, to allow the undersigned to confer with Mr. Dennis regarding the same and potential motions,[1] and in light of the intervening holiday, we respectfully request that the Court adjourn the November 29, 2021 deadlines to December 1, 2021.

    The Government consents to this request. The defense consents to the exclusion of time through December 1, 2021 for the above reasons.

    Respectfully submitted,

    /s/ Neil Kelly

    Neil P. Kelly
    Assistant Federal Defender
    (212) 417-8744

cc:    AUSA Sarah Kushner

---

[1] Mr. Dennis was released from Bureau of Prisons custody on the evening of Monday, November 22, and since his release, has been working to acquire a new phone and finalize his housing arrangements in accordance with the terms of his pretrial release.