```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA                                :
                                                            :
                                                            :    20 Cr. 623 (LGS)
                    -against-                               :
                                                            :    SCHEDULING ORDER
    WILLIE DENNIS,                                          :
                                        Defendant,          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the parties filed a letter dated December 1, 2021, stipulating to (i) a date for the production of Rule 16 discovery; (ii) a briefing schedule for the filing of motions; (iii) a preferred week for a pretrial conference; and (iv) making an application to exclude time. (Dkt. No. 14)  It is hereby

**ORDERED** that the stipulated dates are approved in part.  The Government shall produce any Rule 16 discovery by **January 18, 2022**.  It is further

**ORDERED** that the parties shall file a joint status letter on **January 31, 2022**, updating the Court on the status of any outstanding discovery.  It is further

**ORDERED** that Defendant's motion(s), if any, shall be filed by **March 25, 2022**.  The Government's response, if any, shall be filed by **April 15, 2022**.  Defendants' reply, if any, shall be filed by **April 25, 2022**.  It is further

**ORDERED** that the parties shall appear for a status conference on **May 2, 2022, at 11:00 a.m**.  It is further

**ORDERED** that for the reasons stated in the parties' December 1, 2021, letter, the Court finds that the ends of justice served by excluding the time between December 3, 2021, and May 2, 2022, outweigh the best interests of the public and the Defendants in a speedy trial as

provided in 18 U.S.C. 3161(h)(7)(A).  The time between December 3, 2021, and May 2, 2022, is hereby excluded.

    The parties are warned that any discussions regarding the possible disposition of this matter will not stay the aforementioned schedule.

Dated: December 3, 2021
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**