**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 24, 2022

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Willie Dennis**
      **20 Cr. 623 (LGS)**

Dear Judge Schofield,

We write briefly to supplement our January 20, 2022 letter. As mentioned in our previous correspondence, on January 19, 2022, Mr. Dennis received a second opinion on his condition from another surgeon in Florida. The long-form medical records from that visit have since been made available and are being filed under seal in connection with this submission. We respectfully direct the Court to page 3 of the enclosed records, which reflects the surgeon's hernia diagnoses and recommendation of surgery.

Respectfully submitted,

/s/ Neil Kelly

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Sarah Kushner
      Pretrial Services Officer Joshua Rothman

# EXHIBIT J-1 – FILED UNDER SEAL