# EXHIBIT A

| | |
|---|---|
| **From:** | Charles Sweatt |
| **Sent:** | Thursday, April 21, 2022 4:32 PM |
| **To:** | Neil Kelly |
| **Subject:** | RE: Willie Dennis |

Good afternoon Neil,

Ultimately due to Mr. Dennis' case being from the Southern District of New York, our office would defer to Pretrial Services in Southern New York regarding our position. I can say though, Mr. Dennis has had no compliance issues while on bond, and has complied with all location monitoring program, mental health treatment, and substance abuse testing requirements since he's been supervised here in the Middle District of Florida. If you need to discuss by phone at all, please feel free to give me a call tomorrow. With the exception of one visit I need to make first thing in the morning and a brief appointment at noon, I should be free and in the office the rest of the day.

Thank you,



## Charles Sweatt
Intensive Supervision Specialist
United States Pretrial Services
Middle District of Florida
Office:
Cell:

---

**From:** Neil Kelly <Neil_Kelly@fd.org>
**Sent:** Thursday, April 21, 2022 3:45 PM
**To:** Charles Sweatt
**Subject:** Willie Dennis

Mr. Sweatt,

I hope you have been doing well. I wanted to check in regarding Willie Dennis, who I am representing in the Southern District of New York. We intend to request that, in light of Mr. Dennis's continued compliance with his pretrial supervision and his increased caregiving responsibilities for his elderly parents, his home detention condition be lifted or modified to a curfew. I have reached out to Pretrial Services in New York as well, but can you please let me know if you would consent to this request or if you oppose?

I am available to discuss by phone as well, if you have any questions or would like to discuss.

1

Thank you so much,
Neil Kelly


Neil P. Kelly | Assistant Federal Defender
**Federal Defenders of New York, Inc.**
52 Duane Street, 10th Floor
New York, NY 10007
Office: (212) 417-8744
Cell: (646) 335-3785
neil_kelly@fd.org