# EXHIBIT A



**From:** Willie Dennis <woc2020@gmail.com>
**Sent:** Wednesday, February 2, 2022 9:31 PM
**To:**
**Subject:** Nazi rallies in Central Florida spark outrage

I am here.

Governor is not making it clear this is " unacceptable "

Although one attack was caught on "video " as of this evening " no one " has been arrested.

https://www.clickorlando.com/news/local/2022/01/31/nazi-rallies-in-central-florida-spark-outrage/

Sent from my iPad