# EXHIBIT B



-----Original Message-----
From: Willie Dennis <woc2020@gmail.com>
Sent: Wednesday, February 2, 2022 10:37 AM
To:
Subject: World Jewish Population Rises to 15.2 Million | The Jewish Agency

Although small....some good news !
https://www.jewishagency.org/jewish-population-5782


Sent from my iPad