**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 3, 2022

**Via Email**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The parties shall appear for a status conference on **June 28, 2022, at 4:00 pm**. in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Dated: June 7, 2022
New York New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Willie Dennis**
         **20 Cr. 623 (LGS)**

Dear Judge Schofield,

We write pursuant to Rule D.2 of the Court's Individual Rules of Practice to inform the Court that communications between Mr. Dennis and our office have broken down and, as of May 31, 2022, Mr. Dennis has stated unequivocally that he does not wish for Federal Defenders to have any role in his defense. Mr. Dennis has also communicated these views to the Government directly. Mr. Dennis has stated that he wishes to represent himself in this matter.

In order to protect Mr. Dennis's Sixth Amendment right to the effective assistance of counsel or to represent himself, we respectfully request that the Court convene a remote conference as soon as practicable to address Mr. Dennis's request that our office be relieved as his appointed counsel in this matter.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender

Jennifer L. Brown
Attorney-in-Charge
(212) 417-8744/8722

cc:   AUSA Sarah Kushner (via email)
         Mr. Willie Dennis (via email and U.S. Mail)