```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
 UNITED STATES OF AMERICA,                                   :
                                                             :
                          -against-                          :      20 Cr. 623 (LGS)
                                                             :
 WILLIE DENNIS,                                              :      ORDER
                                           Defendant.        :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, as stated in the Scheduling Order at Dkt. No. 38, motions in limine shall be filed by August 12, 2022, and responses to motions in limine shall be filed by August 19, 2022;

WHEREAS, the parties' joint proposed statement as provided in the Court's Individual Rule H.1., joint proposed voir dire, joint proposed requests to charge, and joint proposed verdict sheet shall be filed by September 2, 2022.  Each of the required joint filings shall be prepared by Defendant and the Government collaboratively and note any disagreements between the parties;

WHEREAS, a final pretrial conference will be held on September 19, 2022, at 11:00 a.m. in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007, at which the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire.  In addition, the parties shall be prepared to discuss with the Court the number of trial days needed;

WHEREAS, a jury trial is scheduled to begin on September 28, 2022, at 9:45 a.m. or the Court's first available date thereafter, subject to the availability of courtrooms during the COVID-19 pandemic. The parties shall be ready to proceed on 24 hours' notice on or after September 28, 2022;

WHEREAS, on June 3, 2022, counsel for Defendant Willie Dennis filed a letter stating that Defendant wished to proceed *pro se*;

WHEREAS, a hearing was held in this case on June 28, 2022.  It is hereby

**ORDERED** that, for the reasons stated on the record during the conference, Defendant's request to proceed *pro se* and waive his right to counsel is GRANTED.  Neil Kelly, Jennifer Brown and the Federal Defenders are relieved as counsel for Defendant.  It is further

**ORDERED** that Defendant's request that Anthony Cecutti, CJA counsel on duty, be appointed as stand-by counsel is GRANTED.  It is further

**ORDERED** that, by **July 6, 2022**, the Government shall file a letter updating the Court on the status of Rule 16 discovery and *Brady* disclosure.  The Government's letter shall also address the discovery questions and requests propounded by Mr. Dennis in his correspondence and shall state as to each whether it has been provided, is forthcoming and when, does not exist, or any other reason the Government is not providing the requested item.  It is further

**ORDERED** that, prior to filing any application or motion, the parties shall confer with each other in an effort to resolve the matter by mutual agreement.  Defendant shall communicate with the Government exclusively through Assistant United States Attorneys Marguerite Colson and Sarah Kushner.  It is further

**ORDERED** that, previous applications made by Defendant directly to the Court when he was represented by counsel are denied without prejudice.  Defendant shall file any applications or motions by **July 13, 2022**.  Defendant may file motions in the form of a letter.  The Government shall respond by **July 22, 2022**.  Defendant shall not file any reply unless directed to do so.  After July 13, 2022, any further motions may be denied as untimely except as provided by the

2

Scheduling Order at Dkt. No. 38.

The Government is directed both to mail and email a copy of this Order to the *pro se* Defendant.

Dated: June 29, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**