UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_United States_
Write the full name of each plaintiff or petitioner.

-against-

_Willie Dennis_

Write the full name of each defendant or respondent.

No. 20 CR 623 (LGS)

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _June 30, 2022_

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☒ a computer with internet access and a word processor

    type of computer I will be using: _HP Desktop_

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

   type of word processor I will be using: _____

- ☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- ☒ a scanner to convert documents that are only in paper format into electronic files

   scanning equipment I will be using: **Nicho**

- ☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

   version of PDF reader and writer that I will be using:

   _____

- ☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

**June 30, 2022**
Dated

**Willie** (signature)
Signature

**Willie Dennis**
Name

**6658 Hidden Glade Place    Sanford    Florida    32771**
Address                      City         State      Zip Code

**646-509-6889**
Telephone Number

**WOG2020@gmail.com**
E-mail Address

Application GRANTED. Mr. Dennis may also continue to file documents by emailing them to Temporary_Pro_Se_Filing@nysd.uscourts.gov, in accordance with the April 2, 2020, Addendum to the Court's ECF Rules & Instructions, available on the Court's website.

Dated: July 1, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**