# EXHIBIT C

**Kushner, Sarah (USANYS)**

| | |
|---|---|
| **From:** | Willie Dennis <woc2020@gmail.com> |
| **Sent:** | Saturday, July 2, 2022 8:32 AM |
| **To:** | Colson, Marguerite (USANYS); Kushner, Sarah (USANYS); ▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮; ▮; ▮▮▮▮▮▮▮▮▮▮ |
| **Cc:** | Willie Dennis |
| **Subject:** | [EXTERNAL] Fwd: July 4th -Janet Yellen's Roll Call-Cassidy Hutchinson |

**From:** Willie Dennis <woc2020@gmail.com>
**Date:** 2 July 2022 at 8:12:25 AM GMT-4
**Cc:** Willie Dennis <woc2020@gmail.com>
**Subject: July 4th -Janet Yellen's Roll Call-Cassidy Hutchinson**

Ladies

This 4th of July weekend I am thinking about Cassidy Hutchinson.

Ms. Hutchinson's gave her testimony on Tuesday knowing that her testimony would incur the wrath of powerful men and lead to threats against her physical safety.

" A former Donald Trump administration said she is worried about Cassidy Hutchinson's safety after she gave the January 6 committee the most damming testimony yet against the former President ....Ms Hutchinson's life will never be the same "

https://www.independent.co.uk/news/world/americas/us-politics/trump-cassidy-hutchinson-testimony-white-house-b2111720.html

Ms. Hutchinson's act of putting country over party and her own physical safety is inspiring.

God bless Ms. Hutchinson

btw. This is something so unseemly about a group of men in their 50s 60s and 70s threatening the physical safety of a 26 year old woman.