The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re U.S. v. Dennis, 20 Cr. 623 (LGS)-Application Requesting Return of my iPhone- 646-418-3329

Dear Judge Schofield,

I submit this request for the Court to require the Department of Justice to return my iPhone with the number 6&6-418-3329.

The facts.

The iphone was seized by the Department of Justice on November 16, 2021. On January 24, 2022 I was informed by the Federal Defenders of New York that the Department of Justice had completed its discovery with respect to the iPhone

In making a decision as to this application I respectfully request the Court to consider the only e-mail account that the Department of Justice has permitted me to use during this period is woc2020@gmail.com. That e-mail account is also connected to my cell phone number 646-418-3329. Presumably someone in possession of the phone could access my only active e-mail account and read my e-mails relating to this case as I continue to prepare for trial.

Moreover I am receiving other messages on 646-418-3329 through the other messagimg applications on the phome (ie. Signal and What's Up), some related to this case by parties who are unaware that I do not have possession of my iPhone

I respectfully request that my iPhone be returned to me

Thank you for taking the time to review and consider my requests.

Respectfully submitted,

Willie E. Dennis, Esq
woc2020@gmail.com
646-509-6889
Admitted in New York, New Jersey and the District of Columbia since 1988