UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                                    20 Crim. 623 (LGS)

    WILLIE DENNIS,                                              ORDER
                                  Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Mr. Dennis shall refrain from communicating directly with chambers by email unless directed to do so or unless necessary to protect an overriding interest, such as the protection of privileged or confidential information. All applications, including applications for extensions of time, shall be made by letter and filed by emailing them to Temporary_Pro_Se_Filing@nysd.uscourts.gov, instructions for which can be found on the Court's website (https://www.nysd.uscourts.gov/forms/instructions-filing-documents-email).

       Communications with the Court generally shall be filed on the public docket or, if they must be emailed to chambers directly, with AUSAs Sarah Kushner and Marguerite Colson copied on the email. The only exception is when there is a particular reason why an application should be made *ex parte*. One example of a circumstance in which Mr. Dennis may proceed *ex parte* is an application under Federal Rule of Criminal Procedure 17(b). *Ex parte* applications should still be emailed to Temporary_Pro_Se_Filing@nysd.uscourts.gov, not to chambers directly, and if a filing meets the criteria for filing *ex parte* or under seal, it will not be docketed.

Dated: August 2, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE