UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                  -against-                         :     20 Crim. 623 (LGS)
                                                             :
WILLIE DENNIS,                                               :     ORDER
                               Defendant.    :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 3, 2022, Defendant filed an ex parte application to have subpoenas issued without cost due to his inability to pay and the necessity of the witnesses and/or their documents to his defense pursuant to Federal Rule of Criminal Procedure 17(b).  It is hereby

       **ORDERED** that in order to have his application considered, Mr. Dennis shall file a supplemental ex parte application elaborating on the necessity of these specific witnesses and/or documents to his defense.  Mr. Dennis's supplemental application shall attach completed, proposed subpoenas for each witness for whom he seeks this relief on either Form AO 89 (for trial testimony, see https://www.nysd.uscourts.gov/node/775) or Form AO 89B (for documents, see https://www.nysd.uscourts.gov/node/777).  In drafting his requests, Mr. Dennis shall bear in mind the Court's guidance in its Order dated August 2, 2022, at Dkt. No. 67, that Mr. Dennis shall use the subpoenas only to request specific existing documents or to compel testimony to be used at trial, and he may not use subpoenas to solicit written statements or other materials that the witnesses would have to create, such as lists of names, or to conduct a general fishing expedition.

Dated: August 3, 2022
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**