UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
         -against- : 20 Crim. 623 (LGS)
 :
WILLIE DENNIS, : ORDER
                       Defendant. :
 :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that discovery requests shall be exchanged among the parties, and Mr. Dennis shall not file discovery requests on the docket nor email discovery requests to the Court, unless Mr. Dennis is seeking the Court's intervention, such as in a motion to compel.

Dated: August 8, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                 **UNITED STATES DISTRICT JUDGE**