# EXHIBIT B

Willie E. Dennis, Esq.
█████████
woc2020@gmail.com
August 3, 2022

The Honorable Lorna G. Schofield
United States District Judge
United States District Court Southern District of New York
40 Foley Square
New York, NY 10007

Re: U.S. v. Dennis, 20 Cr. 623 (LGS), Sealed Order- Ex Parte Application

Dear Judge Schofield,

This application is seeking relief ████████████████████████████████████████.

████████████████████████

████████████████████████████████████████████████████████████████

The witnesses listed below are all individuals who I cannot contact because of the current bail conditions in place. The witness testimony is needed to demonstrate the context of the emails on which my indictment is based. I will be deprived of any reasonable opportunity to defend myself unless I can present the context of my emails, which includes the misconduct of the Firm's leadership group, which was not only violating my contractual rights but discriminating against me across several bases, and also subverting the rights and best interests of the Firm and its partners and employees.

Names of Witnesses



