UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WILLIE DENNIS,<br><br>      Defendant. | 20-cr-623 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    The Court had originally scheduled an in-court conference for August 17, 2022, to consider various issues raised by *pro se* defendant Willie Dennis. Mr. Dennis expressly confirmed that he would attend the conference in person. However, on August 15, 2022, Mr. Dennis requested that, for personal reasons, the conference be moved to August 18, 2022 and that he be permitted to participate remotely. The Court agreed to his request and gave Mr. Dennis the option of appearing telephonically at the Court's expense or appearing by videoconference at his own expense. He elected the latter. Accordingly, the Finance Department of the United States District Court for the Southern District of New York shall invoice defendant *pro se* for the cost of this videoconferencing. All other conference participants will attend in person at Courtroom 14-B, 500 Pearl St., New York, NY at 3:00 PM on August 18, 2022.

    SO ORDERED.

New York, NY
August 17, 2022

                                      JED S. RAKOFF, U.S.D.J.