UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

    -v-                                            No.  20-CR-623-JSR

WILLIE DENNIS,

       Defendant.

-------------------------------------------------------x

### Order

The Court has received email correspondence from Willie Dennis requesting "reversal" of the reassignment of his criminal case to Judge Jed Rakoff. This case was reassigned pursuant to the Rule 14 of the Southern District of New York's Rules for the Division of Business Among District Judges. R. for Div. of Bus. 14 ("Any judge . . . may transfer directly any case or any part of any case on that judge's docket to any consenting judge.") There is no provision for an appeal of such a transfer. Accordingly, any further issues regarding trial preparation should be directed to the presiding judge, and the undersigned will not communicate with him further on this matter.

     SO ORDERED.

Dated: New York, New York
       August 18, 2022

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge