UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                           :
UNITED STATES OF AMERICA                   :
                                           :
        -against-                          :        **ORDER**
                                           :
                                           :
  Willie Dennis                            :
                                           :        20cr623 (JSR)
                                           :        Docket #
------------------------------------------x


<u>Hon Jed S. Rakoff, U.S.     </u>, **DISTRICT JUDGE**:
         Judge's Name

The C.J.A. attorney assigned to this case

<u>  Anthony Cecutti             </u> is hereby ordered substituted **as standby counsel**
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u> Karloff Commissiong         </u>, NUNC-PRO-TUNC <u> 8/18/2022      </u>.
                            Attorney's Name

                                        SO ORDERED.

                                        <u>  *Jed S. Rakoff, U.S.D.J.*          </u>
                                           UNITED STATES DISTRICT JUDGE


Dated:   New York, New York    8/19/2022