UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

WILLIE DENNIS,

        Defendant.

---

20-cr-623 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    At a telephone conference held on August 15, 2022, defendant *pro se* Willie Dennis, for personal reasons, belatedly requested permission to participate remotely in the in-court pretrial conference originally scheduled for August 17, 2022, to which he had previously agreed to appear in person. The Court agreed to Mr. Dennis's request and gave Mr. Dennis the option of appearing telephonically at the Court's expense or appearing by videoconference at his own expense. He elected the latter. Accordingly, by order of August 17, 2022, ECF No. 77, this Court ordered the Finance Department of the United States District Court for the Southern District of New York ("Finance Department") to invoice defendant *pro se* for the cost of this videoconferencing. However, at the pretrial conference (which occurred, at Mr. Dennis's request, on August 18, 2022) Mr. Dennis volunteered that he is currently under considerable economic pressure. Upon further reflection, therefore, the Court's costs of Mr. Dennis's remote appearance at the conference held August 18, 2022 will be treated as

1

a court expense, and, accordingly, the Finance Department does not have to bill Mr. Dennis.

    SO ORDERED.

New York, NY  
August 23, 2022

                                       JED S. RAKOFF, U.S.D.J.