```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v-<br><br>WILLIE DENNIS,<br><br>                Defendant. | 20-cr-623 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    For the reasons stated at the telephonic conference of September 23, 2022, see Transcript, 9/23/2022, the motion of John W. Thompson to quash the third-party subpoena (here attached) propounded on him by pro se defendant Willie Dennis is hereby granted, and the subpoena is quashed.

    SO ORDERED.

New York, NY  
September 23, 2022

                                          _____  
                                          JED S. RAKOFF, U.S.D.J.

1

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dennis | ) | Case No. 20 Cr.623 (LGS) |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: John W. Thompson, Lightspeed Venture Partners
2220 Sand Hill Road
Menlo Park, California 94025
650-234-8300
650-234-8333

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Southern District of New York | Courtroom No.: | 1106 |
|---|---|---|---|
| | 500 Pearl Street<br>New York, New York 10007 | Date and Time: | October 11, 2022 at 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

Please see attached.

(SEAL)

CLERK OF COURT

Date: _____          _____
                              _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
_____, who requests this subpoena, are:

Willie Dennis
6858 Hidden Glade Place
Sanford, Florida 32771
woc2020@gmail.com
646-509-6889

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  20 Cr.623 (LGS )

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                *Server's signature*

                                               _____
                                                *Printed name and title*

                                               _____
                                                *Server's address*

Additional information regarding attempted service, etc:

**John W. Thompson -Attachment**

All communications (whether in "hard copy," electronic, or any other form, and including (without limitation) emails, text messages, instant messages, voicemails and any other recordings or recordations) " Communications " from, to or copying any (i) Board Member or officer of Microsoft, including Satya Nadella , Bradford Smith, Hugh Johnston, Charles Scharf, Toni Townes-Whitley and Bruce Jackson, (ii) Dev Stahlkopf, Executive Vice President and Chief Legal Officer of Cisco and former General Counsel of Microsoft (iii) attorney of KL Gates, including Rosemary Alito, Michael Caccese and David Tang, (iv) attorney within the Department of Justice, including Damian Williams, (v) attorney of Covington & Burling, includng Eric Holder, (vi) any attorney of Perkins Coie, including David Perez and Matthew J. Gehringer and ( vii) other person that concern, refer or relate to, or otherwise involve (or involved) Mr Dennis with respect to the following:

1. Your inclusion on the " No Contact List " dated December 1, 2021 prepared by the Department of Justice in connection with U.S. v. Dennis, 20 Cr. 623 (LGS )

2. Bradford Smith's (the President and Chief Legal Officer of Microsoft ) inclusion on the " No Contact List " dated December 1, 2021 prepared by the Department of Justice in connection with U.S. v. Dennis, 20 Cr. 623 (LGS )

3. Dev Stahlkopf's ( the former General Counsel of Microsoft and current Executive Vice President and Chief Legal Officer of Cisco) inclusion on the " No Contact List " dated December 1, 2021 prepared by the Department of Justice in connection with U.S. v. Dennis, 20 Cr. 623 (LGS )

4. Mr.Dennis' letter to the Board of Directors of Microsoft addressed to you dated April 22, 2020 relating to, among other the things, the sexual harrassment by KL Gates partners of women associates at KL Gates.
https://www.law.com/thelegalintelligencer/2018/12/12/at-kl-gates-women-alleged-misconduct-and-left-as-accused-partners-stayed-on/

5. Dev Stahlkopf's e-mail to Mr. Dennis dated May 5, 2020,relating to, among other things, Mr Dennis' communication to you, related to among other things, the sexual harrasment by partners of KL Gates of women associates at KL Gates.

6. Mr Dennis' response to Dev Stahlkopf dated May 5, 2020.

7. Mr. Dennis' e-mails to Bradford Smith and Dev Stahlkop dated October 16, 2020 and October 19, 2020 relating to the possible penetration by agents of the Chinese Communist Party, of the network servers in KL Gates' offices in Beijing, Shanghai, Hong Kong and Seattle.

8. Mr. Dennis' e-mails to Eric Holder of Covington dated January 12, 2021, January 14, 2021, January 17, 2021 and January 20, 2021, relating to the possible penetration by agents of the Chinese Communist Party of the network servers in KL Gates offices' in Beijing, Shanghai, Hong Kong and Seattle.

9. Matthew J. Gehringer's ( Perkins Coie)e-mail to Mr Dennis dated October 27, 2020, relating to the employment by KL Gates of off duty Chicago police officers to provide surveillance of Mr Dennis at a women's conference in September 2019.

10. Mr Dennis' e-mails to Matthew J. Gehringer dated October 27, 2020, November 22, 2020, December 9, 2020, December 16, 2020, December 21, 2020, January 4, 2021, January 8, 2021, January 9, 2021, January 18, 2021 and January 20, 2021.

11. Mr Dennis's e-mails to you in July/ August 2020 relating to Bradford Smith's failure, for his own benefit, to (i) continue to develop the general counsel skills of Dev Stahlkopf and ( ii) promote to the position of Chief Legal Officer, Dev Stahlkopf.

12. Willie Dennis v. K&L Gates LLP, et al., No. 1:20-cv-09393-MK.

Communications includes you or any agents acting on your behalf.

Please provides copies of the following:

1. Retainer Agreement(s) and engagement letters between KL Gates
and Microsoft from 2009 through and including the date hereof, along with any agreements or understandings reflecting either side's stated or agreed upon diversity goals, if any.

2. The annual legal fees paid by Microsoft to KL Gates for the period from January 1, 2009 through and including the date hérof.

3. Copies of any e-mails sent by Mr Dennis to you from April 22, 2020 thru and including September 30, 2020, relating to strategic Microsoft internal and external business issues.