# EXHIBIT A

| | |
|---|---|
| **From:** | Maletta, Jeffrey |
| **To:** | Dennis, Willie E. |
| **Subject:** | Confidential: emails and texts |
| **Date:** | Saturday, January 26, 2019 11:24:41 AM |

Willie:

I have become aware that despite repeated requests to stop, you are once again sending multiple emails to partners around the firm. In many of the emails you repeat allegations which, as we have told you repeatedly, are not true. In some cases you have started texting partners these comments as well. This conduct must stop immediately. At a minimum, it amounts to harassment of some of our partners, and the statements in some cases are defamatory. If you persist, the firm will be forced to take action to protect its partners from this behavior.

I have instructed recipients of these emails not to respond to them. If you have matters you wish to communicate to the firm you may do you by sending emails to me. I will see that others receive the information as appropriate.

Jeff

**Jeffrey B. Maletta**
General Counsel
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
Phone: 202.778.9062
Fax: 202.778.9100
jeffrey.maletta@klgates.com
www.klgates.com

USAO_00196837