# EXHIBIT B

| | |
|---|---|
| **From:** | Maletta, Jeffrey |
| **To:** | Dennis, Willie E. |
| **Subject:** | proposal |
| **Date:** | Tuesday, January 29, 2019 12:34:53 AM |

Willie:

I have been traveling, and have not had the opportunity to review your response with others internally.

I understand you have been sending additional emails making allegations against one or more partners. This must stop.

Jeff

**Jeffrey B. Maletta**
General Counsel
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
Phone: 202.778.9062
Fax: 202.778.9100
jeffrey.maletta@klgates.com
www.klgates.com

USAO_00196845