# EXHIBIT C

| | |
|---|---|
| **From:** | Maletta, Jeffrey |
| **To:** | Dennis, Willie E. |
| **Subject:** | Confidential |
| **Date:** | Wednesday, January 30, 2019 1:44:22 AM |

Willie:

We have repeatedly requested that you refrain from sending emails within the firm containing false allegations against and making demands of other partners, and that you communicate any concerns you may have exclusively to me as the Firm's General Counsel. Unfortunately, you have not honored these reasonable requests and therefore leave us no choice but to take steps to prevent this conduct from continuing.

Effective immediately, your access to the firm's email and IT systems has been suspended. Your key card access to the office has also been suspended, and you should not come into the office until advised that you may do so. We will make arrangements to monitor your inbox and will forward any client related matters to the appropriate lawyers in the firm. We also will forward any personal emails to you at an email address you provide.

We will be making a financial proposal to you shortly as part of an overall separation from the firm. Please provide us with your personal email address where we may send the proposal and otherwise communicate with you. Going forward, with respect to all firm and client related matters, we again request that you communicate exclusively with me or with the Firm's Deputy General Counsel, Chip Tea, at charles.tea@klgates.com.

Willie, it is our intention to work with you cooperatively and in good faith as we attempt to effect an amicable separation. In the meantime, we remind you that as a partner you remain bound by your fiduciary duties and duties of confidentiality to the firm's clients and to the firm itself.

Jeff

**Jeffrey B. Maletta**
General Counsel
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
Phone: 202.778.9062
Fax: 202.778.9100
jeffrey.maletta@klgates.com
www.klgates.com

USAO_00196838