# EXHIBIT D

**Law Offices of**
**Thomas C. Moore, P.C.**
63 White Plains Road
Bronxville NY 10708
(914) 255-0108

tom@thomasmoore.legal
www.thomasmoore.legal

September 20, 2019

<u>**Via Email**</u>

Mr. Willie Dennis
417 West 146th Street
New York, NY 10031

Emailed to:
woc2020@gmail.com
pmglm71947@gmail.com
bllj4848@gmail.com
htdr123@gmail.com
wd66644@gmail.com
ruleethics50@gmail.com

**Re:** <u>**Unlawful Harassment – Final Notice**</u>

Dear Mr. Dennis:

I represent the law firm of K&L Gates LLP (the "firm") in all matters regarding your relationship to the firm and its personnel, including, without limitation, with respect to your continuing unlawful harassment of my clients.

You have been notified repeatedly that your communications directed to firm personnel – many of which contain statements that are false, offensive, menacing and/or threatening – are unwelcome and must stop (*see, e.g.*, Tab A).  Yet, you have persisted in sending them. If you do not immediately cease and desist from all efforts to communicate with firm personnel, the firm and affected individuals will have no alternative but to continue to work with law enforcement and pursue all available lawful remedies, including criminal sanctions.

There is no doubt that your conduct constitutes harassment and menacing. Just since your expulsion from the firm on May 13, 2019, which became necessary in part because of your unrelenting harassment, you have directed more than 1,000 emails, text messages and faxes to scores of individuals in the firm.  Many of the emails and text messages are sent by you in rapid succession, to multiple recipients, at virtually all hours of the day and night, and without response (such that you had to understand the communication was unwelcome).

The content of many of your messages clearly reflects an intent to intimidate and stoke fear in your targeted recipients. For example, while sending numerous emails complaining about perceived mistreatment and disrespect, particularly by women lawyers in the firm, you also have forwarded news headlines about mass shootings and other violence which have nothing to do with firm business. In one you forwarded an article from USA Today with the headline "*At least 4 dead, 2 injured in Southern California stabbing rampage; suspect arrested*" and then added "*The suspect's motive appears to be robbery, <u>anger and hate</u>*" – making a point to emphasize "*anger and hate*" (Tab B).

In others emails you have been more direct in your threats. In one to a woman lawyer of the firm you wrote:

> *Watch all ..because u r up next.*
>
> *People try to help you and you disrespect their assistance.*
>
> *Ok..u need to know what that feels like ..*
>
> *a teaching moment for you.*
>
> \* \* \* \*
>
> *It is going to be thrilling*

In another, you wrote:

> *Liar, Liar ,Liar*
>
> *I am going to pay you back big time.*
>
> *U will never forget*

(Tabs C and D)

In several emails you have referenced religion in ominous and menacing ways. For example, you forwarded an article from ABC News with the headline "*At least 9 dead, 16 injured in mass shooting in downtown Dayton, police say*" and then added "*Heading to service now and will pray on this as well as our issues*" (Tab E). To conflate a mass shooting with whatever you perceive to be your issues with the firm, as you do, is clearly threatening. You also have referred to taking directions from God ("*I am going to attend [worship service] to try to ensure that all actions taken by me are not those of mine ( pettiness ) but rather directions of God*") (Tab F), while also warning just two days earlier that "*time is running out*" (Tab G). To several of the firm's personnel, you directed emails attaching a photo of a Biblical passage which reads in full:

> *Fret not thyself because of evildoers, neither be thou envious against the workers of iniquity.* ***For they shall soon be cut down like the grass, and wither as the green herb.***"

(Tab H, bold in original). In one of those emails, again to a woman lawyer, you added for no apparent legitimate reason: "*but what problems do we have …a lot of innocent people are being killed on US soil.*" And in yet another email, you quote a scripture passage ending "*the wicked He will destroy*" after which you write "*Amen*" (Tab I).

2

USAO_00219371

Your written communications, as troubling as they are, do not represent the limits of your harassing conduct.  You repeatedly confronted a lawyer of the firm at the Corporate Counsel Men of Color conference in Washington, D.C. in June.  During the initial networking reception, you approached the lawyer while he was engaged in a conversation with other attendees.  You appeared agitated and insisted on discussing the firm.  The lawyer politely told you that he did not wish to do so and was there to enjoy the conference, and excused himself.  Between that evening and the next morning, you sent the lawyer a series of approximately 20 text messages, which the lawyer found to be cryptic and difficult to follow.  He again communicated his desire that you leave him alone, by not responding to any of them.

The next morning, the lawyer attended a networking breakfast, eventually joining a table with several other attendees, some of whom he has known for years.  Apparently having been on the lookout for the lawyer, you sent a cryptic email to another lawyer in the firm (who was not at the conference) stating only: "*He just came into the room*" (Tab J).  Thereafter, you sat down at the same table as the lawyer and began complaining loudly about the firm.  Among other things, you accused the lawyer of being "*fake*" and disinterested in diversity.  Despite the efforts of another attendee to try to calm you, you grew louder and more agitated.  The lawyer excused himself and left the table.  As he walked away, he noticed you following and taking unwanted photos of him.  You emailed one of the photos to the firm with no message, presumably as a signal of what you were capable of doing (Tab K).  The lawyer decided to leave the room and wait in the hallway until the conference began.  Again, you followed him.  At that point, the lawyer returned to his room, and – troubled by your behavior – decided to leave the conference altogether.

Separately, you approached another lawyer of the firm in a venue close to its New York office.  The lawyer felt uneasy with this interaction, during which you complained about the firm and indicated that you planned to respond to your expulsion with a campaign of negative publicity.

You also have expressed an intention to confront and harass a woman partner of the firm at the upcoming Corporate Counsel Women of Color (CCWC) conference in Chicago scheduled for next week - September 25-27, 2019 - writing to her in a text message:

> *Hey [female partner],*
>
> *CCWC-Chicago*
>
> *i cannot wait to see you come floating in* ⚲* *
>
> *\* \* \* \**
>
> *How does that sound* *
>
> *i am  gentleman so i am going to save a seat for you at every \*.*
>
> *Nice ?*
>
> *Real leadership needs to publicized !*
>
> *" Tell [female lawyer] I am saving a seat for her* *"*
>
> *\* \* \* \**
>
> *Do you like it clown*
>
> *Your legacy ..Now own it !*

3

September 20, 2019

* * * *

*He brings me the Conference and the [    ] ...and i spit on him and laugh with a glass of wine in hand.*

*Chicago cannot come fast enough*
*or you can commit perjury like the rest of your partners and say " It never happened ".*

*[Female partner] i will hit him with some body blows to get him ready for the boys to take him out ...and my comp will go up. hooray cause i am "the shit"*
*U need to go to church*
*or maybe too late*
*Wake up*

*Maybe they will convince you to testify... i would love that What else do you do for them  *?*
*Here is a napkin ... \**
*Despite my suits ...u know i am from Harlem ..right ?*
*Pls feel free to share ..could provide some good material to build around ..and share after trying help hurt my kids and smear my reputation*
*ok smart ass*

In an email string to that same woman partner, with the subject line "*Humiliation of Me*", you wrote:

*Now you have time to make amends ...otherwise u know i owe you one in*
*Chicago \**

* * * *

*Your humiliation of me in front of Laurie for the [   ]*
*conference was to get me prepared for this round ...right?*
*Lesson learned.*

(Tabs L and M)

Your increasing harassment eventually forced the firm to involve law enforcement, who provided you the courtesy of a warning that your conduct directed at firm personnel constitutes unlawful harassment, that you must stop immediately, and that if you do not stop you may be arrested.   Rather than heed this warning, you have escalated your harassing behavior. Specifically, in the short time since law enforcement visited with you on September 4, 2019,

4

you have sent well over 200 emails and text messages to firm personnel, including a series of vulgar emails – which you copied to others – senselessly attacking one of the firm's women lawyers by falsely insinuating that she is engaged in an extramarital relationship with one of the firm's male lawyers, and subjecting her to other humiliating and degrading commentary. Below are excerpts, with names redacted:

*Tell me about you and [male lawyer]....and don't lie ....now !*

* * * *

*btw*
*When was the last time you two "caught up " ?*
*My kids would love to know*

* * * *

*I hope your friends do not try to*
*use these e-mails to try and incarcerate me*

* * * *

*Pure and innocent*
*yeah ...right*

* * * *

*What is your husband's first name ?*

* * * *

*Is [male lawyer] big ?*

* * * *

*Hi [female lawyer]*
*Are you with [male lawyer] today ?*

* * * *

*Are u guys meeting today ?*

* * * *

*Was it good ?*

* * * *

*[Second male lawyer] did you have a taste ?  \**

* * * *

5

USAO_00219374

*What mischief have you gotten yourself into today ?*

*Any new friends ?  ＊*

*＊ ＊ ＊ ＊*

*Do you know [third male lawyer] better than you know [male lawyer] ?*
*We need to explore that some*

*＊ ＊ ＊ ＊*

*[female lawyer/third male lawyer],*
*Are you guys doing drinks after work today ?*

*＊ ＊ ＊ ＊*

*Maybe [male lawyer] could join and make it a three some.*
*[female lawyer] you good with that ?*

*＊ ＊ ＊ ＊*

*If [second male lawyer] is in [city] maybe he could join as well  ＊*

*＊ ＊ ＊ ＊*

*And [another female lawyer] can oversee all  ＊*

*＊ ＊ ＊ ＊*

*How was the evening ?*

*Fun  ＊*

*＊ ＊ ＊ ＊*

*Did anyone else join the group ?*

*i know it must have been a "hard "but exciting discussion  ＊*

(Tab N)

You also recently sent many other menacing and threatening emails, including ones containing references to the families of firm personnel – asking lawyers for the names of their spouses, where they live, and if their children are safe.  (As to the latter, see collection at Tab O).  In one string to several of the firm's women lawyers, you wrote: *"You have "spat upon " me and my family"* followed with *"I hope all your families are feeling safe and sound tonight."*  (Tab P)  You have also continued to send links to news articles which have nothing to do with the business of the firm or any of its personnel, but rather are exploited by you as veiled cover to cause fear by referencing death and violence (*e.g., "Seems like a few more people will die", "Just a mess and heading toward physical conflict", "A few more needless deaths"* and *"People dying all over"*) (Tab Q).

6

September 20, 2019

Other recent emails from you clearly reflect that you do not take seriously the warning provided you by law enforcement and seem to regard it as a joke or the basis for reprisal.  To one of the firm's women lawyers you wrote:

> *What were you thinking ?*
>
> *Were you thinking ?*
>
> *Who trained. you on leadership ?*
>
> *U know the  \*\*♀\*  \*\*♀\*  came to my house as a result of the things you put in motion.*
>
> *Do you "biscuit head"  have kids ?*
>
> *\* \* \* \**
>
> *oh..someone at my door*
>
> *..it must be the police*

To another lawyer you wrote:

> *Contacting my wife, sending police to my home and stealing my businesses*
>
> *You are fully involved in this.  You want to  wage war on my home*
>
> *No more passes for you . . . .*
>
> *\* \* \* \**
>
> *Let's do it*
>
> *Zero sum*
>
> *What is your wife's name ?*

And to another lawyer you wrote:

> *What are you up to this morning...any more police calls to my home ?*
>
> *Where do you live ?*

And to yet another lawyer, you wrote:

> *Who would want a police  \*\*♀\*  visit at their  \* tonight ?*
>
> *No one.. I thought so*

(Tabs R-U)

As reflected by just the examples above – of which there are many more - your emails and other written communications to firm personnel continue to be harassing and cause for concern in both content and number, and serve no legitimate purpose.  If you do not immediately cease all communications to firm personnel, you will leave the firm with no choice but to reengage with law enforcement.

7

September 20, 2019

USAO_00219376

TAKE NOTICE THAT: HENCEFORTH, any further communications with the firm and its personnel <u>must</u> be addressed <u>solely</u> to me.

I repeat that last point for emphasis: **YOU ARE TO COMMUNICATE WITH NO ONE AT THE FIRM. IN ANY MANNER OR FORM. BY ANY METHOD OR MEDIUM**. You are hereby on notice that I represent the firm and its personnel in **all** of its and their dealings with you, such that, in addition to any and all other available sanctions, contact directly with my clients, rather than me, would violate the New York Code of Professional Responsibility. Furthermore, your communications with me must be for a legitimate purpose and consonant with the Penal Code and the Code of Professional Conduct.

Finally, I note that in some of your emails, including those you have sent to recipients outside the firm, you continue to falsely hold yourself out as a partner of the firm. As you are well aware, you have not been a member of the firm since your expulsion on May 13, 2019. Your false public representation as being a partner of the firm is a plain violation of Rule 7.5(c) of the New York Code of Professional Responsibility. Furthermore, harassing and menacing conduct, in addition to being a violation of New York's Penal Code, is violative of, *inter alia*, Rules 8.4(b), (c) and (h) of the New York Code of Professional Responsibility. *See, e.g., In re Keegan*, 95 A.D.3d 1560 (3rd Dep't 2012) (two year suspension where respondent sent numerous vulgar and profane electronic communications); *Matter of Muller*, 231 A.D.2d 296 (1st Dep't 1997) (six month suspension imposed on attorney for subjecting former girlfriend to numerous harassing telephone calls over a period of time, making misrepresentations about her to discredit her, and posing as a law clerk to harass her at law school); *In re Sims*, 36 A.D.3d 304 (1st Dep't 2006) (respondent's conviction for harassment of a female legal secretary clearly violated RPC 8.4(b)).

The firm expressly reserves all its rights and privileges to take any lawful action.

Very truly yours,

Thomas Moore

Attachments

8

September 20, 2019

USAO_00219377