UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ UNITED STATES OF AMERICA             │
│                                      │
│       -v-                            │
│                                      │
│ WILLIE DENNIS,                       │
│                                      │
│           Defendant.                 │
└─────────────────────────────────────┘
```

20-cr-623 (JSR)

ORDER


JED S. RAKOFF, U.S.D.J.:

For the reasons stated at the telephonic conference of October 4, 2022, see Transcript, 10/4/2022, the motions of Rosemary Alito, Michael Caccese, Neil Kelly, Christopher Reynolds, Paul Sweeney, and David Tang to quash the third-party subpoenas (here attached) propounded on them by pro se defendant Willie Dennis are hereby granted, and the subpoenas are quashed.

SO ORDERED.

New York, NY
October 5, 2022

JED S. RAKOFF, U.S.D.J.

1

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dennis | ) | Case No. 20 Cr.623 (LGS ) |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Rosemary Alito, K &L Gates
      1, Newark Center, 1085 Raymond Blvd
      Newark, New Jersey 07102
      Rosemary.alito@klgates.com
      973-848-4022

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Southern District of New York 500 Pearl Street New York, New York 10007 | Courtroom No.: | 1106 |
|---|---|---|---|
| | | Date and Time: | September 28, 2022 at 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

Please see attached.

_(SEAL)_

_CLERK OF COURT_

Date:   _____

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
_____ , who requests this subpoena, are:

Willie Dennis
6858 Hidden Glade Place
Sanford, Florida 32771
woc2020@gmail.com
646-509-6889

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20 Cr.623 (LGS )

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                      *Server's signature*

                                        _____
                                                      *Printed name and title*

                                        _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

**Brady and Giglilon Material**

**A. Minutes of the Meetings of the Executive Commitee of the Firm**

The minutes of the Executive Committee of the KL Gates ( " KL Gates   " ) , members in attendance, resolutions passed and all communications (whether in "hard copy," electronic, or any other form, and including (without limitation) emails, text messages, instant messages, voicemails and any other recordings or recordations) from, to or copying any member of KL Gates ( " Communications " ) that concern, refer or relate to, or otherwise involve (or involved) Mr Dennis with respect to the following:

1. the suspensión of Mr Dennis from KL Gates  on January 19, 2019;

2. the settlement proposal delivered by KL Gates  to Mr Dennis on January 30, 2019;

3. the expulsion of Mr Dennis from KL Gates  on May 20, 2019;

4. the decision by KL Gates  to file a criminal complaint with the District Attorney;

5. the decision by KL Gates  to file a criminal complaint with the Southern District;

6. the decision by KL Gates  to hire a private investigation firm to surveil Mr Dennis at the Corporate Counsel Women of Color at its annual conference in September of 2019

7. the decision by KL Gates  to alter the compensation arrangement between Mr Dennis and Robert Matlin ;

8. the decision and rational supporting KL Gates' refusal  KL to not meet with Bruce Jackson of Microsoft during all of 2018.

9. the decision by KL Gates not to institute my  suggestions of " best practices" with respescf to sexual harrasment complaints made by women attorneys of KL Gates

To the extent there were no KL Gates executive committee meetings with respect to these matters, the persons who made such decisions and the basis of their authority should be identified . Such materialmust include the communications between, among others, Rosemary Alito ( Executive Committee member and the Global Head of KL Labor and Employment practice)  Michael Cacesse, James Segerdhal and David Tang.

**B. Sexual Harrassment**

1 All communications between the members of the Executive Committee of KL Gates relating to Mr Dennis request after reviewing this article in December 2018 https://www.law.com/thelegalintelligencer/2018/12/12/at-kl-gates-women-alleged-misconduct-and-left-as- accused-partners-stayed-on/, for a more transparent sexual harassment process within KL Gates .

2 The names of all partners of KL Gates who had sexual harrassment complaints file against them ( We need to determine if any of the witnesses testifying against me were accused of sexual harassment )

3 All e-mails between the members of Executive Commmitte of KL Gates  in connection with the article written by Alexis Shane entitled ": K& L Gates Calls Former Partner Serial Harrasser " Law360 dated, November 20, 2020

4 All e-mails between all the members of the Executive Commiee of KL Gates  relating to the article entitles "K&L Gates Ex-Partner's Bias Suit Stayed For Arbitration"
By Marco Poggio Law360 (March 25, 2021)

## C. Compensation

1. The names of the partners of KL Gates who were allocated Mr Dennis' business origination credits after his expulsion on May 20, 2019, including the names of the clients ( We need to determine if any of the witnesses financially benefited from the complaints filed against me );

2 The names of the partners of KL Gates who serviced Mr Dennis' clients after his suspension on January 19, 2019;

3. Copies of all Communications between and among Annette Becker and the members ofthe Executive Committee of KL Gates with respect to the meeting with Bruce Jackson of Microsoft, Annette Becker and Mr Dennis at the Pershing Square Cafe in August of 2017 .

4 Copies of all Communicatioms between Michael Zanic and the members of the Executive Committee of KL Gates relating to the phone call Mr Zanic had with Bruce Jackson of Microsoft relating to Mr Dennis on or about January 27, 2018.

5. All Communications between the members of the Execuitive Commiee of KL Gates relating to Mr Dennis' e-mail in November of 2018 identifying a potential business conflict between Amazon and Microsoft.

6. Copies of all Communications between David Tang and the members of the Executive Committee of KL Gates relating to Mr Dennis e-mail to Mr Tang on January inconnection with Microsoft client billings.

7. Please provides copies of all financial information relating to Mr Dennis provided by the KL Gates  to Michael Todd Mueller, Esq in February of 2019, in connection with Bailey v. Dennis.

8 Please provide copies of all Communications between David Tang and the members of the Execituvie Committee of KL Gates relating to Mr Dennis' e-mails in October of 2020 to Bradford Smith, the President and Chief Executive Officer of Microsoft relating to the Firm's offices in Beijing, Shanghai, Singapore and Taipei

10 With respect to the following clients of KL Gates  Microsoft, PepsiCo, Starbucks, Amazon, Mass Mutual, Enigma, TE Connectivity, American Express, PayPal, Facebook n/k/a Meta and all other clients in which either myself, or Robert Matlin are named as client originators either in part or whole, please provide the following from the date I  joined KL Gates:

(i) All documents reflecting inventory, origination, responsible and billing matter credits.

(ii) All documents reflecting fees and costs billed and paid.

(iii) Copies of the annual reports of staffing on all matters, including for each
attorney staffed his/her actual local and global billing rates, gender and ethnicity.

**D Agreements /Complaints**

1. Please provide a copy of the security agreement (s) wether so named or,otherwise between KL
Gates  and the company retained by KL Gates  to conduct surveillance of Mr Dennis at the Corporate
Counsel Women of Color annual conference in September of 2019 at the Chicago Marriott

2. Please provide a copies of all sponsorship agreements between KL Gates and the Corporate Counsel
Women of Color. ( I am being accused of racist and sexually harassing e-mails. In the last agreement I
was specifically named as mandatory relationship partner because of my 17 years of support of the
organization )

3. Please provide a copy of the complaint relating to Mr. Dennis filed by KL Gates  with the 17th
Preceinct of the City of New York on or about September 4, 2019

4  With respect to the following clients of KL Gates  Microsoft, PepsiCo, Starbucks, Amazon, Mass
Mutual, Enigma, TE Connectivity, American Express, PayPal, Facebook n/k/a Meta and all other clients in
which either myself, or Robert Matlin are named as client originators either in part or whole, please
provide the following from the date I  joined KL Gates :


(a) Retainer Agreement(s) and engagement letters between the
KL Gates  and Microsoft, along withany agreements or understandings reflectingeither's st ated or
agreed upon diversity goals, ifany.

(b) Retainer Agreement(s) between Firm andPepsiCo relating to the PepsiCo/Starbucks classaction
litigation referenced i n Paul Sweeney's email dated December 2019 (the"PepsiCo/Starbucks Litigation")
al ong with anyagreements or understandings reflecting either'sstated or agreed upon diversity goals, if
any.

(c Retainer Agreement(s) between the
Firm, andStarbucks relating to the PepsiCo/StarbucksLitigation, along with any agree ments
orunderstandings reflecting either's stated or agreedupon diversity goals, if any.
(d) Retainer Agreement(s) between Firm andAmazon relating to any matters in connection with
Amazon's establishment of substantial newplaces of business in New York, NewJersey,Washington, DC,
Virginia (the "AmazonBusiness" per James Segerdahl e- mailcommunication to all partners dated
November2018) along with
any agreements orunderstandings reflecting either's stated or agreedupon diversity go als, if any

(e) Retainer Agreement(s) between the Firm andMass Mutual.

(f) Retainer Agreement(s) between the
Firm andLockheed Boeing, along with any agreements orunderstandings reflecting ei ther's stated or
agreedupon diversity goals, if any

(g) Retainer Agreement(s) between Respondent andFacebook n/k/a Meta, along with any stated or
agreed upon  understandings reflecting either's stated oragreed upon diversity goals, if any.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dennis | ) | Case No. 20 Cr.623 (LGS ) |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Michael Caccese, K&L Gates
1 Lincoln Street
Boston, MA 02111
michael.caccese@klgates.com
617-261-3133

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Southern District of New York<br>500 Pearl Street<br>New York, New York 10007 | Courtroom No.:  1106 |
|---|---|
| | Date and Time:  September 28, 2022 at 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

Please see attached.

_(SEAL)_

_CLERK OF COURT_

Date:  _____

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  _____
_____ , who requests this subpoena, are:

Willie Dennis
6858 Hidden Glade Place
Sanford, Florida 32771
woc2020@gmail.com
646-509-6889

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20 Cr.623 (LGS )

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

**Brady and Giglilon Material**

**A. Minutes of the Meetings of the Executive Commitee of the Firm**

The minutes of the Executive Committee of the KL Gates ( " KL Gates   " ) , members in attendance, resolutions passed and all communications (whether in "hard copy," electronic, or any other form, and including (without limitation) emails, text messages, instant messages, voicemails and any other recordings or recordations) from, to or copying any member of KL Gates ( " Communications " ) that concern, refer or relate to, or otherwise involve (or involved) Mr Dennis with respect to the following:

1. the suspensión of Mr Dennis from KL Gates  on January 19, 2019;

2. the settlement proposal delivered by KL Gates  to Mr Dennis on January 30, 2019;

3. the expulsión of Mr Dennis from KL Gates  on May 20, 2019;

4.the decision by KL Gates  to file a criminal complaint with the District Attorney;

5. the decision by KL Gates  to file a criminal complaint with the Southern District;

6. the decision by KL Gates  to hire a private investigation firm to surveil Mr Dennis at the Corporate Counsel Women of Color at its annual conference in September of 2019

7. the decision by KL Gates  to alter the compensation arrangement between Mr Dennis and Robert Matlin ;

8. the decision and rational supporting KL Gates' refusal  KL to not meet with Bruce Jackson of Microsoft during all of 2018.

9. the decision by KL Gates not to institute my  suggestions of " best practices" with respescf to sexual harrasment complaints made by women attorneys of KL Gates

To the extent there were no KL Gates executive committee meetings with respect to these matters, the persons who made such decisions and the basis of their authority should be identified . Such materialmust include the communications between, among others, Rosemary Alito ( Executive Committee member and the Global Head of KL Labor and Employment practice)  Michael Cacesse, James Segerdhal and David Tang.

**B. Sexual Harrassment**

1 All communications between the members of the Executive Committee of KL Gates relating to Mr Dennis request after reviewing this article in December 2018 https://www.law.com/thelegalintelligencer/2018/12/12/at-kl-gates-women-alleged-misconduct-and-left-as- accused-partners-stayed-on/, for a more transparent sexual harassment process within KL Gates .

2 The names of all partners of KL Gates who had sexual harrassment complaints file against them ( We need to determine if any of the witnesses testifying against me were accused of sexual harassment )

3 All e-mails between the members of Executive Commmitte of KL Gates  in connection with the article written by Alexis Shane entitled ": K & L Gates Calls Former Partner Serial Harrasser " Law360 dated, November 20, 2020

4 All e-mails between all the members of the Executive Commitee of KL Gates  relating to the article entitles "K&L Gates Ex-Partner's Bias Suit Stayed For Arbitration"
By Marco Poggio Law360 (March 25, 2021)

## C. Compensation

1. The names of the partners of KL Gates who were allocated Mr Dennis' business origination credits after his expulsion on May 20, 2019, including the names of the clients ( We need to determine if any of the witnesses financially benefited from the complaints filed against me );

2 The names of the partners of KL Gates who serviced Mr Dennis' clients after his suspension on January 19, 2019;

3. Copies of all Communications between and among Annette Becker and the members ofthe Executive Committee of KL Gates with respect to the meeting with Bruce Jackson of Microsoft, Annette Becker and Mr Dennis at the Pershing Square Cafe in August of 2017 .

4 Copies of all Communicatioms between Michael Zanic and the members of the Executive Committee of KL Gates relating to the phone call Mr Zanic had with Bruce Jackson of Microsoft relating to Mr Dennis on or about January 27, 2018.

5. All Communications between the members of the Exeuitive Commitee of KL Gates relating to Mr Dennis' e-mail in November of 2018 identifying a potential business conflict between Amazon and Microsoft.

6. Copies of all Communications between David Tang and the members of the Executive Committee of KL Gates relating to Mr Dennis e-mail to Mr Tang on January inconnection with Microsoft client billings.

7. Please provides copies of all financial information relating to Mr Dennis provided by the KL Gates  to Michael Todd Mueller, Esq in February of 2019, in connection with Bailey v. Dennis.

8 Please provide copies of all Communications between David Tang and the members of the Execituvie Committee of KL Gates relating to Mr Dennis' e-mails in October of 2020 to Bradford Smith, the President and Chief Executive Officer of Microsoft relating to the Firm's offices in Beijing, Shanghai, Singapore and Taipei

10 With respect to the following clients of KL Gates  Microsoft, PepsiCo, Starbucks, Amazon, Mass Mutual, Enigma, TE Connectivity, American Express, PayPal, Facebook n/k/a Meta and all other clients in which either myself, or Robert Matlin are named as client originators either in part or whole, please provide the following from the date I  joined KL Gates:

(i) All documents reflecting inventory, origination, responsible and billing matter credits.

(ii) All documents reflecting fees and costs billed and paid.

(iii) Copies of the annual reports of staffing on all matters, including for each
attorney staffed his/her actual local and global billing rates, gender and ethnicity.

**D Agreements /Complaints**

1. Please provide a copy of the security agreement (s) wether so named or,otherwise between KL
Gates  and the company retained by KL Gates  to conduct surveillance of Mr Dennis at the Corporate
Counsel Women of Color annual conference in September of 2019 at the Chicago Marriott

2. Please provide a copies of all sponsorship agreements between KL Gates and the Corporate Counsel
Women of Color. ( I am being accused of racist and sexually harassing e-mails. In the last agreement I
was specifically named as mandatory relationship partner because of my 17 years of support of the
organization )

3. Please provide a copy of the complaint relating to Mr. Dennis filed by KL Gates  with the 17th
Preceinct of the City of New York on or about September 4, 2019

4  With respect to the following clients of KL Gates  Microsoft, PepsiCo, Starbucks, Amazon, Mass
Mutual, Enigma, TE Connectivity, American Express, PayPal, Facebook n/k/a Meta and all other clients in
which either myself, or Robert Matlin are named as client originators either in part or whole, please
provide the following from the date I  joined KL Gates :


(a) Retainer Agreement(s) and engagement letters between the
KL Gates  and Microsoft, along withany agreements or understandings reflectingeither's st ated or
agreed upon diversity goals, ifany.

(b) Retainer Agreement(s) between Firm andPepsiCo relating to the PepsiCo/Starbucks classaction
litigation referenced i n Paul Sweeney's email dated December 2019 (the"PepsiCo/Starbucks Litigation")
al ong with anyagreements or understandings reflecting either'sstated or agreed upon diversity goals, if
any.

(c Retainer Agreement(s) between the
Firm, andStarbucks relating to the PepsiCo/StarbucksLitigation, along with any agree ments
orunderstandings reflecting either's stated or agreedupon diversity goals, if any.
(d) Retainer Agreement(s) between Firm andAmazon relating to any matters in connection with
Amazon's establishment of substantial newplaces of business in New York, NewJersey,Washington, DC,
Virginia (the "AmazonBusiness" per James Segerdahl e- mailcommunication to all partners dated
November2018) along with
any agreements orunderstandings reflecting either's stated or agreedupon diversity go als, if any

(e) Retainer Agreement(s) between the Firm andMass Mutual.

(f) Retainer Agreement(s) between the
Firm andLockheed Boeing, along with any agreements orunderstandings reflecting ei ther's stated or
agreedupon diversity goals, if any

(g) Retainer Agreement(s) between Respondent andFacebook n/k/a Meta, along with any stated or
agreed upon  understandings reflecting either's stated oragreed upon diversity goals, if any.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York ⬤

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Dennis | )     Case No. 20 Cr.623 (LGS ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Neil Kelly, Federal Defenders of New York
52 Duane Street
New York, New York 10007

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Southern District of New York 500 Pearl Street New York, New York 10007 | Courtroom No.: 1106 |
|---|---|---|
| | | Date and Time: October 11, 2022 at 9:30 am |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

(SEAL)

           *CLERK OF COURT*

Date:   **9/10/22**               _____
                                 *Signature of Clerk or Deputy Clerk*
                                  USDJ

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

Willie Dennis
6858 Hidden Glade Place
Sanford, Florida 32771
woc2020@gmail.com
646-509-6889

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20 Cr.623 (LGS )

## PROOF OF SERVICE

      This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

      ❒  I returned the subpoena unexecuted because: _____

_____ .

      Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

      I declare under penalty of perjury that this information is true.

Date: _____

                                   _____
                                          *Server's signature*

                                   _____
                                         *Printed name and title*

                                   _____
                                         *Server's address*

Additional information regarding attempted service, etc:

**Neil Kelly-Attachment**

All communications (whether in "hard copy," electronic, or any other form, and including (without limitation) emails, text messages, instant messages, voicemails and any other recordings or recordations) " Communications " from, to or copying any ( i) attorney of Proskauer Rose, including, Kathleen McKenna, Rachel Fischerand Haddasa Waxman (ii) attorney of Norton Rose Fulbright, including Ralph Dawson, (iii) attorney within the offices of the Federal Defenders in New York or (iv)  any other person that concern, refer or relate to, or otherwise involve (or involved) Mr Dennis with respect to the following:

1. During your representation of Mr Dennis, your decision not to issue any subpoenas on behalf of Mr. Dennis ?

2. During your representation of Mr. Dennis your decision not to file a " speedy " trial motion on behalf of Mr. Dennis ?

Communications includes you or any agents acting on your behalf.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| United States of America | ) |
|---|---|
| Dennis | ) |
| | ) | Case No. 20 Cr.623 (LGS )
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Christopher Reynolds, Toyota North America
6565 Headquarters Drive
Plano, Texas 75024
christopher_reynolds@toyota.com
469-292-1975

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Southern District of New York 500 Pearl Street New York, New York 10007 | Courtroom No.: | 1106 |
|---|---|---|---|
| | | Date and Time: | October 11,2022 at 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

_(SEAL)_

Date: **8/23/22**

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who requests this subpoena, are:

Willie Dennis
6858 Hidden Glade Place
Sanford, Florida 32771
woc2020@gmail.com
646-509-6889

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20 Cr.623 (LGS )

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)*  _____  .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)*  _____  ; or

☐ I returned the subpoena unexecuted because: _____

_____  .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____  for travel and $ _____  for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment- Christopher Reynolds**

All communications (whether in "hard copy," electronic, or any other form, and including (without limitation) emails, text messages, instant messages, voicemails and any other recordings or recordations) " Communications " from, to or copying any (i) attorney within the Department of Justice, including Damian Williams, (ii) any current or former partner of KL Gates, including Kim Askew and Jill Louis (iii) Board Member or officer of Microsoft, including, John W. Thompson, Bradford Smith and Bruce Jackson, (iv) Kevin G. Chavers of BlackRock (v) Eric Holder of Covington & Burling ( vi) Ralph Dawson of Norton Rose Fulbright, (vii) Theodore Shaw of the University of North Carolina at Chapel Hill,(viii) James  E. Johnson and (viiii) other person that concern, refer or relate to, or otherwise involve (or involved) Mr Dennis with respect to the following:

1. Mr Reynold's inclusion on the " No Contact List " dated December 1, 2021 prepared by the Department of Justice in connection with U.S. v. Dennis, 20 Cr. 623 (LGS )

2. Kevin Chaver's ( BlackRock) inclusion on the " No Contact List " dated December 1, 2021 prepared by the Department of Justice in connection with U.S. v. Dennis, 20 Cr. 623 (LGS )

3. John W Thompson's  (the former Chairman and current Board Member of Microsoft)  inclusion on the " No Contact List " dated December 1, 2021 prepared by the Department of Justice in connection with U.S. v. Dennis, 20 Cr. 623 (LGS )

 4. Bradford Smith's (the  President and Chief Legal Officer of Microsoft ) inclusion on the " No Contact List " dated December 1, 2021 prepared by the Department of Justice in connection with U.S. v. Dennis, 20 Cr. 623 (LGS )

 5. Mr Dennis' e-mails to Mr Reynolds from August 28, 2019 through and including October 10, 2019.

 6. Willie Dennis v. K&L Gates LLP, et al., No. 1:20-cv-09393-MK.

Communications includes you or any agents acting on your behalf.

Please provides copies of the following:

**Copies of any e-mails sent by you to Mr Dennis.**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| Dennis ) | Case No. 20 Cr.623 (LGS ) |
| _____ ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   David Tang, K&L Gates
925 4th Avenue  #2900
Seattle, Washington 98104
205-370-7617
david.tang@klgates.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Southern District of New York<br>500 Pearl Street<br>New York, New York 10007 | Courtroom No.: | 1106 |
|---|---|---|---|
| | | Date and Time: | September 28, 2022 at 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

*(SEAL)*

*CLERK OF COURT*

Date:   _____          _____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

Willie Dennis
6858 Hidden Glade Place
Sanford, Florida 32771
woc2020@gmail.com
646-509-6889

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20 Cr.623 (LGS )

### PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

**Brady and Giglilon Material**

**A. Minutes of the Meetings of the Executive Commitee of the Firm**

The minutes of the Executive Committee of the KL Gates ( " KL Gates   " ) , members in attendance, resolutions passed and all communications (whether in "hard copy," electronic, or any other form, and including (without limitation) emails, text messages, instant messages, voicemails and any other recordings or recordations) from, to or copying any member of KL Gates ( " Communications " ) that concern, refer or relate to, or otherwise involve (or involved) Mr Dennis with respect to the following:

1. the suspensión of Mr Dennis from KL Gates  on January 19, 2019;

2. the settlement proposal delivered by KL Gates  to Mr Dennis on January 30, 2019;

3. the expulsión of Mr Dennis from KL Gates  on May 20, 2019;

4.the decision by KL Gates  to file a criminal complaint with the District Attorney;

5. the decision by KL Gates  to file a criminal complaint with the Southern District;

6. the decision by KL Gates  to hire a private investigation firm to surveil Mr Dennis at the Corporate Counsel Women of Color at its annual conference in September of 2019

7. the decision by KL Gates  to alter the compensation arrangement between Mr Dennis and Robert Matlin ;

8. the decision and rational supporting KL Gates' refusal  KL to not meet with Bruce Jackson of Microsoft during all of 2018.

9. the decision by KL Gates not to institute my  suggestions of " best practices" with respescf to sexual harrasment complaints made by women attorneys of KL Gates

To the extent there were no KL Gates executive committee meetings with respect to these matters, the persons who made such decisions and the basis of their authority should be identified . Such materialmust include the communications between, among others, Rosemary Alito ( Executive Committee member and the Global Head of KL Labor and Employment practice)  Michael Cacesse, James Segerdhal and David Tang.

**B. Sexual Harrassment**

1 All communications between the members of the Executive Committee of KL Gates relating to Mr Dennis request after reviewing this article in December 2018 https://www.law.com/thelegalintelligencer/2018/12/12/at-kl-gates-women-alleged-misconduct-and-left-as- accused-partners-stayed-on/, for a more transparent sexual harassment process within KL Gates .

2 The names of all partners of KL Gates who had sexual harrassment complaints file against them ( We need to determine if any of the witnesses testifying against me were accused of sexual harassment )

3 All e-mails between the members of Executive Commmitte of KL Gates in connection with the article written by Alexis Shane entitled ": K& L Gates Calls Former Partner Serial Harrasser " Law360 dated, November 20, 2020

4 All e-mails between all the members of the Executive Commitee of KL Gates relating to the article entitles "K&L Gates Ex-Partner's Bias Suit Stayed For Arbitration"
By Marco Poggio Law360 (March 25, 2021)

**C. Compensation**

1. The names of the partners of KL Gates who were allocated Mr Dennis' business origination credits after his expulsion on May 20, 2019, including the names of the clients ( We need to determine if any of the witnesses financially benefited from the complaints filed against me );

2 The names of the partners of KL Gates who serviced Mr Dennis' clients after his suspension on January 19, 2019;

3. Copies of all Communications between and among Annette Becker and the members ofthe Executive Committee of KL Gates with respect to the meeting with Bruce Jackson of Microsoft, Annette Becker and Mr Dennis at the Pershing Square Cafe in August of 2017 .

4 Copies of all Communicatioms between Michael Zanic and the members of the Executive Committee of KL Gates relating to the phone call Mr Zanic had with Bruce Jackson of Microsoft relating to Mr Dennis on or about January 27, 2018.

5. All Communications between the members of the Execuitive Commitee of KL Gates relating to Mr Dennis' e-mail in November of 2018 identifying a potential business conflict between Amazon and Microsoft.

6. Copies of all Communications between David Tang and the members of the Executive Committee of KL Gates relating to Mr Dennis e-mail to Mr Tang on January inconnection with Microsoft client billings.

7. Please provides copies of all financial information relating to Mr Dennis provided by the KL Gates to Michael Todd Mueller, Esq in February of 2019, in connection with Bailey v. Dennis.

8 Please provide copies of all Communications between David Tang and the members of the Execituvie Committee of KL Gates relating to Mr Dennis' e-mails in October of 2020 to Bradford Smith, the President and Chief Executive Officer of Microsoft relating to the Firm's offices in Beijing, Shanghai, Singapore and Taipei

10 With respect to the following clients of KL Gates Microsoft, PepsiCo, Starbucks, Amazon, Mass Mutual, Enigma, TE Connectivity, American Express, PayPal, Facebook n/k/a Meta and all other clients in which either myself, or Robert Matlin are named as client originators either in part or whole, please provide the following from the date I joined KL Gates:

(i) All documents reflecting inventory, origination, responsible and billing matter credits.

(ii) All documents reflecting fees and costs billed and paid.

(iii) Copies of the annual reports of staffing on all matters, including for each
attorney staffed his/her actual local and global billing rates, gender and ethnicity.

**D Agreements /Complaints**

1. Please provide a copy of the security agreement (s) wether so named or,otherwise between KL
Gates  and the company retained by KL Gates  to conduct surveillance of Mr Dennis at the Corporate
Counsel Women of Color annual conference in September of 2019 at the Chicago Marriott

2. Please provide a copies of all sponsorship agreements between KL Gates and the Corporate Counsel
Women of Color. ( I am being accused of racist and sexually harassing e-mails. In the last agreement I
was specifically named as mandatory relationship partner because of my 17 years of support of the
organization )

3. Please provide a copy of the complaint relating to Mr. Dennis filed by KL Gates  with the 17th
Preceinct of the City of New York on or about September 4, 2019

4  With respect to the following clients of KL Gates  Microsoft, PepsiCo, Starbucks, Amazon, Mass
Mutual, Enigma, TE Connectivity, American Express, PayPal, Facebook n/k/a Meta and all other clients in
which either myself, or Robert Matlin are named as client originators either in part or whole, please
provide the following from the date I  joined KL Gates :

(a) Retainer Agreement(s) and engagement letters between the
KL Gates  and Microsoft, along withany agreements or understandings reflectingeither's st ated or
agreed upon diversity goals, ifany.

(b) Retainer Agreement(s) between Firm andPepsiCo relating to the PepsiCo/Starbucks classaction
litigation referenced i n Paul Sweeney's email dated December 2019 (the"PepsiCo/Starbucks Litigation")
al ong with anyagreements or understandings reflecting either'sstated or agreed upon diversity goals, if
any.

(c Retainer Agreement(s) between the
Firm, andStarbucks relating to the PepsiCo/StarbucksLitigation, along with any agree ments
orunderstandings reflecting either's stated or agreedupon diversity goals, if any.
(d) Retainer Agreement(s) between Firm andAmazon relating to any matters in connection with
Amazon's establishment of substantial newplaces of business in New York, NewJersey,Washington, DC,
Virginia (the "AmazonBusiness" per James Segerdahl e- mailcommunication to all partners dated
November2018) along with
any agreements orunderstandings reflecting either's stated or agreedupon diversity go als, if any

(e) Retainer Agreement(s) between the Firm andMass Mutual.

(f) Retainer Agreement(s) between the
Firm andLockheed Boeing, along with any agreements orunderstandings reflecting ei ther's stated or
agreedupon diversity goals, if any

(g) Retainer Agreement(s) between Respondent andFacebook n/k/a Meta, along with any stated or
agreed upon  understandings reflecting either's stated oragreed upon diversity goals, if any.