UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> WILLIE DENNIS, <br><br> Defendant. | 20 Cr. 623 (JSR) |

### THE GOVERNMENT'S PROPOSED PRELIMINARY CHARGE

DAMIAN WILLIAMS
United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007

Sarah L. Kushner
Stephanie Simon
Kimberly Ravener
Assistant United States Attorneys
    *Of Counsel*

Pursuant to the Court's rules, the Government respectfully submits the following proposed preliminary jury charge:

The defendant in this case, Willie Dennis, has been charged in an Indictment with three different crimes or counts, each of which you will be asked to return a verdict on at the end of the trial. I will give you detailed instructions about each of these charges at the close of the case, but for now I want to give you a quick overview to help you assess the evidence.

The charges allege that the defendant cyberstalked three of his former coworkers between 2018 and 2020. There is one count for each victim.

The Government alleges that the defendant engaged in a campaign of harassment, intimidation, and threats against his victims over text message and email. And that as a result of the defendant's harassing and intimidating messages, the victims suffered mental anguish and emotional distress.

Each count in the Indictment requires proof that the defendant, acting with the intent to kill, injure, harass, or intimidate his victim, used a facility of interstate commerce, like a telephone or the internet, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to the victim or a member of the victim's immediate family.

The question of whether the defendant acted with the intent to kill, injure, harass, or intimidate his victim is a question of fact for you to determine, like any other fact question. This question involves the defendant's state of mind. The ultimate facts of criminal intent, though subjective, may be established by circumstantial evidence, based upon a person's outward manifestations, words, conduct, acts, and all the surrounding circumstances disclosed by the evidence and the rational or logical inferences that may be drawn therefrom.

A course of conduct is just a pattern of two or more acts. Each electronic communication, text message, telephone call, or other act by the defendant is a separate act.

Whether the defendant's conduct caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress is also a question of fact for you to determine. Substantial emotional distress means mental distress or anguish, and includes anxiety, worry, fright, humiliation, shame, and embarrassment.

Dated:  New York, New York
        October 6, 2022

                                    Respectfully submitted,
                                    DAMIAN WILLIAMS
                                    United States Attorney

                            By:            /s/
                                    Sarah L. Kushner / Stephanie Simon
                                    Assistant U.S. Attorneys