Hon. Jed S. Rakoff  
United States District Court  
Southern District of New York  
500 Pearl Street-Room 1340  
New York, NY 10007.                                              September 22, 2022

Re: U.S. v. Dennis, 20 Cr. 623 (JSR )-Ex Parte Communication-Termination of Karloff Commissiong-Effective Immediately-Second Request For Replcement Standby Counsel

Your Honor,

On September 20, 2022, I sent the your Honor an ex-parte communication informing you of my termination of Karloff Commissiong due to his gross negligence in providing counsel for this matter. See the attached ex parte application dated September 20, 2022. As of today your Honor has not responded to my request.

The attorneys for John Thompson have written to me requesting a conference with the Court today. I have asked them the subject matter of the conference. I am awaiting their response. As I am without standby counsel, I would prefer to proceed with new standby counsel in place

Please advise

Respectively submitted

Willie Dennis