Hon. Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street-Room 1340
New York, NY 10007.                                             October 3, 2022

.                   Re: U.S. v. Willie Dennis, 20-cr-623 (JSR)  Ex-Parte Applicaton-Urgent-Fourth Request To Serve Subpoena Via E-Mail to Bradford Smith

Your honor

I am writing again to seek the e-mail service today of Bradford Smith at his work e-mail address ( bradsmi@microsoft.com ). Nationwide Court Services has tried repeatedly to serve Mr Smith with no success. See the prior request for e-mail service to the Court dated September 16, 2022 attached. Mr. Smith  is on my  witness list in Willie Dennis v. KL Gates and the SDNY's No Contact List thus the Southern District of New York has prevented me from communicating with  one of my witnesses in my civil action without explanation. Mr Smith is a witness that can provide testimony with respect to one of the most important questions in this case :

**Why are three members of the executive team of the 5th largest publicly traded corporation in the world included on the Department of Justice's No Contact List, subjecting Mr. Dennis, to arrest and incarceration and  relating solely to  alledged " e-mail  harrasment of partners of Microsoft's preferred legal provider, KL Gates ?**

 As the trial date is scheduled for October 11, 2022 and Mr Smith's testimony is critical to my defense, the failure to serve Bradford Smith today will materially and adversely affect my defense stratergy.

I note  that with respect to Bradford Smith the Court  has denied my prior requests for e-mail service without explanation, fully aware of the gross negligence by the Federal Defenders of New York, who despite representing me  for over 7 months and even after a court date was set by Judge Schofield on April 4, 2022, failed to issue any subpoenas to any of the 31  attorneys listed on the DOJ No Contact list.

Time works against me as trial begins soon, and I face both motions to quash, and the shifting of my trial preparation.

At this point I am confused. Your honor was substituted in for Judge Schofield to ensure this matter which was commenced by the SDNY on October 28, 2020 would finally go to trial on September 28, 2022,  and then over my objections on October 11, 2022. In denying my requests to provide service vis e-mail, coupled with the changing of the Court date from September 28, 2022 to October 11, 2023, makes clear  that the reassignment of my case to your Honor was not made to keep the original trial date but rather to delay the trial for the benefit of SDNY and the partners of KL Gates. Knowing that Mr. Dennis is representing himself pro se -because of the negligence of his prior counsels and learning the rules of a new court, with the reason  for the change in judges never being fully explained, the Court's refusal to work with Mr Dennis on small issues like service makes Mr Dennis wonder....

To ensure the newly  scheduled trial date is not changed again because of the delay of issuance of subpoenas, I ask  that the Court provide for e- mail service today. If the Court is  unwilling to grant this request then i request  a hearing today, during the Court's scheduled hours ( 4pm- 5pm )or such other

time which is best for the Court.

Respectfully submitted,

Willie Dennis
646-509-6889
woc2020@gmail.com