UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WILLIE DENNIS,

       Defendant.

20-cr-623 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Willie Dennis, pro se defendant in the above-captioned case, is hereby authorized to keep with him his phone and tablet in all court proceedings associated with his ongoing trial.

SO ORDERED.

New York, NY
October 11, 2022

_____
JED S. RAKOFF, U.S.D.J.

1