UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA

        -v-

WILLIE DENNIS,

            Defendant.
```

20-cr-623 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

For the reasons stated from the bench, see Transcript, 10/11/2022, the subpoena propounded by pro se defendant Willie Dennis on third-party witness Bradford Smith is hereby quashed.

SO ORDERED.

New York, NY
October 12, 2022

_____
JED S. RAKOFF, U.S.D.J.

1

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dennis | ) | Case No. 20 Cr.623 (LGS) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Bradford Smith, Microsoft
One Microsoft Way
Redmond, Washington
bradsmi@microsoft.com
425-706-3024

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Southern District of New York<br>500 Pearl Street<br>New York, New York 10007 | Courtroom No.: 1106 |
|---|---|---|
| | | Date and Time: September 28, 2022 at 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

(SEAL)

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Willie Dennis
6858 Hidden Glade Place
Sanford, Florida 32771
woc2020@gmail.com
646-509-6889

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20 Cr.623 (LGS )

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                                              *Server's signature*

                                             _____
                                                              *Printed name and title*

                                             _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

Attachment for Bradford Smith :

All communications (whether in "hard copy," electronic, or any other form, and including (without limitation) emails, text messages, instant messages, voicemails and any other recordings or recordations) " Communications " from, to or copying any ( I) Board Member or officer of Microsoft,including John W. Thompson and Bruce Jackson, (ii) partner of KL Gates, (iii) attorney within the Department of Justice, including Damian Williams, (iv) Eric Holder of Covington & Burling (v) Ralph Dawson of Norton Rose Fulbright (vi) Theodore Shaw of the University of North Carolina at Chapel Hill (vii) any other person that concern, refer or relate to, or otherwise involve (or involved) Mr Dennis with respect to the following:

1. U.S. v. Dennis, 20 Cr. 623 (LGS) and /or Willie Dennis v. K&L Gates LLP, et al., No. 1:20-cv-09393-MK.

2. Mr.Dennis' letter to the Board of Directors of Microsoft in May 2020.

3. Mr Dennis e-mails to Bradford Smith dated August 13, 2019, September 4, 2019, September, 27, 2019, October 16, 2020 ( 2 e-mails ), October 19, 2020, October 24, 2020, October 27, 2020 and January 8, 2020.

Communications includes you or any agents acting on your behalf.