UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
         -v-              :  20-cr-623 (JSR)
                                   :
WILLIE DENNIS,                     :
                                   :
         Defendant.       :
-----------------------------------------------------------------x

1. On the first charge, the charge of cyberstalking John Bicks, we the jury find Willie Dennis:

    Guilty ✓      Not Guilty _____

2. On the second charge, the charge of cyberstalking Eric Cottle, we the jury find Willie Dennis:

    Guilty ✓      Not Guilty _____

3. On the third charge, the charge of cyberstalking Calvina Bostick, we the jury find Willie Dennis:

    Guilty ✓      Not Guilty _____

_____
FOREPERSON

Date: 10/17/22