```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   20 ___ CR 623 ___ (JSR )
                                    :
        -against-                   :        ORDER
                                    :
Willie Dennis                       :
                                    :
            Defendant               :
------------------------------------x
```

      **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal. Marshal #91401-054.

_____
United States District Judge

Dated: New York, New York

10-17-22