```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

-v-

WILLIE DENNIS,

        Defendant.

20-cr-623 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    Defendant Willie Dennis, via an email exchange (here attached) between his brother, Jeffrey Dennis, and the Court, has requested appointment of counsel to represent him at sentencing and any subsequent appeal. David Cohen is hereby appointed. As for the further reference made by Jeffrey Dennis regarding possible adjustments to Willie Dennis's health treatment, all communications with the Court hereinafter, including any application in this regard, must come from counsel for Willie Dennis, via joint telephone conferences between Mr. Dennis's counsel, Government counsel, and the Court, in accordance with the Court's individual rules. See I.R. 1-2.

    SO ORDERED.

New York, NY
October 26, 2022

                                      JED S. RAKOFF, U.S.D.J.

1

**Rakoff NYSD Chambers**

---

| | |
|---|---|
| From: | jeffreypd@aol.com |
| Sent: | Monday, October 24, 2022 9:07 AM |
| To: | Rakoff NYSD Chambers; Sarah.Kushner@usdoj.gov; Stephanie.Simmons@usdoj.gov |
| Subject: | Willie Dennis |

CAUTION - EXTERNAL:

Judge Rakoff
United States District Court
500 Pearl Street - Courtroom 14B
New York, New York 10007

Re: US v. Dennis - 20 cr 623

Judge Rakoff:
My brother Willie Dennis was convicted October 17, 2022, on charges regarding emails he sent to former business colleagues. I understand that he represented himself at trial and still is acting without an attorney. I am writing this so his ability to represent himself is not compromised in his attempt to communicate with the court and defend himself. During his reflections since his conviction, he advises that he is just beginning to understand the court's actions before trial, and the impact of a number of his decisions without counsel.

My brother has been transferred to Brooklyn Hospital and I understand they have scheduled surgery for October 24, 2022, to place at least one stent in one of the vessels of his heart. The hospital says my brother may die without surgery right away.

He has a history of cardiac disease and was treated in approximately 2018, by a team from NYU Langone. He is hoping he can obtain a second opinion from that team before he consents to surgery or be transferred to NYU for surgery.

Once he has recovered from his current cardiac condition, he will undergo surgery for an aneurism in his right femoral artery.

Once he has recovered from that surgery, he will have two hernias repaired, one inguinal and the other umbilical.

As this proceeds, my brother would like an opportunity to speak with you and to have access to his laptop and his papers for the limited purpose of his legal defense through the probation review and pre-sentencing. He also needs to evaluate the bases for his appeal.

Very truly yours,

Jeffrey Dennis

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

# Adam Kern

| | |
|---|---|
| **From:** | Adam Kern |
| **Sent:** | Monday, October 24, 2022 2:21 PM |
| **To:** | jeffreypd@aol.com; Sarah Kushner; Stephanie Simon; Ravener, Kimberly (USANYS) |
| **Subject:** | RE: Willie Dennis |

Dear Mr. Dennis,

Thank you for your email. The Court is very sorry to hear about your brother's health problems and hopes that everything can be resolved speedily and satisfactorily. As you may know, your brother terminated his representation by not only the original counsel appointed to represent him but also two subsequent counsel who were appointed to advise him even as he proceeded, as he wished, pro se, i.e., representing himself. Nonetheless, shortly after the jury reached its verdict, the Court advised your brother that he might want to reconsider and agree to the Court's appointing a new counsel to represent him at sentencing and/or appeal. Although the Court usually forbids email communication with the Court, the Court expressly made an exception in this instance and advised your brother that he should let the Court know by email whether he wished to avail himself of this opportunity within one week after his conviction. But given your brother's health situation, the Court would be grateful if you could advise the Court in the next few days whether your brother wishes to continue representing himself or prefers to have counsel appointed for sentencing and/or appeal.

Adam Kern
Law Clerk to the Hon. Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street – Room 1340
New York, NY 10007
Chambers: (212) 805-0401
Pronouns: He/Him/His

**From:** jeffreypd@aol.com <jeffreypd@aol.com>
**Sent:** Monday, October 24, 2022 9:07 AM
**To:** Rakoff NYSD Chambers <RakoffNYSDChambers@nysd.uscourts.gov>; Sarah.Kushner@usdoj.gov; Stephanie.Simmons@usdoj.gov
**Subject:** Willie Dennis

**CAUTION - EXTERNAL:**

Judge Rakoff
United States District Court
500 Pearl Street - Courtroom 14B
New York, New York 10007

Re: US v. Dennis - 20 cr 623

Judge Rakoff:
My brother Willie Dennis was convicted October 17, 2022, on charges regarding emails he sent to former business colleagues. I understand that he represented himself at trial and still is acting without an attorney. I am writing this so his ability to represent himself is not compromised in his attempt to communicate with the court and defend himself. During his reflections since his conviction, he advises that he is just beginning to understand the court's actions before trial, and the impact of a number of his decisions without counsel.

1

My brother has been transferred to Brooklyn Hospital and I understand they have scheduled surgery for October 24, 2022, to place at least one stent in one of the vessels of his heart. The hospital says my brother may die without surgery right away.

He has a history of cardiac disease and was treated in approximately 2018, by a team from NYU Langone. He is hoping he can obtain a second opinion from that team before he consents to surgery or be transferred to NYU for surgery.

Once he has recovered from his current cardiac condition, he will undergo surgery for an aneurism in his right femoral artery.

Once he has recovered from that surgery, he will have two hernias repaired, one inguinal and the other umbilical.

As this proceeds, my brother would like an opportunity to speak with you and to have access to his laptop and his papers for the limited purpose of his legal defense through the probation review and pre-sentencing. He also needs to evaluate the bases for his appeal.

Very truly yours,

Jeffrey Dennis

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Adam Kern

| | |
|---|---|
| **From:** | jeffreypd@aol.com |
| **Sent:** | Tuesday, October 25, 2022 10:56 AM |
| **To:** | Adam Kern; Sarah.Kushner@usdoj.gov; stephanie.simon2@usdoj.gov; Kimberly.Ravener@usdoj.gov |
| **Subject:** | Re: Willie Dennis |

**CAUTION - EXTERNAL:**

Judge Rakoff:

My brother agrees to your appointing counsel.

The more immediate concern is that he has a long treatment history at NYU and wants very badly to have the three surgeries he needs performed there or at least a second opinion on his cardiac needs:

- immediate placing of at least one stent in one of the vessels of his heart

- once he has recovered from his cardiac condition, surgery for an aneurism in his right femoral artery

- once he has recovered from that surgery, he will have two hernias repaired, one inguinal and the other umbilical

These medical issues are emergent and he looks forward to resolving those before they worsen.

Very truly yours,

Jeffrey Dennis


-----Original Message-----
From: Adam Kern <Adam_Kern@nysd.uscourts.gov>
To: jeffreypd@aol.com <jeffreypd@aol.com>; Sarah Kushner <Sarah.Kushner@usdoj.gov>; Stephanie Simon <stephanie.simon2@usdoj.gov>; Ravener, Kimberly (USANYS) <Kimberly.Ravener@usdoj.gov>
Sent: Mon, Oct 24, 2022 2:21 pm
Subject: RE: Willie Dennis

Dear Mr. Dennis,

Thank you for your email. The Court is very sorry to hear about your brother's health problems and hopes that everything can be resolved speedily and satisfactorily. As you may know, your brother terminated his representation by not only the original counsel appointed to represent him but also two subsequent counsel who were appointed to advise him even as he proceeded, as he wished, pro se, i.e., representing himself. Nonetheless, shortly after the jury reached its verdict, the Court advised your brother that he might want to reconsider and agree to the Court's appointing a new counsel to represent him at sentencing and/or appeal. Although the Court usually forbids email communication with the Court, the Court expressly made an exception in this instance and advised your brother that he should let the Court know by email whether he wished to avail himself of this opportunity within one week after his conviction. But given your brother's health situation, the Court would be grateful if you could advise the Court in the next few days whether your brother wishes to continue representing himself or prefers to have counsel appointed for sentencing and/or appeal.

Adam Kern
Law Clerk to the Hon. Jed S. Rakoff

1

United States District Court
Southern District of New York
500 Pearl Street – Room 1340
New York, NY 10007
Chambers: (212) 805-0401
Pronouns: He/Him/His

---

**From:** jeffreypd@aol.com <jeffreypd@aol.com>
**Sent:** Monday, October 24, 2022 9:07 AM
**To:** Rakoff NYSD Chambers <RakoffNYSDChambers@nysd.uscourts.gov>; Sarah.Kushner@usdoj.gov; Stephanie.Simmons@usdoj.gov
**Subject:** Willie Dennis

**CAUTION - EXTERNAL:**

Judge Rakoff
United States District Court
500 Pearl Street - Courtroom 14B
New York, New York 10007

Re: US v. Dennis - 20 cr 623

Judge Rakoff:

My brother Willie Dennis was convicted October 17, 2022, on charges regarding emails he sent to former business colleagues. I understand that he represented himself at trial and still is acting without an attorney. I am writing this so his ability to represent himself is not compromised in his attempt to communicate with the court and defend himself. During his reflections since his conviction, he advises that he is just beginning to understand the court's actions before trial, and the impact of a number of his decisions without counsel.

My brother has been transferred to Brooklyn Hospital and I understand they have scheduled surgery for October 24, 2022, to place at least one stent in one of the vessels of his heart. The hospital says my brother may die without surgery right away.

He has a history of cardiac disease and was treated in approximately 2018, by a team from NYU Langone. He is hoping he can obtain a second opinion from that team before he consents to surgery or be transferred to NYU for surgery.

Once he has recovered from his current cardiac condition, he will undergo surgery for an aneurism in his right femoral artery.

Once he has recovered from that surgery, he will have two hernias repaired, one inguinal and the other umbilical.

As this proceeds, my brother would like an opportunity to speak with you and to have access to his laptop and his papers for the limited purpose of his legal defense through the probation review and pre-sentencing. He also needs to evaluate the bases for his appeal.

Very truly yours,

Jeffrey Dennis

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2