

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
| --- | --- | --- |
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

Honorable J. Jed S. Rakoff  November 15, 2022
SDNY, United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Willie Dennis 20 cr 623 (JSR)**

Honorable J. Jed S. Rakoff:

I am the attorney for the above named defendant whose pre-sentence interview is required to be completed in the next two weeks. Please accept this letter as a request to postpone Mr. Rivera's pre-sentence interview in order to allow for newly appointed counsel to meet with Mr. Dennis, receive and review discovery material pertinent to Mr. Dennis' interview, as well prepare for Mr. Dennis' sentencing.

As Your Honor is aware, counsel has been newly appointed to represent Mr. Dennis at his pre-sentence interview and all stages leading to and including his sentencing, after a guilty trial verdict.

In light of the above, defense counsel, with the consent of the department of probation and the government, requests that Mr. Dennis' presentence interview as well as his sentencing be postponed to a date yet undetermined.

Respectfully,

//s//David Jason Cohen//s//
David Jason Cohen
Cohen Forman Barone
950 Third Avenue
11th floor
New York, NY 10022
david@cfblaw.com

| Manhattan | 950 Third Avenue, 11th floor, New York, NY 10022 | T. 212.766.9111 | F. 212.766.9166 |
| --- | --- | --- | --- |
| Long Island | 228 East Main Street, Patchogue, NY 11772 | T. 631.766.9111 | F. 212.766.9166 |