UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WILLIE DENNIS,<br><br>　　　　Defendant. | 20-cr-623 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On November 15, 2022, counsel for defendant Willie Dennis filed a motion seeking to postpone Mr. Dennis's presentence interview, because counsel had not yet had the opportunity to meet and confer with Mr. Dennis regarding that interview. See ECF No. 124. Separately, on November 18, 2022, Simone Belgrave, the U.S. Probation Officer assigned to this case, wrote to the Court to inform the Court that her office had been unable to interview Mr. Dennis because he is currently hospitalized. To afford the Probation Office with an opportunity to interview Mr. Dennis, and defense counsel with an opportunity to meet with Mr. Dennis in advance of that interview, the deadline for conducting Mr. Dennis's presentence interview is hereby extended to December 7, 2022.

　　SO ORDERED.

New York, NY
November 18, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1