UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WILLIE DENNIS,<br><br>      Defendant. | 20-cr-623 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Dr. N.G. Berrill is hereby appointed to perform a psychiatric evaluation of defendant Willie Dennis in advance of sentencing. Counsel for Mr. Dennis and Government counsel are instructed to provide Dr. Berrill with whatever pertinent materials he requires.

    SO ORDERED.

New York, NY
December 1, 2022

                                              JED S. RAKOFF, U.S.D.J.