**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: DENNIS, WILLIE | | | Reg #: 91401-054 |
| Date of Birth: ████ 1962 | Sex: M | Race: BLACK | Facility: BRO |
| Encounter Date: 11/21/2022 20:54 | Provider: Aparente, Catherine RN | | Unit: G01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Aparente, Catherine RN

Chief Complaint:   Medical Trip Return

Subjective:      Encounter performed for medical trip return; discharge paperwork reviewed only. The plan of care will follow discharge instructions.

**Pain:**          Not Applicable

---

**OBJECTIVE:**

**ASSESSMENT:**

Other

Medical Trip Return, discharge paperwork reviewed. CD/MD entered medication reconciliation.

Inmate admitted at Bellevue hospital for claudication in PVD, CAD, and non-recurrent inguinal hernia without obstruction or gangrene. Cardiology, Ct surgery, vascular surgery consulted. TTE performed at the hospital. The following were advised for medical management:

1. Cardiology consult for asymptomatic triple vessel disease
2. Vascular surgery for outpatient management for bilateral angiogram of LE
3. general surgery consult for inguinal hernia repair

**PLAN:**

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Cardiology | 12/05/2022 | 12/05/2022 | Urgent | No | |
| Subtype: | | | | | |
| Cardiology - Other Offsite Appt | | | | | |
| Reason for Request: | | | | | |
| Triple Vessel Disease | | | | | |
| Vascular Surgery | 12/21/2022 | 12/05/2022 | Urgent | No | |
| Subtype: | | | | | |
| Vascular Surgery, NOS | | | | | |
| Reason for Request: | | | | | |
| Bilateral LE angiogram with intervention for right femoral artery occlusion | | | | | |
| General Surgery | 12/22/2022 | 12/22/2022 | Routine | No | |
| Subtype: | | | | | |
| General Surgery Procedure, NOS | | | | | |
| Reason for Request: | | | | | |
| Follow Up Visit at Bellevue General Surgery Ambulatory Care Building 1st floor Clinic 1D. | | | | | |
| General Surgery | 05/01/2023 | 05/01/2023 | Routine | No | |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ▮▮▮▮/1962 | Sex: M   Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/21/2022 20:54 | Provider: Aparente, Catherine RN | Unit: | G01 |

Subtype:

Hernia, Surgery

Reason for Request:

Elective repair of inguinal hernia

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/21/2022 | Counseling | Access to Care | Aparente, Catherine | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Aparente, Catherine RN on 11/21/2022 21:53

Requested to be cosigned by  Bialor, Bruce (MAT) MD, CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
| Date of Birth: | ███1962 | Sex: | M    Race: BLACK | Facility: | BRO |
| Note Date: | 11/21/2022 14:16 | Provider: | Bialor, Bruce (MAT) MD, | Unit: | G01 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**         Provider:   Bialor, Bruce (MAT) MD, CD

   Dr. Miller, Resident, NYU-Bellevue Hospital:  Ready for discharge, but tested (+)ve for COVID on 11/18.
   Having productive cough and diarrhea, but not requiring O2.  They were planning to start Paxlovid today, so
   I'll include this in D/C med list.  Lipitor to be held while on Paxlovid.

   I have reviewed this patient's available medical file for recent labs, tests, and encounters and found this
   treatment to be clinically indicated at this time.


**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Metoprolol Succinate XL Tablet 24 Hour | 11/21/2022 14:16 |
| | **Prescriber Order:**    50 mg Orally  -  daily x 90 day(s) | |
| | Indication:   Essential (primary) hypertension, Ischemic cardiomyopathy | |
| | Spironolactone Oral Tablet | 11/21/2022 14:16 |
| | **Prescriber Order:**    25 mg Orally  -  daily x 90 day(s) | |
| | Indication:   Ischemic cardiomyopathy | |
| | Atorvastatin Tablet | 11/21/2022 14:16 |
| | **Prescriber Order:**    80 mg Orally  -  daily x 90 day(s) -- While taking Paxlovid for COVID, do not take this medication. | |
| | Indication:   Ischemic cardiomyopathy, Hyperlipidemia, unspecified, Peripheral vascular disease | |
| | Sacubitril-Valsartan  Tablet | 11/21/2022 14:16 |
| | **Prescriber Order:**    24 /26 Orally  -  Two Times a Day x 90 day(s) | |
| | Indication:   Ischemic cardiomyopathy | |
| | Empagliflozin Oral Tablet | 11/21/2022 14:16 |
| | **Prescriber Order:**    25 mg Orally  -  daily x 90 day(s) | |
| | Indication:   Ischemic cardiomyopathy | |
| | Non-Formulary was created for this drug | |
| | Nirmatrelvir/Ritonavir  MG Tab pack (3 | 11/21/2022 14:16 |
| | **Prescriber Order:**    3 tablets Orally  -  Two Times a Day x 5 day(s) | |
| | Indication:   Confirmed case COVID-19 | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 434220-BRO | Aspirin 81 MG EC Tab | 11/21/2022 14:16 |
| | **Prescriber Order:**    Take one tablet (81 MG) by mouth each day x 90 day(s) | |
| | Indication:   Ischemic cardiomyopathy, Peripheral vascular disease | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|

| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████/1962 | Sex: | M      Race: BLACK | Facility: | BRO |
| Note Date: | 11/21/2022 14:16 | Provider: | Bialor, Bruce (MAT) MD, | Unit: | G01 |

| | | | |
|---|---|---|---|
| Lab Tests-U-Urinalysis w/Microscopic Reflex | One Time | 11/23/2022 00:00 | Routine |
| Lab Tests - Short List-General-CBC w/diff | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive | | | |
| Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Hepatic Profile | | | |
|       Labs requested to be reviewed by: | Kang, Yoon PA-C | | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bialor, Bruce (MAT) MD, CD on 11/21/2022 14:40

Requested to be reviewed by  Kang, Yoon PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
| Date of Birth: | ████ 1962 | Sex: M | Race: BLACK | Facility: | BRO |
| Note Date: | 11/18/2022 14:18 | Provider: | Bialor, Bruce (MAT) MD, | Unit: | G01 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**         Provider:   Bialor, Bruce (MAT) MD, CD

        Hospitalist Attending Dr. Link, NYU-Bellevue:  Because asymptomatic from a cardiac standpoint, and has good collateral flow, Cardiology is recommending medical mgmt.; in addition, pt is refusing both CABG and PCI.

        Similarly, because not having rest pain, Vascular Surgery is recommending no urgent intervention at this time for R femoral artery occlusion and aneurysm.

        Can be discharged on Jardiance 25 QD, Entresto 24/26 BID, Toprol XL 50 QD, ASA 81 QD, Lipitor 80 QD, and Aldactone 25 QD.

        Pt is most interested in having RIH repaired, and they were going to give him an outpt appt in their General Surgery Clinic, but I told him we'd have him F/U at TBHC Surgery Clinic.  Will also need outpt F/U with Cardiology and Vascular Surgery.

        Can be discharged today, but custody staff not available, so won't get picked up till 11/21, after the weekend.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bialor, Bruce (MAT) MD, CD on 11/18/2022 14:39

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
| Date of Birth: | 1962 | Sex: | M   Race: BLACK | Facility: | BRO |
| Note Date: | 10/28/2022 14:17 | Provider: | Bialor, Bruce (MAT) MD, | Unit: | G01 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Bialor, Bruce (MAT) MD, CD

Dr. Vachani, Medical Resident, Brooklyn Hospital, on behalf of Attending Dr. Reddy:  Cath yesterday shows 3-vessel disease.  Needs to be transferred for CABG.  Location TBD in conjunction with Naphcare Case Manager.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bialor, Bruce (MAT) MD, CD on 10/28/2022 14:31

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
| Date of Birth: | ▮/1962 | Sex: | M   Race: BLACK | Facility: | BRO |
| Note Date: | 10/24/2022 13:48 | Provider: | Bialor, Bruce (MAT) MD, | Unit: | G01 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

  ADMINISTRATIVE NOTE   **1**         Provider:   Bialor, Bruce (MAT) MD, CD

Dr. Vachani, Medical Resident, Brooklyn Hospital, on behalf of Attending Dr. Reddy:  Initially admitted to Surgical service for RIH and R femoral artery occlusion, with aneurysm.  Had pre-op cardiac W/U revealing LVEF 20-25%.  Cardiac cath is recommended, but pt is refusing.  Spoke with pt by speaker phone.
His concerns are due to the fact that he's his own defense attorney, so he wants to have access to legal materials and medical records, both of which are on electronic devices.  He's looking for the court to intercede; waiting to hear back, after speaking to personal attorney this morning.
He does understand the seriousness of the above medical issues.
As for speaking with family members, I told him this is usually not allowed while he's admitted for acute medical issues.


**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bialor, Bruce (MAT) MD, CD on 10/24/2022 14:33

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ████ 1962 | Sex: M   Race: BLACK | Facility: | BRO |
| Encounter Date: | 10/18/2022 16:52 | Provider: Bialor, Bruce (MAT) MD, | Unit: | G01 |

Cosign Note - Intake Cosign encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Bialor, Bruce (MAT) MD, CD

Chief Complaint:   GENERAL

Subjective:        Pt was seen and examined in his cell, with RN and Unit Officer present.

60-yo male, with >40-pack-year smoking hx, plus HTN and hyperlipidemia, with over 6-month hx of intermittent pain from proximal R thigh to distal calf, brought on by ambulation, resolving with rest.  Over the last week, pain increasing in severity, occurring with shorter distances, though denies having rest pain.  Also has RIH.

Was taken to NY Presbyterian Lower Manhattan Hospital yesterday, after being remanded; was Dx'd with occlusion of R femoral artery, and femoral artery aneurysm, but was deemed "fit for confinement" was advised to see a Vascular Surgeon in 1 week.

On exam:
General:  NAD.  Calves with decreased muscle bulk.
Skin:  No hair growth below knees.
Extremities:  No edema.  RLE cooler than LLE, from distal calf down.
Peripheral Vascular:  No DP or PT pulses in RLE; 1+ in LLE.

Pain:        Not Applicable

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/18/2022 | 13:05 BRO | 97.6 | 36.4 | Forehead | Ortiz, Lydia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/18/2022 | 15:02 BRO | 86 | Via Machine | | Ortiz, Lydia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/18/2022 | 15:02 BRO | 20 | Ortiz, Lydia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/18/2022 | 15:02 BRO | 141/89 | Left Arm | Sitting | Adult-large | Ortiz, Lydia RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/18/2022 | 15:03 BRO | 66.0 | 167.6 | Ortiz, Lydia RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

| Inmate Name: | DENNIS, WILLIE | | | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | ■■■/1962 | | | Sex: M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 10/18/2022 16:52 | | | Provider: | Bialor, Bruce (MAT) MD, | Unit: | G01 |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 10/18/2022 | 15:03 BRO | 150.0 | 68.0 | | Ortiz, Lydia RN |

**ASSESSMENT:**

Aneurysm of unspecified site, I729 - Current - *R femoral artery*

Essential (primary) hypertension, I10 - Current

Hyperlipidemia, unspecified, E785 - Current

Inguinal hernia, K4090 - Current

Peripheral vascular disease, I739 - Current

**PLAN:**

**Disposition:**

Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/20/2022 | Counseling | Plan of Care | Bialor, Bruce | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bialor, Bruce (MAT) MD, CD on 10/20/2022 17:17

# Bureau of Prisons
# Health Services
# Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
| Date of Birth: | ████/1962 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/18/2022 12:58 | Provider: | Ortiz, Lydia RN | Facility: | BRO |

**Seizures:**                Denied

**Diabetes:**                Denied

**Cardiovascular:**

    **Age of Onset:**

    **Hx of Shortness of Breath:**     No

    **Hx of Rheumatic Fever:**     No

    **Hx of Valvular Disease:**     No

    **Hx of SBE Prophylaxis:**     No

    **Hx of Chest Pain:**     No

    **Hx of Murmur:**     No

    **Hx of CAD:**     No

    **Hx of CHF:**     No

    **Hx of Blood Clot:**     No

    **Pacemaker:**     No

    **Defibrillator:**     No

    **Edema:**     No

    **Last MI:**     2018

    **Comments:**     inmate states he had a "heart attack" 2018, that did NOT require surgery, denies any Bi Pass or CABG  states he not takes 4 different Medication to include a blood thinner but can not recall the names of any.

**CVA:**                Denied

**Hypertension:**

    **Age of Onset:**     Adult (51-60 Years)

    **Comments:** dx in ER last night 10/18/2022

Respiratory:                Denied

**Sickle Cell Anemia:**                Denied

**Carcinoma/Lymphoma:**                Denied

**Allergies:**                Denied

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ████/1962 | Sex: M | Race: | BLACK |
| Encounter Date: | 10/18/2022 12:58 | Provider: Ortiz, Lydia RN | Facility: | BRO |

**PPD Administration:**

**Date/Time:** 10/18/2022 13:01

**Provider:** Ortiz, Lydia RN

**Location:** Right Forearm

**Drug Mfg:** PPD- (Tubersol) sanofi

**Lot Number:** C5807AA

**Dosage:** 0.1mL

**Route:** ID

**Exp Dt:** 04/2023

**Comments:**

**Tuberculosis:**

**Hx of Previous Disease:** No

**Blood-tinged Sputum:** No

**Night Sweats:** No

**Weight Loss:** No

**Fever:** No

**Cough:** No

**Comments:** CAME FROM STREET PPD PLANTED

**Infectious Disease Risk Factors:**

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** 2-5

**Male Sexual Partners (Last 5 Yrs):** 0

**Condom Use:** Sometimes

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** Yes

**Tattoos:** No

**Comments:** EDU: Law
Work: Lawyer
Born US

Tattoos: Zero

DR 2021

**Screenings:**

**Intake Screening**

**General**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ███/1962 | Sex:   M | Race: | BLACK |
| Encounter Date: | 10/18/2022 12:58 | Provider:   Ortiz, Lydia RN | Facility: | BRO |

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Sore throat, Headache, Body aches, Fatigue

**COVID**

No: Loss of taste or smell, Nausea or Vomiting, Diarrhea, History of COVID, History of COVID-19 vaccine administration

**Monkeypox**

No: Fever, Nasal congestion, Oral Lesions, Pimple, blister-like, or crusted rash, Swollen lymph nodes, Contact w/infectious rash, scabs or body fluids, Physical contact w/+ Monkeypox person, Contact w/Monkeypox infectious items, History of Smallpox vaccine?, History of treatment for Monkeypox?

**HIV History:**                    Denied

**Hepatitis:**                      Denied

**Other Infectious Diseases:**

    **Syphilis:**                  No

    **Syphilis Last Treatment:**   N/A

    **Genital Warts:**             No

    **Chlamydia:**                 No

    **Gonorrhea:**                 No

    **Herpes:**                    No

    **Chicken Pox:**               Yes

    **Other:**                     No

    **Comments:**   IN CHILDHOOD

**Abuse History:** Denied

    **Physical:** No

    **Emotional:**  No

    **Sexual:**  No

    **Comments:**  Denies any history of physical, emotional or sexual abuse.
Denies being the perpetrator of any abuse.

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ▆▆▆/1962 | Sex: M | Race: | BLACK |
| Encounter Date: | 10/18/2022 12:58 | Provider: Ortiz, Lydia RN | Facility: | BRO |

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

**Substance Use History:** Denied

**Currently enrolled in a medication for opioid use disorder/mat program:** No

**Current Painful Condition:**

**Location:**          RIGHT INGUINAL HERNIA
                       UMBILICAL HERNIA
                       PAIN IN RT LEG WHEN WALKING

**Other Health Issues:**

**Current Medical Conditions:**   Inguinal hernia
                                  Hypertension
                                  dx last night with occlusion of right femoral artery and aneurysm that needs evaluation
                                  by a vascular surgeon.
                                  Needs to follow up with a cardiologist

**Other Current Treatments:**

**Pregnant:**      N/A

**Postpartum:**  N/A

**Dental Condition:**

**Pain in Teeth or Mouth:** No

**Swelling in Mouth:** No

**Dental Complaint:** Yes

**Current Dental Treatment:** No

**Comments:** LOOSE TEETH

| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
|---|---|---|---|---|
| Date of Birth: | ███ 1962 | Sex: M | Race: | BLACK |
| Encounter Date: | 10/18/2022 12:58 | Provider: Ortiz, Lydia RN | Facility: | BRO |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/18/2022 | 13:05 BRO | 97.6 | 36.4 | Forehead | Ortiz, Lydia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/18/2022 | 15:02 BRO | 86 | Via Machine | | Ortiz, Lydia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/18/2022 | 15:02 BRO | 20 | Ortiz, Lydia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/18/2022 | 15:02 BRO | 141/89 | Left Arm | Sitting | Adult-large | Ortiz, Lydia RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/18/2022 | 15:03 BRO | 66.0 | 167.6 | Ortiz, Lydia RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/18/2022 | 15:03 BRO | 150.0 | 68.0 | | Ortiz, Lydia RN |

**Prosthetic Devices/Equipment:** Denied

**Potential Items For Follow-up:**

**Item**

Cardiac History

Hypertension History

Travel Outside US

Other Infectious Disease History

| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
|---|---|---|---|---|
| Date of Birth: | ████/1962 | Sex: M | Race: | BLACK |
| Encounter Date: | 10/18/2022 12:58 | Provider: Ortiz, Lydia RN | Facility: | BRO |

## Item

Current Medical Conditions

Current Painful Condition

Dental Complaint

**Comments:**
MD/CD ADVISED - EVALUATED INMATE - SENDING TO THBH FOR FURTHER EVALUATION AND TREATMENT
OPS LT NOTIFIED

Health Problems Newly Identified During This Encounter:

Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Clopidogrel Tablet | 10/18/2022 12:58 |
| | **Prescriber Order:**    75MG Orally  -   daily x 30 day(s) | |
| | Metoprolol Tartrate Tablet | 10/18/2022 12:58 |
| | **Prescriber Order:**    25MG Orally  -   Two Times a Day x 30 day(s) | |
| | Acetaminophen 325 MG Tablet | 10/18/2022 12:58 |
| | **Prescriber Order:**    650MG Orally  every  6 hours PRN x 30 day(s) | |
| | Aspirin 81 MG Tablet (365 day) | 10/18/2022 12:58 |
| | **Prescriber Order:**    81MG Orally  -   daily x 30 day(s) | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| Other Patient History | Continue | Rx | Order | Acetaminophen 325 MG Tablet | 650MG BY MOUTH EVERY 6 HRS AS NEEDED FOR PAIN |
| Other Patient History | Continue | Rx | Order | Aspirin 81 MG Tablet (365 day) | 81 MG BY MOUTH DAILY |
| BOP | Continue | Rx | Order | Clopidogrel Tablet | 75MG BY MOUTH DAILY |
| BOP | Continue | Rx | Order | Metoprolol Tartrate Tablet | 25MG BY MOUTH TWICE A DAY |
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Hep B surface Ab | One Time | 10/25/2022 00:00 | Routine |
| Lab Tests - Short List-General-Hep B core Ab, Total | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests - Short List-General-RPR | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |

Order Set Name:   BOP - New Commit Intake Orders - v5

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ████/1962 | Sex: M | Race: | BLACK |
| Encounter Date: | 10/18/2022 12:58 | Provider: Ortiz, Lydia RN | Facility: | BRO |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 10/18/2022 | 10/18/2022 | Emergent | No | |

    Subtype:

        Emergency Room

    Reason for Request:

        60YO Male with HTN and 40+ yr hx of smoking
        CT of abdomen and Pelvis last night showing occlusion of right femoral artery and aneurysm that needs
        evaluation by a vascular surgeon ASAP
        Right inguinal hernia that needs evaluation by a general surgeon
        PLEASE TAKE TO BROOKLYN HOSPITAL FOR FURTHER EVALUATION AND TREATMENT

    Provisional Diagnosis:

        OCCLUSION OF RIGHT FEMORAL ARTERY AND ANEURYSM
        RIGHT INGUINAL HERNIA

**Reconciled Orders:**
**No active [Labs, XRays, NMOS, etc.] orders to be reviewed.**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| History/Physical | 10/18/2022 00:00 | MLP 01 |

    **Order Set Name:** BOP - New Commit Intake Orders - v5

    to be done within 14 days of arrival

| | | |
|---|---|---|
| COVID-19 Pfizer-BioNTech Vaccine | 10/18/2022 00:00 | IOP/IDC |

    **Order Set Name:** BOP - New Commit Intake Orders - v5

| | | |
|---|---|---|
| PPD Reading | 10/20/2022 00:00 | Nurse |

**Order Sets Used in This Encounter:**

    BOP - New Commit Intake Orders - v5

    Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No         **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Bialor, Bruce (MAT) MD, CD

**Telephone or Verbal order read back and verified.**

Completed by Ortiz, Lydia RN on 10/18/2022 15:23

Requested to be cosigned by Bialor, Bruce (MAT) MD, CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**History & Physical**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | | | Reg #: | 91401-054 |
| Date of Birth: | ████ 1962 | | Sex: | M | Race:  BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | | Provider: | | Timothy, Beverly ANP-C | Unit: | H05 |

| | |
|---|---|
| **Seizures:** | Denied |
| **Diabetes:** | Denied |
| **Cardiovascular:** | |
| **Age of Onset:** | |
| **Hx of Shortness of Breath:** | No |
| **Hx of Rheumatic Fever:** | No |
| **Hx of Valvular Disease:** | No |
| **Hx of SBE Prophylaxis:** | No |
| **Hx of Chest Pain:** | No |
| **Hx of Murmur:** | No |
| **Hx of CAD:** | No |
| **Hx of CHF:** | No |
| **Hx of Blood Clot:** | No |
| **Pacemaker:** | No |
| **Defibrillator:** | No |
| **Edema:** | No |
| **Last MI:** | 2018 |
| **Comments:** | |
| **CVA:** | Denied |
| **Hypertension:** | |
| **Age of Onset:** | Adult (51-60 Years) |
| **Comments:** | |
| Respiratory: | Denied |
| **Sickle Cell Anemia:** | Denied |
| **Carcinoma/Lymphoma:** | Denied |
| **Allergies:** | Denied |
| **Tuberculosis:** | |
| **Hx of Previous Disease:** No | |
| **Blood-tinged Sputum:** No | |
| **Night Sweats:** No | |
| **Weight Loss:** No | |
| **Fever:** No | |
| **Cough:** No | |
| **Comments:** | |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: 91401-054 |
| Date of Birth: | ████/1962 | Sex: M | Race: BLACK | Facility: BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: | Timothy, Beverly ANP-C | Unit: H05 |

**Infectious Disease Risk Factors:**

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** 2-5

**Male Sexual Partners (Last 5 Yrs):** 0

**Condom Use:** Always

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** No

**Tattoos:** No

**Comments:**

| | |
|---|---|
| **HIV History:** | Denied |
| **Hepatitis:** | Denied |

**Other Infectious Diseases:**

| | |
|---|---|
| **Syphilis:** | No |
| **Syphilis Last Treatment:** | N/A |
| **Genital Warts:** | No |
| **Chlamydia:** | No |
| **Gonorrhea:** | No |
| **Herpes:** | No |
| **Chicken Pox:** | Yes |
| **Other:** | No |
| **Comments:** | |

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ████/1962 | Sex: M    Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: Timothy, Beverly ANP-C | Unit: | H05 |

**Mental Health:**

    **Level of Consciousness:** Alert and Oriented

    **Psychomotor Activity:** Normal

    **General Appearance:** Normal

    **Behavior:** Cooperative

    **Mood:** Appropriate to Content

    **Thought Process:** Goal Directed

    **Thought Content:** Normal

    **Hx of Mental Health Treatment:** None

    **Hx of Head Injury:** None

    **Current Mental Health Treatment:** No

    **Current Mental Health Complaint:** No

    **Hx of Loss of Consciousness:** No

    **Hx of Hearing Voices:** No

    **Past History of Suicide Attempt:** No

    **Current Suicide Ideation:** No

    **Suicide Prevention Initiated:** No

    **Comments:**

**Substance Use History:**

| | Last Used | Frequency | Route | Type | Amount |
|---|---|---|---|---|---|
| **Alcohol** | Within 6 months | Monthly | | Wine | 1 drink / day |

    **Hx of Withdrawal Symptoms:**

    **Comments:**

**Current Painful Condition:** Denied

**Other Health Issues:**

    **Current Medical Conditions:**

    **Other Current Treatments:**

**Pregnant:** N/A

**Postpartum:** N/A

**Dental Condition:** Denied

| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|
| Date of Birth: | ███/1962 | Sex: | M   Race:   BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: | Timothy, Beverly ANP-C | Unit: | H05 |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|
| Date of Birth: | ▬/1962 | Sex: M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: | Timothy, Beverly ANP-C | Unit: | H05 |

**Immunizations:**

    **Hepatitis A Series Administration:** History Unknown, Not Administered

        **Documented Date:** 11/30/2022 15:25 EST

        **Immunization Date:**

        **Provider:** Timothy, Beverly ANP-C

        **Location:**

        **Drug Mfg:**

        **Lot Number:**

        **Dosage:**

        **Route:**

        **Exp Dt:**

        **Comments:**

    **Hepatitis B Series Administration:** History Unknown, Not Administered

        **Documented Date:** 11/30/2022 15:25 EST

        **Immunization Date:**

        **Provider:** Timothy, Beverly ANP-C

        **Location:**

        **Drug Mfg:**

        **Lot Number:**

        **Dosage:**

        **Route:**

        **Exp Dt:**

        **Comments:**

    **Measles/Mumps/Rubella Series Administration:** History Unknown, Not Administered

        **Documented Date:** 11/30/2022 15:25 EST

        **Immunization Date:**

        **Provider:** Timothy, Beverly ANP-C

        **Location:**

        **Drug Mfg:**

        **Lot Number:**

        **Dosage:**

        **Route:**

        **Exp Dt:**

        **Comments:**

    **Smallpox Series Administration:** History Unknown, Not Administered

        **Documented Date:** 11/30/2022 15:25 EST

| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|
| Date of Birth: | ■■■/1962 | Sex: M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: | Timothy, Beverly ANP-C | Unit: | H05 |

**Immunization Date:**

**Provider:** Timothy, Beverly ANP-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Tetanus-Diphtheria Administration:** History Unknown, Not Administered

**Documented Date:** 11/30/2022 15:25 EST

**Immunization Date:**

**Provider:** Timothy, Beverly ANP-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Varicella Series Administration:** History Unknown, Not Administered

**Documented Date:** 11/30/2022 15:25 EST

**Immunization Date:**

**Provider:** Timothy, Beverly ANP-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 98.1 | 36.7 | Forehead | Timothy, Beverly ANP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 66 | | | Timothy, Beverly ANP-C |

| Inmate Name: | DENNIS, WILLIE | | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | ███/1962 | | Sex: M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | | Provider: | Timothy, Beverly ANP-C | Unit: | H05 |

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 18 | Timothy, Beverly ANP-C |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 106/76 | Left Arm | Sitting | | Timothy, Beverly ANP-C |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 99 | Room Air | Timothy, Beverly ANP-C |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 66.0 | 167.6 | Timothy, Beverly ANP-C |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 153.0 | 69.4 | | Timothy, Beverly ANP-C |

**Prosthetic Devices/Equipment:** Denied

**Tobacco Usage:**

**Cigarettes:** 1 pkgs per day x 30 years

**Cigars:**

**Pipes:**

**Smokeless:**

**General Social History:**

**Foreign Travel:**

**Born in USA:** Yes

**Country of Birth:** USA

**Patient Education Assessments:**

| Date | Ed Yrs | Occupation | Learns Best By | Primary Language | Barriers to Education |
|---|---|---|---|---|---|
| 11/30/2022 | 19 | Lawyer | Reading/Writing | English | None |

**Family History - Father:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

**Comments:** 87 y/o

Alive

Dementia

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ▮▮▮/1962 | Sex: M    Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider:   Timothy, Beverly ANP-C | Unit: | H05 |

**Family History - Mother:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

Heart Disease

Hypertension

**Comments:**  83 y/o

Alive

**Family History - Sibling:**

**Number of Siblings:** 1

**Significant Illnesses:**

Hypertension

**Comments:** Brother - 1 - HTN

Sister - 1 - deceased - Heart Attack - age 58

**ROS:**

**Integumentary**

**Hair**

Yes: Within Normal Limits

**Nails**

Yes: Within Normal Limits

**Skin**

Yes: Within Normal Limits

**HEENT**

**Ears**

Yes: Within Normal Limits

**Eyes**

Yes: Hx Eye Glasses

**Head**

Yes: Within Normal Limits

**Mouth**

Yes: Within Normal Limits

**Neck**

Yes: Within Normal Limits

**Nose**

Yes: Within Normal Limits

**Throat**

Yes: Within Normal Limits

**Sinuses**

Yes: Within Normal Limits

Last eye exam over 1.5 years

**Cardiovascular**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ████ 1962 | Sex:   M   Race:   BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider:   Timothy, Beverly ANP-C | Unit: | H05 |

**Arteries and Veins**

Yes: Hx DVT

**General**

Yes: Hx Hypertension, Hx of Heart Disease, Hx of Hyperlipidemia

MI - 2018
CAD
PVD

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**GI**

**General**

No: Within Normal Limits

Umbilical Hernia
Right Inguinal Hernia

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Within Normal Limits

**Neurological**

**Autonomic System**

Yes: Within Normal Limits

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Within Normal Limits

**Endocrine**

**General**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

**Lymphatics**

**General**

Yes: Within Normal Limits

**Head:**

**Normal:**   Yes

**Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ████1962 | Sex: M   Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: Timothy, Beverly ANP-C | Unit: | H05 |

**Eyes:**

    **EOMI:** Yes

    **Icterus:** No

    **Conjunctival Inflammation:** No

    **Pupils PERRLA:** Yes

    **Pupil Size Rt:**

    **Pupil Size Lt:**

    **Pupils Comments:**

    **Fundi Vessels Nicking:** No

    **Fundi Vessels Discs Flat:** Yes

    **Fundi Vessels Discs Sharp Margins:** Yes

    **Fundi Vessels Grounds Abnormal:** No

    **Eyes Comments:**

**Ears:**

    **Right Ear:** Canal patent

    **Left Ear:** Canal patent

    **Ears Comments:**

**Nose:**

    **Nares Patent:** Yes

    **Septum Midline:** Yes

    **Septum Intact:** Yes

    **Drainage/Discharge:** No

    **Polyps:** No

    **Nose Comments:**

**Mouth**

    **Lesions:** No

    **Oral/Buccal Mucosa:** Yes

    **Gums Normal:** Yes

    **Tonsils Present:** Yes

        **Tonsils Normal:** Yes

    **Pharynx:** Normal Color

    **Teeth Poor Dentition:** No

    **Teeth Count:** Mostly Present

    **Dentures:** No

    **Mouth Comments:**

**Cranial Nerves:**

    **Intact II-XII:** Yes

    **Cranial Nerves Comments:**

| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████/1962 | Sex: M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: | Timothy, Beverly ANP-C | Unit: | H05 |

**Neck:**

**Full ROM:** Yes

**Masses/Nodes:** No

**Trachea:** Midline

**Thyroid:** Normal Size

**Comments:**

**Breasts: Not Done**

**Instructions for Self Breast Exam Given:** No

**Comments:** No Male Chaperone available

Deferred - decline - no complaints voiced

**Thorax:**

**Contour Normal:** Yes

    **Increased AP Diameter:** No

    **Asymmetrical Expansion:** No

**Lungs Clear:** Yes

    **Wheezes:** No

    **Crackles:** No

    **Rhonchi:** No

    **Rales:** No

    **Accessory Muscle Use:** No

**Comments:**

**Spine:**

**Deformity:** No

**Full ROM:** Yes

**Tenderness:** No

**Comments:**

**Cardiovascular:**

**RRR:** Yes

**Normal S1/S2:** Yes

**Murmurs:** No

**Carotid Bruits:** No

**JVD:** No

| Arteries: | Right | Left |
|---|---|---|
| **Radial:** | 2 | 2 |
| **Femoral:** | 2 | 2 |
| **Dorsalis Pedis:** | 2 | 2 |
| **Post. Tibialis:** | 2 | 2 |

**Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | Reg #: | 91401-054 |
| Date of Birth: | ████/1962 | Sex: M   Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: Timothy, Beverly ANP-C | Unit: | H05 |

**Abdomen:**

**Normal Contour:** Yes

**Scaphoid:** No

**Obese:** No

**Gravid:** No

**Hernias:** No

**Bruits:** No

**Masses:** No

**Scars:** No

**Tenderness:** No

**Organomegaly:** No

**Active Bowel Sounds:** Yes

**Comments:**

**Extremities:**

**Nails Clubbing:** No

**Nails Cyanosis:** No

**Lower Extremity Edema - Right:** None

**Lower Extremity Edema - Left:** None

**Atrophy:** No

**Amputations:** No

**Other Deformities:** No

**Varicosities:** No

**Calf Tenderness:** No

**Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| **Arm:** | Normal | Normal |
| **Leg:** | Normal | Normal |
| **Full ROM:** | **Right** | **Left** |
| **Arm:** | Yes | Yes |
| **Leg:** | Yes | Yes |

**Comments:**

| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████/1962 | Sex: M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: | Timothy, Beverly ANP-C | Unit: | H05 |

**Reflexes:**

| | **Right** | **Left** |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | 2/4 | 2/4 |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:** Yes

**Light Touch:** Yes

**Pin Prick:** Yes

**Comments:**

**GU:**

**Chaperoned By:**

**Rectum: Not Done**

**Comments:** No Male Chaperone available

Deferred - decline - no complaints voiced

**Male Genitalia:**

**Penis:**

**Circumcised:** Yes

**Lesions:** No

**Discharge:** No

**Testicles:**

**Masses:** No

**Hernias:** Yes

**Size:** Normal Size

**Atrophy Location:**

**Varicocele/Spermatocele:**

**Comments:** Exam conducted MD

Large Right Inguinal Hernia extending into scrotum

**Skin:**

**Normal:** Yes

**Rash:** No

**Redness:** No

**Abnormal Pigmentation:** No

**Abnormal Lesions/Growths:** No

**Comments:**

| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████ 1962 | Sex: M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: | Timothy, Beverly ANP-C | Unit: | H05 |

**Lymphatics:**

**Adenopathy:** No

**Comments:**

**Potential Items For Follow-up:**

**Item**

Cardiac History

Hypertension History

Other Infectious Disease History

Substance Abuse History

Tobacco History

Breasts Not Done

Rectum Not Done

Testicle Hernia

PPD Administration Not Performed

**Cleared For Food Services:** Yes

Health Problems Newly Identified During This Encounter:

Health Problem

Umbilical hernia - Current -

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | | Ordered By |
|---|---|---|---|---|---|
| Blood Pressure | Weekly | 45 days | | | Timothy, Beverly ANP-C |
| | Order Date: | 11/30/2022 | | | |
| EKG | One Time | | | | Timothy, Beverly ANP-C |
| | Order Date: | 11/30/2022 | | | |

Schedule:

| Activity | | Date Scheduled | Scheduled Provider |
|---|---|---|---|
| Optometry Exam | | 11/30/2022 00:00 | Optometrist |
| Follow-up | | 12/21/2022 00:00 | MLP 01 |
| HTN | | | |
| CAD | | | |
| PVD | | | |

**Other:**

60 y/o male presents today for routine H & P, wants to have daily BP check, want so to inguinal hernia reduced, concern about occlusion right leg

Discussed clinical findings from exam
Discussed plan of care
Discussed medication adherence

| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
|---|---|---|---|---|---|
| Date of Birth: | ████1962 | Sex: M | Race: BLACK | Facility: | BRO |
| Encounter Date: | 11/30/2022 15:08 | Provider: | Timothy, Beverly ANP-C | Unit: | H05 |

Discussed hand, respiratory & eye hygiene
Discussed fall precautions
Discussed daily foot care
Discussed daily skin care
Instructed to reduce sodium intake
Instructed concentrated sweets
Instructed to increase PO water intake
Instructed to increase fiber - fruits & vegetables   intake
Discussed diet (Low Fat/Chol/Low Salt), weight loss, stress management strategies, daily exercise - @ least 30
min/day, & lifestyle modifications
Discussed prostate exam & colonoscopy
Discussed self-care & preventative health maintenance
Instructed to RTC PRN

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Timothy, Beverly ANP-C on 12/01/2022 18:02

Requested to be cosigned by  Bialor, Bruce (MAT) MD, CD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Vitals All

| Begin Date: | 12/15/2021 | End Date: | 12/15/2022 |
|---|---|---|---|
| Reg #: | 91401-054 | Inmate Name: | DENNIS, WILLIE |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 98.1 | 36.7 | Forehead | Timothy, Beverly ANP-C |
| | **Orig Entered:** 11/30/2022 15:25 EST | | Timothy, Beverly ANP-C | | |
| 10/18/2022 | 13:05 BRO | 97.6 | 36.4 | Forehead | Ortiz, Lydia RN |
| | **Orig Entered:** 10/18/2022 13:07 EST | | Ortiz, Lydia RN | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/13/2022 | 13:13 BRO | 62 | Via Machine | | Fortilus, Guerline Medical |
| | **Orig Entered:** 12/13/2022 13:14 EST | | Fortilus, Guerline Medical Assistant | | |
| 12/07/2022 | 14:32 BRO | 62 | Via Machine | | Fortilus, Guerline Medical |
| | **Orig Entered:** 12/07/2022 14:33 EST | | Fortilus, Guerline Medical Assistant | | |
| 11/30/2022 | 15:15 BRO | 66 | | | Timothy, Beverly ANP-C |
| | **Orig Entered:** 11/30/2022 15:25 EST | | Timothy, Beverly ANP-C | | |
| 10/18/2022 | 15:02 BRO | 86 | Via Machine | | Ortiz, Lydia RN |
| | **Orig Entered:** 10/18/2022 15:05 EST | | Ortiz, Lydia RN | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 18 | Timothy, Beverly ANP-C |
| | **Orig Entered:** 11/30/2022 15:25 EST | | Timothy, Beverly ANP-C |
| 10/18/2022 | 15:02 BRO | 20 | Ortiz, Lydia RN |
| | **Orig Entered:** 10/18/2022 15:05 EST | | Ortiz, Lydia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/13/2022 | 13:10 BRO | 117/73 | Left Arm | Sitting | Adult-regular | Fortilus, Guerline Medical |
| | **Orig Entered:** 12/13/2022 13:12 EST | | Fortilus, Guerline Medical Assistant | | | |
| 12/07/2022 | 14:20 BRO | 114/73 | Left Arm | Sitting | Adult-regular | Fortilus, Guerline Medical |
| | **Orig Entered:** 12/07/2022 14:21 EST | | Fortilus, Guerline Medical Assistant | | | |
| 11/30/2022 | 15:15 BRO | 106/76 | Left Arm | Sitting | | Timothy, Beverly ANP-C |
| | **Orig Entered:** 11/30/2022 15:25 EST | | Timothy, Beverly ANP-C | | | |
| 10/18/2022 | 15:02 BRO | 141/89 | Left Arm | Sitting | Adult-large | Ortiz, Lydia RN |
| | **Orig Entered:** 10/18/2022 15:05 EST | | Ortiz, Lydia RN | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/13/2022 | 13:12 BRO | 100 | Room Air | Fortilus, Guerline Medical Assistant |
| | **Orig Entered:** 12/13/2022 13:14 EST | | Fortilus, Guerline Medical Assistant | |
| 12/07/2022 | 14:32 BRO | 100 | Room Air | Fortilus, Guerline Medical Assistant |
| | **Orig Entered:** 12/07/2022 14:33 EST | | Fortilus, Guerline Medical Assistant | |

| Begin Date: | 12/15/2021 | End Date: | 12/15/2022 |
|---|---|---|---|
| Reg #: | 91401-054 | Inmate Name: | DENNIS, WILLIE |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 99 | Room Air | Timothy, Beverly ANP-C |

**Orig Entered:** 11/30/2022 15:25 EST   Timothy, Beverly ANP-C

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 66.0 | 167.6 | Timothy, Beverly ANP-C |

**Orig Entered:** 11/30/2022 15:25 EST   Timothy, Beverly ANP-C

| 10/18/2022 | 15:03 BRO | 66.0 | 167.6 | Ortiz, Lydia RN |
|---|---|---|---|---|

**Orig Entered:** 10/18/2022 15:05 EST   Ortiz, Lydia RN

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 11/30/2022 | 15:15 BRO | 153.0 | 69.4 | | Timothy, Beverly ANP-C |

**Orig Entered:** 11/30/2022 15:25 EST   Timothy, Beverly ANP-C

| 10/18/2022 | 15:03 BRO | 150.0 | 68.0 | | Ortiz, Lydia RN |
|---|---|---|---|---|---|

**Orig Entered:** 10/18/2022 15:05 EST   Ortiz, Lydia RN

**Bureau of Prisons**

**Health Services**

**Health Problems**

Reg #:  91401-054                          Inmate Name:  DENNIS, WILLIE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Type 2 diabetes mellitus | | | | | | |
| 12/06/2022 16:52 EST  Kang, Yoon PA-C | | ICD-10 | E119 | 12/06/2022 | Current | |
| Hyperparathyroidism, unspecified | | | | | | |
| 12/14/2022 14:33 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | E213 | 12/14/2022 | Current | |
| Primary hyperparathyroidism | | | | | | |
| Hyperlipidemia, unspecified | | | | | | |
| 10/20/2022 17:16 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | E785 | 10/18/2022 | Current | |
| Essential (primary) hypertension | | | | | | |
| 10/20/2022 17:16 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | I10 | 10/18/2022 | Current | |
| Ischemic cardiomyopathy | | | | | | |
| 11/21/2022 14:23 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | I255 | 10/27/2022 | Current | |
| 3-Vessel CAD, with decreased LVEF. | | | | | | |
| Aneurysm of unspecified site | | | | | | |
| 10/20/2022 17:16 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | I729 | 10/18/2022 | Current | |
| R femoral artery | | | | | | |
| Peripheral vascular disease | | | | | | |
| 11/21/2022 14:23 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | I739 | 10/18/2022 | Current | |
| R Femoral Artery Occlusion. | | | | | | |
| 10/20/2022 17:16 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | I739 | 10/18/2022 | Current | |
| Inguinal hernia | | | | | | |
| 11/21/2022 14:23 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | K4090 | 10/18/2022 | Current | |
| Right. | | | | | | |
| 10/20/2022 17:16 EST  Bialor, Bruce (MAT) MD, CD | | ICD-10 | K4090 | 10/18/2022 | Current | |
| Umbilical hernia | | | | | | |
| 11/30/2022 15:37 EST  Timothy, Beverly ANP-C | | ICD-10 | K429 | 11/30/2022 | Current | |

## Resolved

Confirmed case COVID-19

Reg #:  91401-054                    Inmate Name:  DENNIS, WILLIE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 12/13/2022 09:55 EST  Jordan, Duvinka RN/IDC/IOP | | ICD-10 | U07.1 | 11/18/2022 | Resolved | 12/13/2022 |
| 11/21/2022 14:13 EST  Bradwisch, Troy RN | | ICD-10 | U07.1 | 11/18/2022 | Current | |

**Total:** 10

**Bureau of Prisons**
**Health Services**
**Treatments**

| Begin Date: | 12/15/2021 | End Date: | 12/15/2022 |
|---|---|---|---|
| Reg #: | 91401-054 | Inmate Name: | DENNIS, WILLIE |

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|
| 12/07/2022 | 14:18 BRO | EKG | Fortilus, Guerline | Completed |

**Orig Entered:** 12/07/2022 14:18 EST   Fortilus, Guerline Medical Assistant

**Total:** 1

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | | |
|---|---|---|---|
| Complex: | BRO--BROOKLYN MDC | Begin Date: 12/15/2021 | End Date: 12/15/2022 |
| Inmate: | DENNIS, WILLIE | Reg #: 91401-054 | Quarter: H05-502L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                        Denied

## Active Prescriptions

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain
**Rx#:** 434219-BRO     **Doctor:** Bialor, Bruce (MAT) MD, CD
**Start:** 10/18/22     **Exp:** 11/17/22               **Pharmacy Dispensings:** 56 TAB in 30 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 434220-BRO     **Doctor:** Bialor, Bruce (MAT) MD, CD
**Start:** 10/18/22     **Exp:** 11/17/22               **Pharmacy Dispensings:** 30 TAB in 30 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 435890-BRO     **Doctor:** Bialor, Bruce (MAT) MD, CD
**Start:** 11/21/22     **Exp:** 02/19/23               **Pharmacy Dispensings:** 30 TAB in 24 days

Atorvastatin 80 MG TAB
Take one tablet (80 MG) by mouth each day -- While taking Paxlovid for COVID, do not take this medication.
**Rx#:** 435891-BRO     **Doctor:** Bialor, Bruce (MAT) MD, CD
**Start:** 11/21/22     **Exp:** 02/19/23               **Pharmacy Dispensings:** 30 TAB in 24 days

Clopidogrel Bisulfate 75 MG Tab
Take one tablet (75 MG) by mouth each day
**Rx#:** 434221-BRO     **Doctor:** Bialor, Bruce (MAT) MD, CD
**Start:** 10/18/22     **Exp:** 11/17/22               **Pharmacy Dispensings:** 30 TAB in 30 days

Empagliflozin 25 MG Tablet
Take one tablet (25 MG) by mouth each day **non-formulary approved until: 11/21/24
**Rx#:** 435948-BRO     **Doctor:** Bialor, Bruce (MAT) MD, CD
**Start:** 11/22/22     **Exp:** 02/20/23               **Pharmacy Dispensings:** 30 TAB in 23 days

Metoprolol Succ XL 24 Hour  50 MG Tab
Take one tablet (50 MG) by mouth each day
**Rx#:** 435892-BRO     **Doctor:** Bialor, Bruce (MAT) MD, CD
**Start:** 11/21/22     **Exp:** 02/19/23               **Pharmacy Dispensings:** 30 TAB in 24 days

| Complex: | BRO--BROOKLYN MDC | | Begin Date: 12/15/2021 | | End Date: 12/15/2022 |
|---|---|---|---|---|---|
| Inmate: | DENNIS, WILLIE | Reg #: | 91401-054 | Quarter: | H05-502L |

## Active Prescriptions

Metoprolol Tartrate  25 MG Tab

Take one tablet (25 MG) by mouth twice daily

| **Rx#:** | 434222-BRO | **Doctor:** Bialor, Bruce (MAT) MD, CD | |
|---|---|---|---|
| **Start:** | 10/18/22 | **Exp:** 11/17/22 | **Pharmacy Dispensings:** 60 TAB in 30 days |

Nirmatrelvir/Ritonavir 300/100 mg Tab pack

Take 2 tablets of nirmatrelvir (300mg) and 1 tablet of ritonavir (100mg) by mouth twice daily for 5 days

| **Rx#:** | 435893-BRO | **Doctor:** Bialor, Bruce (MAT) MD, CD | |
|---|---|---|---|
| **Start:** | 11/21/22 | **Exp:** 11/26/22 | **Pharmacy Dispensings:** 30 TAB in 5 days |

Sacubitril-Valsartan 24-26 MG Tablet

Take one tablet  by mouth twice daily

| **Rx#:** | 435894-BRO | **Doctor:** Bialor, Bruce (MAT) MD, CD | |
|---|---|---|---|
| **Start:** | 11/21/22 | **Exp:** 02/19/23 | **Pharmacy Dispensings:** 60 TAB in 24 days |

Spironolactone  25 MG Tab

Take one tablet (25 MG) by mouth each day

| **Rx#:** | 435895-BRO | **Doctor:** Bialor, Bruce (MAT) MD, CD | |
|---|---|---|---|
| **Start:** | 11/21/22 | **Exp:** 02/19/23 | **Pharmacy Dispensings:** 30 TAB in 24 days |

**SENSITIVE BUT UNCLASSIFIED**

## Bureau of Prisons
## Psychology Services
## Referral - STAFF

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | | | Reg #: | 91401-054 |
| Date of Birth: | ████/1962 | Sex: | M | Facility: | BRO | Unit Team: | H |
| Date: | 11/28/2022 13:00 | Provider: | Barrett, N. DTS | | | | |

**Comments**

DENNIS is an A-PRE detainee at BRO who reported a substance use history significant for cigarette use during a psychology intake (see associated 11-22-2022 Intake Screening). A referral for the Non-residential Drug Abuse Program (NR DAP) was made by the interviewer.

DENNIS is currently in isolation status on G-41. He may be considered for programming when he returns to general population and the program is in open enrollment status on the unit he is assigned. Per referral, DENNIS will be added to the local NR DAP waitlist and contacted for assessment as noted above. Referral source was notified of the same.

Completed by Barrett, N. DTS on 12/05/2022 11:17

**SENSITIVE BUT UNCLASSIFIED**

## Bureau of Prisons
## Psychology Services
## Intake Screening

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: 91401-054 |
| Date of Birth: | ███/1962 | Sex:  M | Facility:  BRO | Unit Team:  G |
| Date: | 11/22/2022 13:56 | Provider:  Rosinski, Amanda PhD | | |

### Limits of Confidentiality

Limits of confidentiality were reviewed with Mr. Dennis. He expressed an understanding of the limits of confidentiality and consented to be interviewed accordingly.

### Data Source(s)

The following data sources were reviewed in conjunction with this Initial Intake Evaluation: Self-Report, SENTRY, PSIQ.

Mr. Dennis was seen by this writer for the completion of his PSIQ upon his return from the hospital. While completing the PSIQ, Mr. Dennis reported that he wished to speak to a mental health provider and wished to speak about drug treatment programming. As such, a psychology intake screening was immediately conducted. Mr. Dennis reported currently withdrawing from cigarette use. He also reported feeling depressed, anxious, and hopeless on his PSIQ.

### Mental Health History and Current Symptoms

No history of mental health issues was noted.

No history of prior mental health treatment was noted.

Current mental health symptoms were noted: Depression, Anxiety.

Mr. Dennis reported feeling depressed, anxious, and hopeless on his PSIQ. When asked about these current symptoms, Mr. Dennis relayed that he is stressed out because he was recently hospitalized for a heart blockage and hernia. He indicated that he is currently taking medications to treat these medical issues. But he feels stressed out and stated that he could have a heart attack at any time. Mr. Dennis is also currently in a single, isolation cell due to being diagnosed with COVID-19. Finally, he is stressed out about his parents as well, as he was their primary caretaker in Florida prior to his current incarceration.

No suicidal ideation, attempts, or self-harm were noted.

### Substance Use

A history of substance use was noted: Other.

Mr. Dennis reported a substance use history significant for cigarette use. He indicated that he last used cigarettes on 10/22/2022, and he is currently experiencing symptoms of withdrawal. He denied any other history of substance use. He expressed interest in NRDAP programming at this institution, and he will be referred for such programming by this writer.

No history of substance use treatment was noted.

### Sex Offenses

No sexual offense convictions were noted.

No history of sexual predation in a correctional setting was noted.

### Relevant Psychosocial History

Noteworthy psychosocial issues: Marital/Family History, Criminal History.

Mr. Dennis is a 60-year-old, black male. He was living in Orlando, Florida prior to his incarceration, and he reported that he was the primary caretaker for both of his parents in Florida. He indicated that his parents are aware that he is now incarcerated in NY, and he last spoke to them on 11/18/2022. Mr. Dennis currently identifies as single, and he has two children, ages 27 and 24.

Mr. Dennis reported that he did not have a job prior to his incarceration, as he was caring for his parents on a full-time basis.

Mr. Dennis indicated that he is currently charged with "threatening over emails." A review of SENTRY revealed that Mr. Dennis is currently charged with cyberstalking.

| Inmate Name: | DENNIS, WILLIE | | | | | |
|---|---|---|---|---|---|---|
| Date of Birth: | ████1962 | Sex: M | Facility: BRO | | Unit Team: G | |
| Date: | 11/22/2022 13:56 | Provider: Rosinski, Amanda PhD | | | | |

## Adverse Childhood Experiences

Trauma Need: NO

| | **No** | **Yes** | **Didn't Say** |
|---|---|---|---|
| Verbal Abuse | [x] | | |
| Physical Abuse | [x] | | |
| Sexual Abuse | [x] | | |
| Emotional Abuse | [x] | | |
| Neglect of Basic Needs | [x] | | |
| Loss of Biological Parent | [x] | | |
| Physical Abuse of Maternal Figure | [x] | | |
| Substance Abuse by Household Member | [x] | | |
| Suicide Attempt/Mental Illness of Household Member | [x] | | |
| Loss of Household Member to Prison | [x] | | |
| Experience of adult trauma | | | [x] |

## Adjustment to Incarceration

Adjustment to incarceration concerns were identified: Separation from Family, Other.

Mr. Dennis was recently hospitalized for medical concerns, including a heart blockage and a hernia. He reported feeling stressed out because of his medical issues, and he is also worried about his parents. He was reportedly their primary caretaker prior to his incarceration. Mr. Dennis is currently housed in a single, isolation cell due to being diagnosed with COVID-19. He reported normal eating and sleeping habits. Although he did not report any major concerns about his adjustment to this specific institution, Mr. Dennis reported feeling generally stressed out because of his current health and his parents' well-being. Mr. Dennis maintains a close relationship with his parents and is currently separated from them.

Current Mental Status: Mr. Dennis was alert and oriented. He was polite, calm, and cooperative in demeanor. He exhibited a neutral affect with appropriate range. Eye contact and hygiene were appropriate. He spoke with normal rate, tone, and volume. His thoughts were organized and coherent, with no loosening of associations or tangential, circumstantial, or irrelevant content. There was no evidence of perceptual disturbance, delusional ideation, or a formal thought disorder. He did not engage in any bizarre or inappropriate behavior. He noted having normal eating and sleeping habits. Mr. Dennis explicitly denied recent and current suicidal ideation, planning, and intent. He was future oriented and expressed a willingness to contact staff immediately should he experience suicidal ideation or psychological distress. He also denied thoughts of harming others.

## Findings

Care Level:    CARE1-MH

Mr. Dennis currently appears stable, and he did not exhibit any signs of major mood or thought disturbance. He reported feeling stressed out over his physical health and his parents' well-being. Mr. Dennis is currently being medically treated for his health concerns. He reported maintaining normal eating and sleeping habits. He denied any other major concerns about his incarceration. He has no recent significant mental health problems, his current presentation does not indicate current mental health problems, and he denied the need for psychological services at this time. Therefore, a CARE1-MH level seems most appropriate at this time. CARE1-MH is indicative of an inmate who shows no significant level of functional impairment associated with a mental illness and demonstrates no need for regular mental health intervention.

## Recommendations

The following psychological services are recommended: Drug Treatment Program, Follow-Up Appointment, Other.

Based on his reported interest, this writer referred Mr. Dennis for NRDAP programming.

Mr. Dennis was educated about both routine and emergency procedures for contacting Psychology Services should he require assistance in the future. Due to his recent stressors regarding his physical health and his parents' well-being, Mr. Dennis will be seen in approximately one month for a follow-up appointment. He expressed willingness to self-refer to psychology staff if needed. He was encouraged to reach out for PRN services should he experience any psychological distress.

Completed by Rosinski, Amanda PhD on 11/28/2022 11:31

**Reviewed by Schlessinger, K. PsyD, PhD/Chief Psychologist on 11/28/2022 11:32**



**Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

**\*\*\* Sensitive But Unclassified \*\*\***

| | | | |
|---|---|---|---|
| **Name** DENNIS, WILLIE | **Facility** MDC Brooklyn | **Collected** 12/13/2022 12:51 EST |
| **Reg #** 91401-054 | **Order Unit** H05-502L | **Received** 12/14/2022 11:55 EST |
| **DOB** ███/1962 | **Provider** Yoon  Kang, PA-C | **Reported** 12/14/2022 14:16 EST |
| **Sex** M | | **LIS ID** 340222797 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Calcium | H | 10.8 | 8.8-10.2 | mg/dL |
| Phosphate (As Phosphorus) | | 2.8 | 2.5-4.5 | mg/dL |
| Magnesium | | 2.2 | 1.6-2.4 | mg/dL |

## SPECIAL CHEMISTRY

| | | | | |
|---|---|---|---|---|
| PSA, Total | | 0.57 | <=4.00 | ng/mL |

The testing method is an electrochemiluminescence assay manufactured by Roche Diagnostics Inc. and performed on the Modular or Cobas system.
Values obtained with different assay methods or kits may be different and cannot be used interchangeably.

| | | | | |
|---|---|---|---|---|
| Vitamin D,25-OH,Total,IA | L | 28.7 | 30.0-100.0 | ng/mL |

Deficiency  < 20 ng/mL
Potential Toxicity > 100 ng/mL

---

**FLAG LEGEND**      L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

# AFTER VISIT SUMMARY   9140l-05Y

**NYC HEALTH+ HOSPITALS** | **Bellevue**

**Willie Dennis** MRN: ▮▮▮▮

⊕ Claudication in peripheral vascular disease (HCC)   📅 11/8/2022 - 11/21/2022   📍 Bellevue IP 17N TELE/MEDECINE

## Instructions



**Your medications have changed**

➡ START taking:
**aspirin (BAYER)**

✓ ✗ atorvastatin (LIPITOR)

✓ empagliflozin (JARDIANCE)

melatonin

✓ metoprolol succinate er (TOPROL)

✓ nirmatrelvir & ritonavir (PAXLOVID 300/100)

✓ sacubitril-valsartan (ENTRESTO)

✓ spironolactone (ALDACTONE)

Review your updated medication list below.

## Why you were hospitalized

Your primary diagnosis was: Claudication in Peripheral Vascular Disease (Hcc)

Your diagnoses also included: Coronary Artery Disease, Non-Recurrent Unilateral Inguinal Hernia Without Obstruction Or Gangrene

## Current Visit Procedures

### Past Procedures (11/8/2022 to Today)

| Date | Procedures | Providers |
|---|---|---|
| 11/15/2022 | ANGIOGRAM LOWER EXTREMITY | Joanelle Lugo, MD |

### Unscheduled Procedures

| Date | Procedures | Providers |
|---|---|---|
| Not Scheduled | OPEN RIGHT INGUINAL HERNIA REPAIR WITH MESH | Robert Reader, MD |



## Additional information on labs

Ambulatory Referral to Cardiology
Reason for Referral: triple vessel disease
Reason for Referral:   General Cardiology
Patient has verbally agreed to referral and acknowledged that this referral may result in an electronic consultation, televisit, or in person visit, and that coinsurance, copays, or other costs may apply, for which the patient will be responsible to pay:
Yes

## Your Next Steps

### ⑦ Ask

☐ Ask how to get these medications
- aspirin
- atorvastatin
- empagliflozin
- melatonin
- metoprolol succinate er
- nirmatrelvir & ritonavir
- sacubitril-valsartan
- spironolactone

### 📖 Read

☐ Read these attachments
- CORONARY ARTERY DISEASE, RISK FACTORS (ENGLISH)
- Inguinal Hernia  Adult  Easy-to-Read (English)

### 🗣 Go

DEC 22   **Follow Up Visit** 7:30 AM
Bellevue General Surgery
462 1st Ave
New York NY 10016
844-692-4692
Arrive at: Ambulatory Care 1D

**NYC HEALTH+ HOSPITALS** | **MYCHART**

Our records indicate that you have an active MyChart account. Did you know that with MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments and much much more...

If you have questions, you can go to https://epicmychart.nychhc.org/help to contact our MyChart staff. Remember, for emergencies, always call 911 - do not use MyChart.

# Additional information on labs (continued)

Ambulatory Referral to General Surgery
Reason for Referral: elective repair of inguinal hernia
Patient has verbally agreed to referral and acknowledged that this referral may result in an electronic consultation, televisit, or in person visit, and that coinsurance, copays, or other costs may apply, for which the patient will be responsible to pay:
Yes

Ambulatory Referral to Vascular Surgery
Reason for Referral: bilateral LE angiogram with intervention for right femoral artery occlusion
Patient has verbally agreed to referral and acknowledged that this referral may result in an electronic consultation, televisit, or in person visit, and that coinsurance, copays, or other costs may apply, for which the patient will be responsible to pay:
Yes



## Hospital Course
**Medicine Course:**

Pt arrived to unit in stable condition. No complaints of chest pain, shortness of breath or pain in his RLE at rest. RLE with good pulses, warm to touch, without any numbness. Cardiology, CT surgery, and Vascular consulted to evaluate urgency of his cardiac and vascular interventions. TTE performed showing depressed EF to 35-40%. OSH records reviewed by cardiology. Trop negative, never anginal symptoms. Thus, patient may be medically managed vs complex/targeted PCI. Case to be discussed at Heart Conference. Cardiology and CT surgery decided no need for stress testing. Will pursue medical management of asymptomatic triple vessel disease given recent trials REVIVE and ISCHEMIA. Vascular surgery recommending outpatient management for bilateral angiogram of lower extremities with possible endovascular intervention. General surgery recommending outpatient management of inguinal hernia repair. Pt deemed medically stable for discharge to DOC custody.

## You are allergic to the following
No active allergies

Date Reviewed: 11/8/2022

## What's Next

**Follow up with Bellevue Vascular Surgery**
Reason for Referral: bilateral LE angiogram with intervention for right femoral artery occlusion

462 1st Ave
New York NY 10016
212-562-5555

**Follow up with Bellevue Cardiology**
Reason for Referral: triple vessel disease

462 1st Ave
New York NY 10016
844-692-4692

**Follow up with Bellevue Vascular Surgery in 1 month(s)**

462 1st Ave
New York NY 10016
212-562-5555

**Follow up with Bellevue General Surgery in 6 month(s)**
Wednesday p.m.
1D
As needed, If symptoms worsen
Reason for Referral: elective repair of inguinal hernia

462 1st Ave
New York NY 10016
844-692-4692

## What's Next (continued)

| | | |
|---|---|---|
| **DEC**<br>**22** | **Follow Up Visit**<br>Thursday Dec 22, 2022 7:30 AM<br><br>Ambulatory Care Building<br>1st Floor Clinic 1D | Bellevue General Surgery<br>462 1st Ave<br>New York NY 10016<br>844-692-4692<br>Arrive at: Ambulatory Care 1D |

## Take These Medications After You Go Home

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **aspirin** 81 MG EC tablet<br>Commonly known as: BAYER<br>Take 1 tablet (81 mg total) by mouth daily.<br>START | ✓ | | | | |
| **atorvastatin** 80 MG tablet<br>Commonly known as: LIPITOR<br>Take 1 tablet (80 mg total) by mouth nightly.<br>START | | | ✓ | | |
| **empagliflozin** 25 MG tablet<br>Commonly known as: JARDIANCE<br>Take 1 tablet (25 mg total) by mouth daily.<br>START | ✓ | | | | |
| **melatonin** 1 MG Tabs tablet<br>Take 5 mg by mouth nightly.<br>START | | | ✓ | | |
| **metoprolol succinate er** 25 MG 24 hr tablet<br>Commonly known as: TOPROL<br>Take 1 tablet (25 mg total) by mouth daily.<br>START | ✓ | | | | |
| **nirmatrelvir & ritonavir** 20 x 150 MG & 10 x 100MG therapy pack<br>Commonly known as: PAXLOVID 300/100<br>Take 2 tabs of nirmatrelvir (150 mg) with 1 tab of ritonavir (100 mg) by mouth twice daily (in the morning and in the evening) for 5 days.<br><br>DO NOT take while taking ATORVASTATIN<br>START | ✓ | | ✓ | | |
| **sacubitril-valsartan** 24-26 MG tablet<br>Commonly known as: ENTRESTO<br>Take 1 tablet by mouth every 12 (twelve) hours.<br>START | ✓ | | ✓ | | |
| **spironolactone** 25 MG tablet<br>Commonly known as: ALDACTONE<br>Take 1 tablet (25 mg total) by mouth daily.<br>START | ✓ | | | | |

## Where to pick up your medications

 **Ask your doctor where to pick up these medications**
- aspirin 81 MG EC tablet
- atorvastatin 80 MG tablet
- empagliflozin 25 MG tablet
- melatonin 1 MG Tabs tablet
- metoprolol succinate er 25 MG 24 hr tablet
- nirmatrelvir & ritonavir 20 x 150 MG & 10 x 100MG therapy pack
- sacubitril-valsartan 24-26 MG tablet
- spironolactone 25 MG tablet

## COVID-19 Message

For the latest information from NYC Health + Hospitals about COVID-19, including testing sites, vaccines, care & treatment, and more resources go to www.nychealthandhospitals.org

If you have a fever, cough, sore throat, or shortness of breath that is unrelated to an existing condition, or have questions about COVID-19 testing, please call 1-844-NYC-4NYC (1-844-692-4692).

The updated booster vaccine is now available! To make an appointment or for information about vaccines, please call 1-877-VAX-4NYC (1-877-829-4692)

## Instructions

Dear Willie Dennis
It was a pleasure to be a part of your medical team during your admission to Bellevue Hospital. Please find below important instructions including changes to your medication regimen and contact information for scheduling appointments and imaging studies.

**REASON FOR ADMISSION TO HOSPITAL:** triple vessel disease
**MAJOR EVENTS/TREATMENTS:** Started on GDMT

**IMPORTANT MEDICATION CHANGES**
*New medications:* You should **BEGIN** taking the following medications at home.
Start taking Paxlovid twice daily for 5 days for your COVID infection
Start aspirin 81mg daily
Start jardiance 25mg daily for your heart
**Start Atorvastatin 80mg for your cholesterol - only start taking this 2-3 days AFTER completing paxlovid**
Start metoprolol 25mg twice daily for your heart
Start spironolactone 25mg daily for your heart
Start Entresto 24-26mg every 12 hours for your heart and blood pressure

*Discontinued Medications:* You should **STOP** taking the following medications.

You should **CONTINUE** taking all of your other home medications as you were prior to your hospitalization (*please see complete list on the following pages for more details*)

**ADDITIONAL INSTRUCTIONS**
<u>When to Return to the Hospital:</u>
CHEST PAIN: If you experience chest tightness/pressure/pain or new and sudden onset shortness of breath, please report to the nearest Emergency Department.

<u>Future Laboratory/Imaging Studies:</u>
Angiogram of bilateral lower extremities with vascular surgery

<u>Pending Laboratory Studies to Follow-Up with Your Doctor:</u>
none

**FOLLOW-UP APPOINTMENTS**
- Please schedule follow-up with your Primary Care Doctor in 1-2 weeks.
- Please schedule follow up with vascular surgery outpatient for management of femoral artery occlusion and angiogram
- Please schedule follow up with general surgery outpatient clinic for management of inguinal hernia 12/22 at 9:00am

| NYC HEALTH+ HOSPITALS | Bellevue |
|---|---|

**Contact Information:**
To make new appointments or reschedule your appointments, please call 212-562-5555.

# Coronary Artery Disease, Risk Factors

Research has shown that the risk of developing coronary artery disease (CAD) and having a heart attack increases with each factor you have.

## RISK FACTORS YOU CANNOT CHANGE

- **Your age.** Your risk goes up as you get older. Most heart attacks happen to people over the age of 65.
- **Gender.** Men have a greater risk of heart attack than women, and they have attacks earlier in life. However, women are more likely to die from a heart attack.
- **Heredity.** Children of parents with heart disease are more likely to develop it themselves.
- **Race.** African Americans and other ethnic groups have a higher risk, possibly because of high blood pressure, a tendency toward obesity, and diabetes.
- **Your family.** Most people with a strong family history of heart disease have one or more other risk factors.

## RISK FACTORS YOU CAN CHANGE

- **Exposure to tobacco smoke.** Even secondhand smoke greatly increases the risk for heart disease.
- **High blood cholesterol** may be lowered with changes in diet, activity, and medicines.
- **High blood pressure** makes the heart work harder. This causes the heart muscles to become thick and, eventually, weaker. It also increases your risk of stroke, heart attack, and kidney or heart failure.
- **Physical inactivity** is a risk factor for CAD. Regular physical activity helps prevent heart and blood vessel disease. Exercise helps control blood cholesterol, diabetes, obesity, and it may help lower blood pressure in some people.
- **Excess body fat,** especially belly fat, increases the risk of heart disease and stroke even if there are no other risk factors. Excess weight increases the heart's workload and raises blood pressure and blood cholesterol.
- **Diabetes** seriously increases your risk of developing CAD. If you have diabetes, you should work with your caregiver to manage it and control other risk factors.

## OTHER RISK FACTORS FOR CAD

- How you respond to stress.
- Drinking too much alcohol may raise blood pressure, cause heart failure, and lead to stroke.
- Total cholesterol greater than 200 milligrams.
- HDL (good) cholesterol less than 40 milligrams. HDL helps keep cholesterol from building up in the walls of the arteries.

## PREVENTING CAD

- Maintain a healthy weight.
- Exercise or do physical activity.
- Eat a heart-healthy diet low in fat and salt and high in fiber.
- Control your blood pressure to keep it below 120 over 80.
- Keep your cholesterol at a level that lowers your risk.
- Manage diabetes if you have it.
- Stop smoking.
- Learn how to manage stress.

## HEART SMART SUBSTITUTIONS

- **Instead of** whole or 2% milk and cream, use skim milk.
- **Instead of** fried foods, eat baked, steamed, boiled, broiled, or microwaved foods.
- **Instead of** lard, butter, palm and coconut oils, cook with unsaturated vegetable oils, such as corn, olive, canola, safflower, sesame, soybean, sunflower, or peanut.
- **Instead of** fatty cuts of meat, eat lean cuts of meat or cut off the fatty parts.
- **Instead of** 1 whole egg in recipes, use 2 egg whites.
- **Instead of** sauces, butter, and salt, season vegetables with herbs and spices.
- **Instead of** regular hard and processed cheeses, eat low-fat, low-sodium cheeses.
- **Instead of** salted potato chips, choose low-fat, unsalted tortilla and potato chips and unsalted pretzels and popcorn.
- **Instead of** sour cream and mayonnaise, use plain low-fat yogurt, low-fat cottage cheese, or low-fat or "light" sour cream.

## FOR MORE INFORMATION

National Heart Lung and Blood Institute: www.nhlbi.nih.gov/health/hearttruth
American Heart Association: www.heart.org/HEARTORG

Document Released: 03/09/2005 Document Revised: 03/11/2013 Document Reviewed: 03/04/2009

ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

📎 Attached Information

# Inguinal Hernia, Adult



An inguinal hernia is when fat or your intestines push through a weak spot in a muscle where your leg meets your lower belly (*groin*). This causes a bulge. This kind of hernia could also be:

- In your scrotum, if you are male.
- In folds of skin around your vagina, if you are female.

There are three types of inguinal hernias:

- Hernias that can be pushed back into the belly (are *reducible*). This type rarely causes pain.
- Hernias that cannot be pushed back into the belly (are *incarcerated*).
- Hernias that cannot be pushed back into the belly and lose their blood supply (are *strangulated*). This type needs emergency surgery.

## What are the causes?

This condition is caused by having a weak spot in the muscles or tissues in your groin. This develops over time. The hernia may poke through the weak spot when you strain your lower belly muscles all of a sudden, such as when you:

- Lift a heavy object.
- Strain to poop (have a *bowel movement*). Trouble pooping (*constipation*) can lead to straining.
- Cough.

## What increases the risk?

This condition is more likely to develop in:

- Males.
- Pregnant females.
- People who:
  - Are overweight.
  - Work in jobs that require long periods of standing or heavy lifting.
  - Have had an inguinal hernia before.
  - Smoke or have lung disease. These factors can lead to long-term (*chronic*) coughing.

## What are the signs or symptoms?

Symptoms may depend on the size of the hernia. Often, a small hernia has no symptoms. Symptoms of a larger hernia may include:

- A bulge in the groin area. This is easier to see when standing. You might not be able to see it when you are lying down.
- Pain or burning in the groin. This may get worse when you lift, strain, or cough.
- A dull ache or a feeling of pressure in the groin.
- An abnormal bulge in the scrotum, in males.

Symptoms of a strangulated inguinal hernia may include:

- A bulge in your groin that is very painful and tender to the touch.
- A bulge that turns red or purple.
- Fever, feeling like you may vomit (*nausea*), and vomiting.
- Not being able to poop or to pass gas.

## How is this treated?

Treatment depends on the size of your hernia and whether you have symptoms. If you do not have symptoms, your doctor may have you watch your hernia carefully and have you come in for follow-up visits. If your hernia is large or if you have symptoms, you may need surgery to repair the hernia.

## Follow these instructions at home:

### Lifestyle

- Avoid lifting heavy objects.
- Avoid standing for long amounts of time.
- **Do not** smoke or use any products that contain nicotine or tobacco. If you need help quitting, ask your doctor.
- Stay at a healthy weight.

### Prevent trouble pooping

You may need to take these actions to prevent or treat trouble pooping:

- Drink enough fluid to keep your pee (*urine*) pale yellow.
- Take over-the-counter or prescription medicines.
- Eat foods that are high in fiber. These include beans, whole grains, and fresh fruits and vegetables.
- Limit foods that are high in fat and sugar. These include fried or sweet foods.

### General instructions

- You may try to push your hernia back in place by very gently pressing on it when you are lying down. **Do not** try to push the bulge back in if it will not go in easily.
- Watch your hernia for any changes in shape, size, or color. Tell your doctor if you see any changes.
- Take over-the-counter and prescription medicines only as told by your doctor.
- Keep all follow-up visits.

## Contact a doctor if:

- You have a fever or chills.
- You have new symptoms.
- Your symptoms get worse.

## Get help right away if:

- You have pain in your groin that gets worse all of a sudden.
- You have a bulge in your groin that:
  - Gets bigger all of a sudden, and it does not get smaller after that.
  - Turns red or purple.
  - Is painful when you touch it.
- You are a male, and you have:
  - Sudden pain in your scrotum.
  - A sudden change in the size of your scrotum.
- You cannot push the hernia back in place by very gently pressing on it when you are lying down.
- You feel like you may vomit, and that feeling does not go away.
- You keep vomiting.
- You have a fast heartbeat.
- You cannot poop or pass gas.

**These symptoms may be an emergency. Get help right away. Call your local emergency services (911 in the U.S.).**

- **Do not wait to see if the symptoms will go away.**
- **Do not drive yourself to the hospital.**

## Summary

- An inguinal hernia is when fat or your intestines push through a weak spot in a muscle where your leg meets your lower belly (*groin*). This causes a bulge.
- If you do not have symptoms, you may not need treatment. If you have symptoms or a large hernia, you may need surgery.
- Avoid lifting heavy objects. Also, avoid standing for long amounts of time.
- **Do not** try to push the bulge back in if it will not go in easily.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 08/17/2021 Document Reviewed: 08/17/2021
Elsevier Patient Education © 2022 Elsevier Inc.

Dr. B. Bialor
Clinical Director
MDC Brooklyn, NY
( 11/22/22 )

**NYC HEALTH+ HOSPITALS** | **Bellevue**

*Dennis, Willie*

Nate Link, MD, MPH
Medical Director, Bellevue Hospital
462 First Ave, & 27th St, MN-30
New York, NY 10016
Nathan.link@nychhc.org
(212) 562-4743

November 18, 2022

*9/401 - 054*

To Whom It May Concern,

I am the attending physician for Willie Dennis who is currently in federal custody and currently an inpatient at Bellevue Hospital Center.  Mr. Dennis has three important medical conditions under treatment and he requested that I write this letter to clarify his medical situation.

1. Severe coronary artery disease.  One of his three coronary vessels is 100% occluded and the other two are each 80% occluded, which puts him at risk for a heart attack (myocardial infarction).  Because he is not experiencing current symptoms from these conditions, our cardiologists have concluded that he can be medically managed without a surgical procedure, but this recommendation would change if he were to develop cardiac symptoms, such as chest pain.

2. Severe peripheral vascular disease. The right femoral artery, which is the main artery to the right leg, is completely occluded. This is not an emergent condition but the artery will need to be opened up with a vascular procedure that will likely be scheduled in the future to preserve function in his leg and foot. Because of the cardiac risk of doing a vascular procedure to open up this vessel, Mr. Dennis has elected to hold off on this procedure.  In the meantime, his ability to walk is markedly limited to about 50 feet on level ground by leg pain.

3. A large inguinal hernia and an umbilical hernia.  The inguinal hernia, which continues to grow in size and cause Mr. Dennis significant pain, will require likely elective surgery that may also be scheduled in the future. Again, because of his cardiac disease, there is a 10-15% risk of a major complication of doing any surgery, so Mr. Dennis has elected to wait for this.  In the meantime, he is wearing a hernia belt to limit his discomfort. He should have a truss for comfort at all times.

Mr. Dennis will not need to stay in the hospital while waiting for these procedures but he will need access to the medications we prescribe while in federal custody. These include ASA 81 mg daily, Jardiance 25 mg daily, Spironolactone 25 mg daily, Entresto 24-26 mg daily, Metoprolol XL 50 mg daily, and Atorvastatin 80 md daily. Furthermore, he has requested an opportunity to access his health insurance, which is currently not available due to his legal status.  If any of his officers would like further clarification, they can contact my office at 212 562-4743.

Sincerely,

Dr. B. Bialor
Clinical Director
MDC Brooklyn, NY

(11/22/22)

Nate Link, MD
Attending Physician
Bellevue Hospital Center

*Dennis #91401-054*

# AFTER VISIT SUMMARY

## ⌐|NewYork-Presbyterian

**Willie Dennis** MRN: ▮▮▮▮▮       🗓 10/17/2022   📍 LMH ADULT EMERGENCY 212-312-5070

## Instructions

You have an inguinal hernia that needs evaluation by a general surgeon in the next two weeks.

You have an occlusion of your right femoral artery and an aneurysm that needs evaluation by a vascular surgeon within the next two weeks.

You need to follow up with a cardiologist within in the next week.

You need to see a doctor to restart your home medications within the next day.

Please go to the nearest emergency department if you develop chest pain, difficulty breathing, abdominal pain, painful hernia, skin discoloration, vomiting, leg swelling, leg pain, leg discoloration, passing out, worsening symptoms, or any concerns.

---

 **Read the attached information**
1. Hernia (ENGLISH)
2. Hypertension (ENGLISH)

---

## Today's Visit
You were seen by Diksha Mishra, MD
### Reason for Visit
htn
### Diagnoses
- Hernia
- Cardiac complaint

---

## ⚗ Lab Tests Completed
Activated PTT
Automated Differential
CBC Panel w/Platelets + Differential
Complete Metabolic Panel
Estimated Glomerular Filtration Rate (EGFR)
Prothrombin Time w/INR

---

## 🖵 Imaging Tests
CT Abdomen and Pelvis with IV Contrast
ECG 12 Lead

---

## Today's Visit (continued)

**⊞ Done Today**
Inpatient Consult to Surgery (Vascular)

**⚕ Medications Given**
clopidogrel (PLAVIX) Last given 10/18/2022 3:48 AM
iohexol (OMNIPAQUE) Last given 10/17/2022 9:03 PM
metoprolol succinate (TOPROL-XL) Last given 10/18/2022 3:48 AM

| | | | |
|---|---|---|---|
| Blood Pressure<br>156/93 | Temperature (Oral)<br>98.2 °F | Pulse<br>84 | Respiration<br>18 |
| Oxygen Saturation<br>99% | | | |

## What's Next
You currently have no upcoming appointments scheduled.

## You are allergic to the following
No active allergies

## NYP Virtual Urgent Care
Get a quick diagnosis and treatment plan in minutes with Virtual Urgent Care: **nyp.org/urgentcare.**

## Your Next Steps

**📖 Read**
☐ Read these attachments
  • Hernia (ENGLISH)
  • Hypertension (ENGLISH)

## ED Providers for your hospitalization

| Provider | ED Prov | Service | Role | Specialty |
|---|---|---|---|---|
| Anthony Eli Velasquez, MD | Yes | — | Attending Provider | Emergency Medicine |
| Diksha Mishra, MD | Yes | — | Attending Provider | Emergency Medicine |

## Additional Contact Information
**General Hospital Information:**
  • **Weill Cornell Medical Center:** 212-746-5454
  • **Lower Manhattan Hospital:** 212-312-5000
  • **Lower Manhattan Hospital Emergency Department:** 212-312-5070

## Additional Contact Information (continued)

**ED Test Results/Prescription Issues:**
- **Weill Cornell Medical Center:** 212-746-0595
- **Lower Manhattan Hospital:** 212-746-0595

**ED Radiology Results:**
- **Weill Cornell Medical Center:** 212-746-2552
- **Lower Manhattan Hospital:** 212-312-5179

**Medical Records Department (for copies of charts):**
- **Weill Cornell Medical Center:** 212-746-0530
- **Lower Manhattan Hospital:** 212-312-5121

**Patient Services:**
- **Weill Cornell Medical Center:** 646-697-7283 or 212-746-2813
- **Lower Manhattan Hospital:** 212-312-5034

**Hospital Billing Inquires:** 866-822-5576

**Network Recovery Services:**
- **Weill Cornell Medical Center:** 212-746-3646
- **Lower Manhattan Hospital:** 212-312-5938

**Global Services:** 212-746-9100

**Find a Physician at NYP:** 1-877-NYP-WELL

## Discharge Medications Safety Steps
**IMPORTANT - Medication Safety Steps for You to Follow**
Keep a list of all the medication you are taking including:
- Prescription medication ordered by your health care provider
- Over-the-counter medication (like Tylenol, Aspirin, Advil or Motrin, cold or cough   medication, antacids, laxatives)
- Dietary supplements such as:
    Vitamins (like vitamin C or E)
    Minerals (like calcium or iron)
    Herbal remedies (like ginko biloba)
It is important for you to have this medication list.  It will help your health care provider in making decisions related to your health conditions.  Bring your medications with you when possible.

Things you should do:
- Make a list of all medications you are taking - include the medication name and strength, amount you take, time to be taken and the reason you are taking this medication.
- Carry this medication list with you at all times in case of an emergency.
- Give this medication list to your health care provider at your next visit.
- Update this list each time when there is a change to your medication.
- If you have questions or need help updating your medication list, please ask your healthcare provider.

## Smoking Cessation

Smoking is detrimental to your health. If you currently smoke or have smoked in the past 12 months, you are advised to stop. You are also advised to avoid exposure to second hand smoke. You may call the quit line at 1-888-609-6292 or 1-866-NYQUITS for help.

## Your Medication List

You have not been prescribed any medications.

## Connect Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.myconnectnyc.org/MyChart/,** click "Sign Up Now", and enter your personal activation code: **P8CR5-NZ4ZX-2PW7C**. Activation code expires 11/16/2022.

📓 Attached Information                                                    Hernia (ENGLISH)

## Hernia: Care Instructions

## Overview



Hernia

© 2020 Healthwise

A hernia develops when tissue bulges through a weak spot in the wall of your belly. The groin area and the navel are common areas for a hernia. A hernia can also develop near the area of a surgery you had before.

Pressure from lifting, straining, or coughing can tear the weak area, causing the hernia to bulge and be painful.

If you cannot push a hernia back into place, the tissue may become trapped outside the belly wall. If the hernia gets twisted and loses its blood supply, it will swell and die. This is called a strangulated hernia. It usually causes a lot of pain. It needs treatment right away.

Some hernias need to be repaired to prevent a strangulated hernia. If your hernia causes symptoms or is large, you may need surgery.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- Take care when lifting heavy objects.
- Stay at a healthy weight.
- Do not smoke. Smoking can cause coughing, which can cause your hernia to bulge. If you need help quitting, talk to your doctor about stop-smoking programs and medicines. These can increase your chances of quitting for good.
- Talk with your doctor before wearing a corset or truss for a hernia. These devices are not recommended for treating hernias and sometimes can do more harm than good. There may be certain situations when your doctor thinks a truss would work, but these are rare.

## When should you call for help?



**Call your doctor now** or seek immediate medical care if:

- You have new or worse belly pain.

- You are vomiting.
- You cannot pass stools or gas.
- You cannot push the hernia back into place with gentle pressure when you are lying down.
- The area over the hernia turns red or becomes tender.

Watch closely for changes in your health, and be sure to contact your doctor if you have any problems.

## Where can you learn more?

Go to https://www.myconnectnyc.org and sign in to your "Connect" account

Click on Search Health Library and enter **C129** to learn more about "**Hernia: Care Instructions**."

If you do not have an account, please follow the "New User" link to sign up now.

Current as of: June 6, 2022          Content Version: 13.4

© 2006-2022 Healthwise, Incorporated.

Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

📎 Attached Information                                                                Hypertension (ENGLISH)

# High Blood Pressure: Care Instructions

## Overview



It's normal for blood pressure to go up and down throughout the day. But if it stays up, you have high blood pressure. Another name for high blood pressure is hypertension.

Despite what a lot of people think, high blood pressure usually doesn't cause headaches or make you feel dizzy or lightheaded. It usually has no symptoms. But it does increase your risk of stroke, heart attack, and other problems. You and your doctor will talk about your risks of these problems based on your blood pressure.

Your doctor will give you a goal for your blood pressure. Your goal will be based on your health and your age.

Lifestyle changes, such as eating healthy and being active, are always important to help lower blood pressure. You might also take medicine to reach your blood pressure goal.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

**Medical treatment**

- If you stop taking your medicine, your blood pressure will go back up. You may take one or more types of medicine to lower your blood pressure. Be safe with medicines. Take your medicine exactly as prescribed. Call your doctor if you think you are having a problem with your medicine.
- Talk to your doctor before you start taking aspirin every day. Aspirin can help certain people lower their risk of a heart attack or stroke. But taking aspirin isn't right for everyone, because it can cause serious bleeding.
- See your doctor regularly. You may need to see the doctor more often at first or until your blood pressure comes down.
- If you are taking blood pressure medicine, talk to your doctor before you take decongestants or anti-inflammatory medicine, such as ibuprofen. Some of these medicines can raise blood pressure.
- Learn how to check your blood pressure at home.

**Lifestyle changes**

- Stay at a healthy weight. This is especially important if you put on weight around the waist. Losing even 10 pounds can help you lower your blood pressure.
- If your doctor recommends it, get more exercise. Walking is a good choice. Bit by bit, increase the amount you walk every day. Try for at least 30 minutes on most days of the week. You also may want to swim, bike, or do other activities.
- Avoid or limit alcohol. Talk to your doctor about whether you can drink any alcohol.
- Try to limit how much sodium you eat to less than 2,300 milligrams (mg) a day. Your doctor may ask you to try to eat less than 1,500 mg a day.
- Eat plenty of fruits (such as bananas and oranges), vegetables, legumes, whole grains, and low-fat dairy products.
- Lower the amount of saturated fat in your diet. Saturated fat is found in animal products such as milk, cheese, and meat. Limiting these foods may help you lose weight and also lower your risk for heart disease.
- Do not smoke. Smoking increases your risk for heart attack and stroke. If you need help quitting, talk to your doctor about stop-smoking programs and medicines. These can increase your chances of quitting for good.

## When should you call for help?

**Call 911** anytime you think you may need emergency care. This may mean having symptoms that suggest that your blood pressure is causing a serious heart or blood vessel problem. Your blood pressure may be over 180/120.

For example, call **911** if:

- You have symptoms of a heart attack. These may include:
  - Chest pain or pressure, or a strange feeling in the chest.
  - Sweating.
  - Shortness of breath.
  - Nausea or vomiting.
  - Pain, pressure, or a strange feeling in the back, neck, jaw, or upper belly or in one or both shoulders or arms.
  - Lightheadedness or sudden weakness.
  - A fast or irregular heartbeat.
- You have symptoms of a stroke. These may include:
  - Sudden numbness, tingling, weakness, or loss of movement in your face, arm, or leg, especially on only one side of your body.
  - Sudden vision changes.
  - Sudden trouble speaking.
  - Sudden confusion or trouble understanding simple statements.
  - Sudden problems with walking or balance.
  - A sudden, severe headache that is different from past headaches.
- You have severe back or belly pain.

**Do not wait** until your blood pressure comes down on its own. Get help right away.

**Call your doctor now or seek immediate care** if:

- Your blood pressure is much higher than normal (such as 180/120 or higher), but you don't have symptoms.
- You think high blood pressure is causing symptoms, such as:
  - Severe headache.

- ◦ Blurry vision.

Watch closely for changes in your health, and be sure to contact your doctor if:

- Your blood pressure measures higher than your doctor recommends at least 2 times. That means the top number is higher or the bottom number is higher, or both.
- You think you may be having side effects from your blood pressure medicine.

## Where can you learn more?

Go to https://www.myconnectnyc.org and sign in to your "Connect" account

Click on Search Health Library and enter **X567** to learn more about "**High Blood Pressure: Care Instructions**."

If you do not have an account, please follow the "New User" link to sign up now.

Current as of: October 6, 2021          Content Version: 13.4

© 2006-2022 Healthwise, Incorporated.

Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
| Date of Birth: | ▮▮▮▮1962 | Sex: | M    Race: BLACK | Facility: | BRO |
| Note Date: | 11/22/2021 10:51 | Provider: | Kang, Yoon PA-C | Unit: | G01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Kang, Yoon PA-C

Called IM's pharmacy, Duane Reade 212-207-8274, but no info found in the system according to the pharmacy staff. I called another pharmacy nearby as per the IM's request, Duane Reade (Walgreens) 212-759-9412, but still no info found at all.
IM states he had "heart attack" in 2018 for which he went to hospital and underwent cardiac cath where no stent or intervention required but medical tx was recommended at the time.
Reports taking 4 medication for his heart but he does not recall any of the names at this time.
He states he needs to speak to his family to find out the names and will let us know.

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Kang, Yoon PA-C on 11/22/2021 11:00
Requested to be cosigned by  Bialor, Bruce (MAT) MD, CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
| Date of Birth: | /1962 | Sex: | M   Race: BLACK | Facility: | BRO |
| Note Date: | 11/21/2021 10:29 | Provider: | Columbo, Joseph RN | Unit: | G01 |

Admin Note - Medication Reconciliation encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Columbo, Joseph RN

attempted to contact inmates pharmacy for active Rx list  Pharmacy is closed on weekends
575 Lexington Ave, New York, NY 10022  (212) 207-8274

**Copay Required:** No                    **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Columbo, Joseph RN on 11/21/2021 10:30

Requested to be cosigned by  Bialor, Bruce (MAT) MD, CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Kang, Yoon PA-C.

Review documentation will be displayed on the following page.