

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

**VIA ECF**

Honorable J. Jed S. Rakoff　　　　　　　　　　　　　　　January 9, 2023
SDNY, United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Willie Dennis 20 cr 623 (JSR)**
**Addendum to Bond Application of 1/6/23**

Honorable J. Jed S. Rakoff:

In counsel's Friday, January 6, 2023 filing of ECF documents 130 (redacted version of bond application) 131 (motion to file under seal *unredacted version* of bond motion Exhibit A), both filings reference an Exhibit B.  Exhibit B was not attached to document 130 or 131.

Exhibit B references separate documents (a doctor's letter and medication list as well as the government's Pimentel Letter) which through mistake of counsel failed to be filed as an attachment.

　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　//s//David Jason Cohen//s//
　　　　　　　　　　　　　　　　　　　　　David Jason Cohen
　　　　　　　　　　　　　　　　　　　　　Cohen Forman Barone
　　　　　　　　　　　　　　　　　　　　　950 Third Avenue
　　　　　　　　　　　　　　　　　　　　　11th floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　david@cfblaw.com