

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
| --- | --- | --- |
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

**VIA ECF**
Honorable J. Jed S. Rakoff
SDNY, United States Courthouse
500 Pearl Street
New York, NY 10007

January 9, 2023

Re: **United States v. Willie Dennis 20 cr 623 (JSR)**
**Addendum to Bond Application of 1/6/23**

Honorable J. Jed S. Rakoff:

In counsel's Friday, January 6, 2023 filing of ECF documents 130 (redacted version of bond application) 131 (motion to file under seal *unredacted version* of bond motion Exhibit A), both filings reference an Exhibit B.  Exhibit B was not attached to document 130 or 131.

Exhibit B references separate documents (a doctor's letter and medication list as well as the government's Pimentel Letter) which through mistake of counsel failed to be filed as an attachment.

Respectfully,

//s//David Jason Cohen//s//
David Jason Cohen
Cohen Forman Barone
950 Third Avenue
11th floor
New York, NY 10022
david@cfblaw.com

Manhattan    950 Third Avenue, 11th floor, New York, NY 10022    T. 212.766.9111    F. 212.766.9166
Long Island  228 East Main Street, Patchogue, NY 11772           T. 631.766.9111    F. 212.766.9166