UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WILLIE DENNIS,<br><br>        Defendant. | 20-cr-623 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

By application dated January 6, 2023, defendant Willie Dennis seeks reconsideration of the Court's prior order remanding him pending sentence. See ECF No. 130 (seeking bond); Trial, Tr. 834:7-8 (remanding Mr. Dennis pending sentence). In support, Mr. Dennis's attorney, David Cohen, Esq., has submitted excellent papers that serve to reinforce the considerable sympathy that the Court already feels for Mr. Dennis and his aging parents in regard to the physical disabilities from which they suffer. Nevertheless, the Government has submitted responsive papers that equally reinforce the Court's prior conclusion that Mr. Dennis -- who was arrested while in the Dominican Republic, and whose behavior before and during the trial of this matter was frequently erratic -- remains a serious flight risk, as well as a potential danger to his former victims. Accordingly, Mr. Dennis has not overcome the presumption that someone convicted of the crimes of which he now stands convicted should be detained. Thus, Mr. Dennis's application for bond is hereby denied.

The Clerk is respectfully directed to close entries numbered 130-34 on the docket.

1

SO ORDERED.

New York, NY
January 12, 2023

_____
JED S. RAKOFF, U.S.D.J.