

CULTURE    ENTERTAINMENT    BUSINESS ⌄    2022 MOST INFLUENTIAL BLACK EXECUTIVES IN CORPORATE AMERICA    SPORTS    INDULGE    MOR



Willie E. Dennis
*Partner & Member of the*
*Corporate/M&A Practice*
K&L Gates LLP

Willie E. Dennis is a Corporate Partner with K&L Gates LLP, a global law fi rm founded in 1883 with approximately 1,800 attorneys and offices in Asia, Australia, Europe, the Middle East, South America and the US.

Willie has extensive experience in counseling entrepreneurs, private and publicly traded companies and private equity and venture capital funds in a wide range of industries. His clients have included leading companies across the software, media, retail, banking, insurance and real estate industries.

Willie is known for his advocacy of causes that improve the quality of his life in his community. He has served on the boards of the Upper Manhattan Empowerment Zone, Junior Achievement of New York, Consumer & Merchant Awareness Foundation, Potomac Coalition and Harlem YMCA. He is a member of the Sigma Pi Phi Fraternity and National Bar Association.

Each year, Willie devotes a significant amount of time to providing pro bono legal services to clients in need. Willie has a strong commitment to diversity and serves on the Firmwide Diversity Committee. He is also counsel to the Center For Talent Innovation.

Willie received his Bachelor's Degree and Juris Doctorate from Columbia University.

🗨 0 comment

previous post
**RICHARD H. DEANE, JR.**

next post
**JOSEPH M. DRAYTON**

FOLLOW US

  

Type and hit enter...

SAVOY FALL 2022 COVE



Subscribe to our Newsletter
event announcements & new
coming!

Name...

Email...

SUBSCRIBI

CATEGORIES

> Business
> Corporate Boards
> Culture
> Diversity
> Diversity & Inclusion
> Entertainment
> Entrepreneurship
> Health
> Indulge
> More
> Music + Business
> Sports
> Supplier Diversity
> Upfront

*@2020 – SavoyNetwork.com. All Right Reserved.*

^
**BACK TO TOP**

2012



for the public good

The publication highlighting
select pro bono work of
K&L Gates LLP.

# K&L GATES

# Table of Contents

Pathways to Service ..................................................................................................3

## Corporate

Charlotte Team Works to Preserve North Carolina's Southern Piedmont ........................................6
Nonprofit Organization Seeks to Open Community School in Fall 2012 ........................................7
Colombian Nonprofit Works for Ratification of Human Rights Document...................................7
Frankfurt Charity Helps Recovering Drug Addicts ...............................................................7
Big Brothers Big Sisters Receives Denied Insurance Payments ..................................................8
Corporate Team Assists Youth Alliance for Leadership and Development in Africa............................8
SIFA Fireside Establishes Clothing Shop............................................................................8
Charlotte Office Continues Partnership with Habitat for Humanity.............................................9
New York Team Assists K.I.D.S. .....................................................................................9
Climate Change Program Inspires Students.........................................................................9
Hatfield Provides Counsel to Be Free Global ......................................................................10
National Geographic Negotiates Research Collaboration Agreement ..........................................10
Durham Rescue Mission Obtains Permit for Expansion...........................................................11
Jeunes Virtuoses de New York Gains Tax-exempt Status .........................................................11
Langer Assists Operation Smile in Russia...........................................................................11

## Veterans Assistance

Veteran Fights for Pension..............................................................................................14
New York Litigation Team Represents Veteran in Disability Appeal.............................................15
Army Disability Rating Appealed ......................................................................................15

## Basic Legal Needs

Case Win Leads to Panel at 2012 Gay World Softball Series .....................................................18
Firm Challenges Foreclosure Rescue Scheme .......................................................................19
Cross-office Team Helps Create Estate Planning Documents for New York Firefighters .....................19
Englert Presents at Tanzanian Uranium Mining Workshop ......................................................20
Policy Team Protects Poverty-focused Development Assistance Funds .........................................20
London Team Assists Community-interest Group ..................................................................21
Firm Obtains Appeals Win for Incarcerated Client ...............................................................21
Client Wins Appeal from Life Sentence..............................................................................22
London Team Provides Assistance to Capital Crime Charity .....................................................23
Eastern Congo Initiative Advocates for Ambassador .............................................................23
Brennan Center for Justice Analyzes Surveillance Limits.........................................................23
New York Associates Draft Survey for the Animal Legal Defense Fund ........................................24
WASH Advocacy Initiative Obtains Funds for Safe Drinking Water..............................................24
Volunteers Provide Advice at Battersea Legal Advice Centre.....................................................24

# Table of Contents *(continued)*

## Protecting Women and Children

Win Protects Client's Daughter from Female Genital Mutilation ........................................................26

New York Lawyers Team with inMotion ........................................................27

    Mother Wins Child Support and Visitation Order ........................................................27

    Client Petitions to Divorce Incarcerated Husband ........................................................27

Lawyers Support Kids in Need of Defense ........................................................28

    New York Associates Work to Win Asylum for Teenager ........................................................28

    Guatemalan Teenager Gains Juvenile Status Protection ........................................................28

    Permanent Residence Achieved for Juvenile Crime Victim ........................................................29

    Honduran Teenager Wins Asylum ........................................................29

Mother Wins Right to Keep Child in New York ........................................................30

## Immigration Cases around the Firm

Eritrea ........................................................33

Mauritania ........................................................33

Sudan ........................................................34

## Recognition

Frenzel Receives 2012 Commitment to Justice Award ........................................................36

Rysavy Named KIND Pro Bono Attorney of the Month ........................................................37

Reiland Receives CLC Pro Bono Award ........................................................37

Tallman Included in "Good Fellas" Honor Roll ........................................................37

K&L Gates Receives Outstanding Service Award ........................................................37

# Pathways to Service



We are a truly global law firm. Our physical presence spans four continents, while our service offering is virtually borderless. This holds true for our pro bono services as well. By collaborating internationally, K&L Gates lawyers continue to aid individuals and organizations in need of assistance on the foundation of a truly global platform.

In this edition of "for the public good," we reflect on our commitment to work in local communities across the globe. We also celebrate our lawyers who continue to provide legal services to the most vulnerable, neglected, and disadvantaged, through direct client representation as well as supporting organizations that serve the legal needs of people who have no other access to legal services.

These narratives are a reflection not only of the firm's longstanding commitment to pro bono work in our local communities, but also of our lawyers' efforts to use the firm's global platform to continually expand the reach of our pro bono services to the neediest populations.

May you find these stories inspiring.

By Peter Kalis, Chairman and
Global Managing Partner

# Corporate



# Charlotte Team Works to Preserve North Carolina's Southern Piedmont



In 2011, the Charlotte office real estate and environmental teams worked on more than 10 conservation projects for the Catawba Lands Conservancy. The Conservancy is a nonprofit land trust that works with landowners in the region to preserve property in North Carolina's Southern Piedmont. It also serves as the lead agency for the Carolina Thread Trail, an ambitious effort to create a 15-county network of trails and greenways in the Carolinas.

The Charlotte office's pro bono work for the Conservancy was a team effort, with contributions from 13 lawyers and paralegals, and numerous staff members. The team donated more than 265 hours in legal services in 2011, and their collective efforts assisted the Conservancy in preserving 941 acres of land. The Charlotte lawyers and paralegals gained valuable experience and developed innovative solutions that maximized the acreage protected and the conservation value of those acres.

Walter Fisher serves on the Conservancy's board of directors and chairs the board's Land Acquisition Committee. Chris Walker is also a member of the Land Acquisition Committee and advises the Conservancy on environmental matters. Other lawyers and paralegals who contributed in 2011 include Brian Evans, Peter McLean, Collin Brown, Dave Franchina, Steve McCrae, Colby Slaughter, Mike Tomlinson, Janice Clark, Cynthia Kirby, Ruth Ann Meredith, and Kristy Foster.

# Nonprofit Organization Seeks to Open Community School in Fall 2012

New York associates Mandy Lundstrom, Lani E. Medina, and Justin Purtle provide advice, counsel, and representation to the North Fork Education Initiative (NFEI). NFEI is a New York nonprofit organization whose mission is to create educational programs and opportunities with a focus on the arts, the



environment, and community building in the North Fork of Long Island, NY. Since its inception, NFEI's primary focus has been on developing and launching the Peconic Community School, a K-8 independent school in the North Fork.

The representation of NFEI initially involved incorporating the nonprofit, drafting its bylaws and organizational resolutions, registering NFEI with the New York Attorney General's Charities Bureau, and obtaining a federal tax exemption for NFEI. Following that initial stage of representation, the K&L Gates team submitted an application for a petition for provisional charter with the New York Board of Regents, which is required to form the education corporation that will operate the Peconic Community School.

Once the Board of Regents grants the charter, the K&L Gates team will draft bylaws and organizational resolutions for the Peconic Community School, register the school with the Attorney General's Charities Bureau, assist the school in obtaining a federal tax exemption, and provide ongoing counseling to NFEI and the Peconic Community School on general corporate matters.

# Colombian Nonprofit Works for Ratification of Human Rights Document

New York foreign lawyer Laura Güemes and former associate Roberto Alonso responded to a request from a client to assist a Colombian nonprofit organization.

Alonso and Güemes produced a report in Spanish to help the nonprofit organization work for the ratification of a human rights document, called the Inter-American Convention against Racism and All Forms of Discrimination and Intolerance, by the Colombian Government.

In the report, they explained the situation of African descendants in Latin America from a social and political point of view and why an Inter-American Convention is needed, even though an International Convention already existed. Alonso and Güemes found that the International Convention did not cover the particular situation of African descendants in Latin America.

The report was submitted in December 2011, but is not yet finalized. The future ratification of the Inter-American Convention in Colombia and elsewhere in Latin America will have a positive impact with respect to African descendants in Latin America who often suffer from racial discrimination, social exclusion, and under-representation in government.

# Frankfurt Charity Helps Recovering Drug Addicts

For several years, Frankfurt counsel Claudius Paul has been involved in advising charities, including the charity Lebenswende e.V. in Frankfurt, Germany.

The charity has Christian roots, and was founded in October 1978. It is run through the help of public donations to a large extent, with only minor funding from the government on a case-by-case basis. The charity's main goal is to help and support drug addicts to overcome their addictions and to establish and lead normal lives, focusing especially on underprivileged young men. The charity offers therapies including the ability to stay at a caring home where people are supervised and supported every day.

Compared to governmental programs, the success rate of the addicts working with Lebenswende e.V. is high. More than 75 percent of all those helped are able to live normal lives, have families, and work.

In state programs, this figure is less than 20 percent. The program is recognized by criminal courts, which have started referring convicts to Lebenswende rather than sending them to prison.

Paul offers legal support that covers day-to-day issues, corporate governance work, and the establishment and governance of the charity's new foundation.

# Big Brothers Big Sisters Receives Denied Insurance Payments

Pittsburgh associate John Hagan has been assisting Big Brothers Big Sisters of Pittsburgh in receiving insurance coverage money from damage their building suffered as a result of rainstorms.

In the summer of 2011, the Big Brothers Big Sisters offices were damaged on two different occasions when water backed up from the sewer system into their building. The damage from the two incidents amounted to a substantial portion of the organization's yearly operating budget.

Hagan is a volunteer with Big Brothers Big Sisters, and when he learned that the organization's insurance company had refused to pay for the damage, he began representing them. After he analyzed the insurance policy, he discovered that Big Brothers Big Sisters in fact had purchased coverage for precisely this type of incident, and found severe flaws in the insurer's stated reasons for denying coverage.

Hagan and Big Brothers Big Sisters were prepared that it might take a substantial effort to recover insurance proceeds, including the possibility of litigation, but ultimately Hagan was able to convince the insurer to reverse its position and agree to pay Big Brothers Big Sisters' claim in full.

Currently, Big Brothers Big Sisters has received checks for nearly all of its damages, and Hagan is in the final stages of arranging for the last payment.

# Corporate Team Assists Youth Alliance for Leadership and Development in Africa

New York partner Whitney Smith and associate Calvina Bostick are assisting the Youth Alliance for Leadership and Development in Africa (YALDA), an organization that facilitates the collaboration of students, young adults, and leading professionals with an interest in the development of Africa.

Smith and Bostick are assisting YALDA to become incorporated, obtain tax-exempt status under section 501(c)(3) of the Internal Revenue Code, and related corporate matters. YALDA has a network of branches at universities in the United States and Africa, and will be able to expand its operations and fundraising opportunities after receiving 501(c)(3) public charity status.

# SIFA Fireside Establishes Clothing Shop

London associate Joe Lavelle advised SIFA Fireside, a charity which provides assistance to the homeless and those who suffer from alcohol-related illness, on a commercial joint venture. The joint venture concerned the opening of a clothing shop in Birmingham with Trident Reach, a social investment charity based in the Midlands of England.

Lavelle worked with SIFA Fireside in drafting the commercial joint venture agreement, which provides that an individual manages the operation of the shop and both charities financially support it.

## Charlotte Office Continues Partnership with Habitat for Humanity

In 2011, the Charlotte office real estate team worked on 21 home closings for Habitat for Humanity of Charlotte. For more than nine years, the Charlotte office has partnered with Habitat Charlotte, and the office has been recognized in years past with the Large Law Firm Annual Pro Bono Award from the Mecklenburg County Bar Association in acknowledgement of the partnership.

Associate Anna O'Neal serves as the firm's liaison with Habitat Charlotte and partner Lee Cory works with O'Neal to ensure the program runs smoothly and the necessary resources are in place to handle the closings.

The team structures the staffing of the work so that at all times a partner and an associate are handling the matters and rotating the closing duties so all of the office's real estate lawyers participate in the program over time.

## New York Team Assists K.I.D.S.

Through New York partner Laura Brevetti's role as a board member of Kids in Distressed Situations (K.I.D.S.), associate Justin Purtle has provided general legal advice and counsel with respect to contracts and other issues for the organization.

K.I.D.S.' mission is to provide donated material to disadvantaged children or children who have experienced a devastating event. Last year, K.I.D.S. delivered trailers full of donated pajamas and strollers in Japan following the earthquake and tsunami.

## Climate Change Program Inspires Students

Pro snowboarder Jeremy Jones witnessed first-hand the impact of climate change in the mountains. After having been turned away from snow areas, and resorts forced to closed due to lack of snow, Jones saw a need for cohesion in the winter sports community. In 2007, Jones founded Protect Our Winters (POW) to address the problem and create a call to action within the community. POW's focus is to provide educational initiatives, activism, and support for community-based projects.

In 2011, POW turned to New York partner Whitney Smith for assistance in structuring a joint venture involving POW and the Alliance for Climate Education (ACE). The goal of the joint venture was to develop and implement presentation materials to discuss climate change issues in high schools. The multimedia program they developed – "Hot Planet/Cool Athletes" – incorporated professional snowboard athletes and climate experts from ACE. The presentation features personal accounts from athletes and discusses specific consequences related to climate change.

The goal of POW's school program is to inspire students to take action and inform others of climate issues within their communities. Since the program's inception last year, it has reached more than 10,000 high school students.



## Hatfield Provides Counsel to Be Free Global

New York associate Holly Hatfield provides general counsel for Be Free Global, a nonprofit microfinance organization that focuses its efforts on improving living conditions for children in developing countries.

Be Free Global provides alternative funding opportunities for creative projects worldwide. Many initiatives are geared towards supporting small, community-based organizations that provide educational services to children who have been victims of abuse and neglect. Its recent microfinance work has supported the donation of children's books to Ethiopian orphans; free meals for preschool children in Zimbabwe; access to free education for children displaced from Haiti's 2010 earthquake; and the creation of an educational space near Kathmandu, Nepal that is protected from harsh Himalayan weather conditions.

Since the organization's inception in 2008, the firm has provided organizational and tax planning advice, including qualifying Be Free Global as a tax-exempt organization. K&L Gates continues to provide ongoing counseling with respect to governance, fundraising efforts, and general corporate matters.

## National Geographic Negotiates Research Collaboration Agreement

New York and Moscow partner Robert Langer assisted the National Geographic Society in negotiating a research collaboration agreement with the National Academy of Sciences of the Republic of Kyrgyzstan for archeological research.

In the summer of 2011, Langer successfully completed the agreement negotiation and the archaeological research commenced.





## Durham Rescue Mission Obtains Permit for Expansion

The Durham Rescue Mission in Durham, NC provides food, clothing, shelter, training, education, job, and counseling services to thousands of disadvantaged people every year. The Mission operates a men's campus, a facility for women and children, and two thrift stores.

In January 2011, the Mission received an $800,000 grant for the Center for Hope, a major expansion and improvement of its men's campus. However, under the city of Durham's zoning regulations, the Center for Hope project could not move forward until the Mission obtained a special use permit from the Durham Board of Adjustment, and the $800,000 grant was contingent on the Mission receiving all necessary zoning entitlements within six months of the grant being awarded.

Research Triangle Park partner Patrick Byker, of counsel Lewis Cheek, and counsel Craigie Sanders worked with the Mission's leadership and engineering and design consultants to draft and submit the special use permit application, review and assist the site plan work, and conduct the evidentiary presentation before the Durham Board of Adjustment. This was all accomplished within six months so the Mission could secure its $800,000 grant.

The special use permit was approved and the Center for Hope will open in the fall of 2012.

## Jeunes Virtuoses de New York Gains Tax-exempt Status

New York partner Lorraine Massaro and former K&L Gates lawyer Omer Rosen worked with a chamber group of young musicians to obtain tax-exempt status under Section 501(c)(3) of the Internal Revenue Code.

The group, Jeunes Virtuoses de New York, is an ensemble of accomplished young musicians who perform on both sides of the Atlantic both as a string camerata, and in various chamber music configurations. In addition to selecting extremely talented young musicians for rigorous training with a renowned tutor, the mission of Jeunes Virtuoses is to broaden the experience of the young musicians by providing them with unique and inspiring artistic experiences through, among other things, performing as an ensemble in formal concert settings here and abroad, and to elevate their creativity, communication skills, confidence, and human and cultural awareness.

## Langer Assists Operation Smile in Russia

Operation Smile is an international children's medical charity that performs reconstructive surgery for children born with facial deformities, such as cleft lip and cleft palate.

New York and Moscow partner Robert Langer has been involved with Operation Smile for more than 17 years. When he began, he helped establish operations in Russia and assisted with annual fundraising.

Last year, Operation Smile conducted four missions in Russia and performed more than 250 surgeries, as well as hundreds of post-operative assessments on children from prior missions.

# Veterans Assistance



## Veteran Fights for Pension



London senior associate Rachel Stephens and partner Jane Harte-Lovelace successfully represented a veteran with severe post-traumatic stress disorder (PTSD). The client, a member of the British Territorial Army, was deployed for a combat tour in Afghanistan in 2007 after previously serving in Iraq. Upon returning home from Afghanistan, he was diagnosed with PTSD. He returned to his civilian banking job, but the severity of his symptoms inhibited his ability to fulfill his role, leading to his termination.

Once medically discharged from the Army, the client's disability pay would cease, and any future income from the Army could be derived only from the Armed Forces Compensation Scheme (AFCS).  The AFCS initially refused to recognize the full extent of the client's PTSD, despite it being documented as "severe," "chronic," and "permanent" by the psychiatrists and psychologists treating the client, who confirmed the client could not be expected to work again for the foreseeable future.

Initially, the client was awarded a one-off, small payment by the AFCS for his pain and suffering, but no pension. His PTSD symptoms became increasingly worse, making it difficult for him to function day-to-day.

In late 2010, the client was put in touch with Harte-Lovelace. For eight months, Harte-Lovelace and Stephens worked for a more equitable result for the client from the AFCS.

As a result, the AFCS reconsidered the client's symptoms, and he received more than 15 times what he was originally awarded, as well as a pension to recognize the fact that he had lost his civilian and military careers as a result of the injuries he suffered serving his country. He now has the means to financially support himself while he continues treatment and rehabilitation.

# New York Litigation Team Represents Veteran in Disability Appeal

A New York litigation team including Andrew Morrison, Samantha Katze, and Molly Nixon-Graf is representing Larry Bruce, a decorated veteran who served in the U.S. Army from 1960 to 1963 and in the U.S. Air Force from 1964 to 1981. Their client is appealing to the U.S. Court of Appeals for Veterans



Claims after the Board of Veterans' Appeals refused to award disability benefits to Bruce because it failed to find a service connection.

While serving in the armed forces as a parachutist, Bruce endured several injuries while executing jumps and participating in other service-related activities. Many of these injuries led to hospitalization and subsequently, chronic pain. Bruce still suffers from chronic back and neck pain as a result. In addition, Bruce has a bilateral hip disorder that stems from knee problems deemed service-connected.

Unfortunately, certain material evidence to support Bruce's claims for benefits for these conditions is missing, as a decade of his medical records were destroyed while in the custody of the U.S. Armed Services, and another decade of post-service records were lost in a hurricane.

This case was referred to the firm's litigation team by the Veterans Consortium, which administers the pro bono appellate program through a consortium of four organizations, The American Legion, Disabled American Veterans, National Veterans Legal Services Program, and Paralyzed Veterans of America.

# Army Disability Rating Appealed

Seattle associate J. Timothy Hobbs assisted a client in filing an appeal with the U.S. Army Physical Disability Board of Review (PDBR) seeking a change in the client's disability rating. The appeal asks the PDBR to revise the zero percent disability rating the client received upon his honorable discharge.

The client entered Army active duty in 1999, and while serving in the military police force he sustained a hernia and subsequent nerve injury during a training exercise. The U.S. Army Medical Evaluation Board noted in its review that the client could not continue his service because of the hernia and related injuries. The Army's Physical Evaluation Board, however, deemed the client unfit for service based on neuralgia, caused by damage to nerve tissue, and assigned him a zero percent disability rating.

The appeal is under consideration.

# Basic Legal Needs



# Case Win Leads to Panel at 2012 Gay World Softball Series



Seattle partner Suzanne Thomas successfully settled a widely publicized "impact" pro bono case related to three bisexual men of color who were suing the North American Gay Amateur Athletic Alliance (NAGAAA) for discrimination during the Gay Softball World Series.

The men, and two Caucasian men, were questioned in a public setting about their sexual orientation. NAGAAA's committee voted the men of color to be not gay enough to play in the Tournament due to its rule restricting rosters to two heterosexual players, but the Caucasian men were voted to be gay enough, despite giving the same answers as a player of color.

As part of the settlement, K&L Gates, with the National Center for Lesbian Rights and NAGAAA, will co-host a panel at the 2012 Gay World Softball series in August relating to the effects of exclusionary rules, historic discrimination and negative stereotyping against LGBT (lesbian, gay, bisexual, and transgender) athletes at all levels of sports, and the need to eradicate such discrimination. The players also received the trophy that they won.

Other members of the legal team included Peter Talevich, Michael Ryan, Jill Miller, Dennis Tessier, and Patrick Felde.



## Firm Challenges Foreclosure Rescue Scheme

In March 2012, a K&L Gates team filed a federal lawsuit challenging an allegedly discriminatory foreclosure rescue scam targeted at Hispanic homeowners in Northern Virginia. The lawsuit, filed in the U.S. District Court for the Eastern District of Virginia, named Bella Homes, LLC (Bella) and a number of its management officials and agents as defendants.



Washington, D.C. partners Carol Elder Bruce and John Longstreth and associates Amy Eldridge and Eric Mitzenmacher, Miami partner Paul Hancock, and Dallas associate David Monteiro are handling the case.

Bella advertised its services on Spanish language radio stations and the plaintiffs allege that the company was targeting Hispanic residents of Northern Virginia in this fraudulent scheme.

The National and Washington Lawyers' Committees for Civil Rights are co-counsel with the firm in this pro bono case. The lawsuit raises claims under the Fair Housing Act, 42 U.S.C. §§ 3601 et seq., the Credit Repair Organizations Act 15 U.S.C. §§ 1679 et seq, and state statutory and common law claims.

The plaintiffs are seeking clear title to the home and monetary damages. In April, 2012 the court denied motions to dismiss filed by Bella's owner, who helped develop and oversee the scheme, and by one of Bella's Virginia agents, who the plaintiffs allege helped sell them on the deal. This case is now in the discovery phase.

## Cross-office Team Helps Create Estate Planning Documents for New York Firefighters

The New York, Newark, and Pittsburgh offices, in collaboration with the pro bono committee of MetLife's legal department, participated in the second session of a pro bono project, Working To Instill Lifelong Security (W.I.L.L.S.). The project provides wills, health proxies, and powers of attorney for New York firefighters. To date, W.I.L.L.S. has assisted nearly 100 first responders and their families in the creation of these important estate planning documents.

The project arose from discussions between New York partner Willie Dennis and the legal department at MetLife. Pittsburgh partner Andy Gespass and associate Theresa Schroeder, along with Newark associate Christina Burke, agreed to create the questionnaire and document templates for the project that Pittsburgh document specialist Linda McSweeny programmed into HotDocs, a document automation program. The New York IT department then tested and installed the program on laptops to be used at the W.I.L.L.S. events.

In December 2011 at Hook and Ladder Company Number 5 in Merrick, NY, IT manager Debra Chilcott and her team, including Greg Brown, Johnny Corona, Julie Martin, and former firmwide trainer Marilyn Derayunan, set up 20 laptop stations that MetLife lawyers used to counsel, advise, and create legal documents for 70 firefighters and their families.

The December event was the second session of this unique multioffice, multidiscipline, client-collaborative project, the first having occurred in June. The W.I.L.L.S. pro bono team plans to hold similar sessions twice per year at other firehouses in the New York area.

# Englert Presents at Tanzanian Uranium Mining Workshop

In collaboration with the International Senior Lawyer Project (ISLP) and the United Nations Development Programme, Pittsburgh partner John Englert conducted a workshop on the administration and management of uranium mining projects in Tanzania.

The workshop, organized for the Tanzanian Attorney General's office and Ministry of Energy and Minerals, was attended by nearly two dozen senior government officials, including those from the Attorney General's Chambers of Tanzania and Zanzibar; the Ministry of Energy and Minerals; the Ministry of Communications, Science, and Technology; the Ministry of Lands; and the Tanzanian Atomic Energy Commission.

As Tanzania's uranium mining operations grow, the government sought guidance on how to best manage its mining projects in the interest of protecting workers, the public, and the environment.

Englert was supported by a team that included Pittsburgh associates James Swetz, David Shelton, and Jane Pohl and the able assistance of Traci Melko in the firmwide graphics department.

# Policy Team Protects Poverty-focused Development Assistance Funds

A team of public policy lawyers and professionals worked with Advocates for Development Assistance to help prevent massive cuts to U.S. poverty-focused development assistance funding in 2012. The team met with key senators, members of Congress, and staff from both parties to make the case that this kind of foreign aid has important implications for our national security, economy, and world leadership.

The continued funding, totaling more than $6.5 billion, will be used for development assistance, global health programs, and the 2012 operating expenses for the U.S. Agency for International Development (USAID). This funding will ensure that millions of the world's poorest people have access to life-saving vaccines, treatments, and economic assistance.

Advocates for Development Assistance is a nonprofit group dedicated to increasing American support for USAID's development assistance and global health efforts.

The team included Paul Stimers, Daniel Ritter, James Walsh, Akilah Green, Ryan Severson, Steven Valentine, William Kirk, Stephen Cooper, W. Dennis Stephens, Dennis Potter, Chad See, Sean McGlynn, Irene Nsiah, and Slade Gorton.

## London Team Assists Community-interest Group

A community-interest group outside of London was forced to forfeit its commercial lease because of a dispute over handicapped parking. The organization gives back to its community through charities, fundraising, a mobile cinema, and programs for documentary filmmakers.

The organization's neighboring tenants complained about the number of parking spaces available for the disabled visitors who frequented the organization. The complaints persisted incessantly and the client alleged they morphed into harassment. When the organization sought help from its landlord, he was reluctant to get involved and risk losing the neighboring tenants. In an effort to maintain its successful community efforts, the company filed a harassment claim against its neighbors. Through the legal process, fees, and the neighbors' attempts to extend court dates, the client lost business, profits, and grants, and eventually was forced to surrender its lease.

On the verge of permanently closing, the organization presented its case to London partner Robert Hadley and associate Abigail Tumulty. Tumulty and Hadley discovered the landlord misrepresented disabled parking information in the company's commercial lease, and a favorable case existed if they could pursue a ruling on this misrepresentation rather than the neighboring tenants' alleged harassment.

A positive outcome in the pending trial would result in a reward to the company for damages, and hopefully it will provide enough for the company to remain afloat and resume its charitable work.



## Firm Obtains Appeals Win for Incarcerated Client

As a member of the pro bono panel in the U.S. Court of Appeals for the Second Circuit, New York partner Doug Broder is regularly appointed to represent indigent defendants. He then supervises New York associates who brief and argue the appeals. New York associate Sarah Kenney and former K&L Gates associate Michael Gomez represented an inmate on appeal before the Second Circuit, successfully reviving the inmate's *pro se* complaint.

In 1989, the client was incarcerated at Five Points Correctional Facility in New York for a series of violent crimes. While serving his sentence, he was elected by his fellow prisoners to serve on an inmate grievance committee. As a committee member, he was responsible for addressing and responding to inmate complaints.

The client believed the corrections officers were interfering with his duties and retaliating against him for investigating and pursuing inmates' grievance complaints. Accordingly, he filed a *pro se* complaint with the U.S. District Court for the Western District of New York. That court dismissed his amended complaint on the ground that the client had failed to diligently prosecute the action by failing to timely oppose defendants' motion to dismiss, a claim not raised by the state of New York on behalf of prison authorities.

The client later appealed to the Second Circuit, which appointed K&L Gates to represent him.

The team briefed and argued the appeal, claiming that the court should reinstate the amended complaint because the lower court had neglected to analyze the required factors governing a dismissal for failure to prosecute. The team also argued that the lower court had confused the client and contributed to his delay in opposing defendants' motion to dismiss by issuing misleading instructions about what the client was required to do to avoid dismissal.

The Second Circuit ruled that the dismissal of the client's complaint had been an abuse of discretion. As a result, it ordered the reinstatement of his complaint and remanded the case to the district court for further proceedings.

## Client Wins Appeal from Life Sentence

With the pro bono assistance of K&L Gates, a Virgin Islands man has proven to a federal court of appeals that his sentence should be reconsidered because the government's lawyer violated a plea agreement during the sentencing hearing.

Harrisburg partner David Fine represented the man, who had pleaded guilty to murder in connection with a jewelry store robbery in which the owner was killed.

As part of the plea agreement, prosecutors agreed to offer no sentencing recommendation. However, at the time of sentencing, the assistant U.S. attorney made comments that suggested that the client and his co-defendants should be incarcerated for life. The judge gave the defendant a life sentence.

The defendant argued that the prosecutor's comments effectively breached his plea agreement and instructed his lawyer to appeal the sentence. The lawyer, however, failed to file a notice of appeal by the jurisdictional deadline. The defendant filed a *habeas corpus* petition arguing that his lawyer had been constitutionally ineffective because he did not file a timely appeal, but the district court denied the petition.

The Third Circuit Court of Appeals appointed Fine to represent the defendant. After oral argument, the appeals court agreed that the defendant had received ineffective assistance of counsel, and it reinstated his appeal rights. The court then appointed Fine to represent the defendant in the new appeal. After briefing and another oral argument, the court agreed that the prosecutor breached the plea agreement with his comments at sentencing and the court ordered a new sentencing before a different judge.

In the second sentencing hearing, the newly assigned judge sentenced the defendant to 34 years.



## London Team Provides Assistance to Capital Crime Charity

A team of seven lawyers including London administrative partner Tony Griffiths provided assistance to a London charity that offers legal assistance on cases of capital defense in the United States.

The case involved a teenage defendant who had a received a life without parole sentence for a shooting incident in which the victim, a young female bystander, was severely injured and disabled.

The K&L Gates team reviewed the transcripts of the trial evidence and prepared summaries for the lawyer representing the defendant for use in discussions with the prosecutors, and for a review of the sentence. This was made possible by a Florida ruling that sentences of life without parole passed on persons who were juvenile at the time of the offense should be reviewed.

With the team's assistance the defendant's sentence was reduced on review to 28 years.

## Eastern Congo Initiative Advocates for Ambassador

In 2011, a team of K&L Gates policy lawyers in Washington, D.C. assisted film star Ben Affleck's Eastern Congo Initiative (ECI) by forging a major effort to work with the Obama Administration and Congress to advance the interests of the people of the Democratic Republic of Congo.

Founded by Affleck, the ECI is the first U.S.-based advocacy and grant-making initiative wholly focused on working with, and for, the people of Eastern Congo. ECI hopes to create abundant opportunities for economic and social development.

The efforts helped raise awareness that resulted in the contribution of more than $10 million in foreign aid by the Obama Administration to assist in the November 2011 Congolese elections, the deployment of 100 U.S. military advisors to the region to combat the prevalence of a vicious militia active in the Congo, and the opportunity for four ECI-affiliated witnesses to testify before Congress at two congressional hearings.

The firm engaged in a year-long effort to help Affleck and ECI leadership achieve its main priority of encouraging the appointment of a dedicated senior leader at the U.S. State Department focused on Africa's Great Lakes region and the Congo, a key missing piece to U.S.-Congo relations.

At the end of 2011, Ambassador Barrie Walkley was appointed as the special advisor to the Great Lakes region and the Democratic Republic of Congo.

## Brennan Center for Justice Analyzes Surveillance Limits

New York partner Eric Moser and associates Albert Levi and Erica Iverson are working with the Brennan Center for Justice at New York University on a project aimed at researching and analyzing possible constitutional and statutory limits on certain surveillance and information-gathering activities of the New York Police Department aimed at American Muslims in the New York City area and beyond. The Brennan Center for Justice is a non-partisan public policy and legal institute focusing on issues of democracy and justice.

# New York Associates Draft Survey for the Animal Legal Defense Fund

New York associates Molly Nixon-Graf and Erica Iversen are assisting the Animal Legal Defense Fund (ALDF) by conducting a 50-state survey of the intersection of state animal cruelty laws, nuisance laws, and right-to-farm statutes. This research will serve as a legal basis for a challenge to "factory farming," also referred to as concentrated animal feeding operations (CAFOs).

Factory farms confine thousands of animals per year in filthy and cramped spaces, and subject many of them to a life completely indoors. In some jurisdictions, legal challenges to agricultural operations are restricted, which may prevent scrutiny of factory farming practices. Nixon-Graf and Iversen have been advising ALDF on the state jurisdictions that may provide more favorable forums for future legal action.



# WASH Advocacy Initiative Obtains Funds for Safe Drinking Water

Washington, D.C. partners Daniel Ritter and Paul Stimers and government affairs counselor Jim Walsh led a large policy team in obtaining a legislative victory for the WASH Advocacy Initiative.

The team helped secure $315 million in federal development assistance funds, which will be used to help provide sustainable access to safe drinking water and sanitation in developing countries. The group also advocated passage of the Sen. Paul Simon Water for the World Act, which would provide 100 million people across the globe with safe and sanitary drinking water on a sustainable basis over the next six years.

The WASH Advocacy Initiative is a nonprofit group dedicated to increasing American support for safe drinking water and sanitation in the developing world.

# Volunteers Provide Advice at Battersea Legal Advice Centre

A team of London lawyers has been working with the Battersea Legal Advice Centre for more than 15 years providing one-off legal advice to drop-in clients.

The K&L Gates volunteers provide general advice and assistance to individuals with legal problems in a wide variety of different areas, including employment, housing, consumer rights, building, and other disputes.

Nearly 40 lawyers from the London office volunteer their time at the center.



# Protecting Women and Children

# Win Protects Client's Daughter from Female Genital Mutilation



Chicago associate Sara Fletcher achieved a significant victory on behalf of an immigrant from Benin, Africa and her daughter who is a U.S. citizen. The client filed an affirmative application for asylum, which was denied, and she faced deportation from the United States. She feared that if she returned to Benin, her 10-year-old daughter would be forced to undergo female genital mutilation (FGM).

When the client was 8 years old, she was taken by her godmother, a member of the Bariba tribe in Benin, and forcibly branded with a painful tattoo in a ceremony as the first step in the FGM process. Her father strongly opposed FGM and sent her to school in the Ivory Coast to protect her from being forced to undergo FGM; she remained there until she was approximately 25 years old. She then came to the United States to attend Indiana University, and she and her husband had a son and a daughter.

When the client's daughter was approximately 5 years old, her husband's family began to send letters and make phone calls demanding that their daughter return to Benin to undergo FGM. In Bariba culture, a daughter is viewed as property of her father's family, and the client felt powerless to protect her daughter.

Although the client and her husband oppose FGM, they testified that their opposition would not be enough to save their daughter from the practice. In the Seventh Circuit, an immigrant cannot be granted relief based exclusively on a fear that his or her daughter (if the daughter is a U.S. citizen) will be subjected to FGM upon return to the native country; the court reasons that the child will not be forced to return. A recent Seventh Circuit opinion, however, directed the Board of Immigration Appeals (BIA) to consider whether relief to an immigrant parent would be appropriate where the parent would suffer mental or psychological anguish or harm as a direct result of the daughter's forced FGM.

Fletcher's client testified with a strong explanation of how she would suffer mentally, emotionally, and psychologically if her daughter were to be subjected to FGM. The judge ultimately found the client's fear to be credible based on evidence including a U.S. Department of State Country Report on Benin that indicated more than 70 percent of women in the Bariba tribe had undergone FGM as of 2010, and four letters sent by the family of the client's husband demanding that the daughter return to Benin to undergo FGM as soon as possible.

The win allows the client to remain in the United States legally.



# New York Lawyers Team with inMotion

For seven years, the firm's New York office has partnered with inMotion, a New York nonprofit organization that provides and coordinates legal services to indigent women in custody, support, abuse, divorce, and immigration proceedings. Each year, as part of its summer associate program, the office assigns to each summer associate a pro bono client referred by inMotion. In 2011, 37 partners, associates, summer associates, and paralegals in the New York office devoted nearly 1,425 hours to the representation of inMotion clients. The program is coordinated by partner Pat Loughlin and paralegal Eugenia Frenzel.

## Mother Wins Child Support and Visitation Order

Partner Tedd Van Buskirk and associate Anthony Badaracco, working with two summer associates, secured a child support order and visitation schedule for a mother raising a child mostly on her own.

The client is a single mother of a 3-year-old son. After her relationship with the father ended, for more than two years the parties did not speak and the father did not provide any type of regular support or play a role in the child's life. In April 2011, the client filed for child support, receiving a small temporary order of support before the hearing. The father responded by filing his own petition for custody of the child.

Summer associate Michael Agosta subpoenaed the father's employment records and researched the costs of providing for the child. When the father failed to appear at the support hearing in July 2011, the client received a substantial child support award.

At three subsequent hearings, the father sought to vacate or reduce the award, but each time Van Buskirk and Badaracco rebuffed his efforts.

The visitation matter proceeded simultaneously. Summer associate Jennifer Paone, along with Van Buskirk and Badaracco, interviewed the client, negotiated with the father and later with his lawyer, and appeared in court obtaining a visitation order in August 2011 that was satisfactory to both parties.

## Client Petitions to Divorce Incarcerated Husband

New York foreign lawyer Laura Güemes assisted a woman in divorcing her husband, who was in federal prison and would be deported to Colombia once his sentence was fulfilled.

Güemes' client married her husband in 1992 and the pair separated in 2001. The client's husband was incarcerated in October 2001 on drug conspiracy charges. The husband was residing at the Big Spring Correctional Center in Texas, a federal prison facility for nonviolent illegal aliens. When his sentence concluded in December 2011, he was to be deported to Colombia.

Güemes successfully obtained the divorce for her client on the grounds of imprisonment. The couple had two children together, and the client was granted custody of the child that was still a minor.

# Lawyers Support Kids in Need of Defense

Kids in Need of Defense (KIND) was launched in collaboration with Microsoft in 2008, and K&L Gates was one of the founding firms to sign on to KIND. The KIND project involves providing representation to unaccompanied minors in proceedings before the U.S. Immigration and Citizenship Service (USICS). The following stories illustrate several examples of the legal problems confronting unaccompanied minors who arrive in the United States and are entangled in the immigration process.

## New York Associates Work to Win Asylum for Teenager

New York associates Brian Koosed, Elise Gabriel, and Carla Greenberg are currently working on an asylum matter involving a 15-year-old girl from Ecuador. The case was referred to the firm by Kids In Need of Defense (KIND).

By the time she was 2 years old, the client's parents had left Ecuador for the United States and the client was left to live with her aunt and uncle and older cousins. While living in Ecuador, she was subjected to acts of verbal and physical abuse. At the age of 13, her parents had saved enough money to pay for the client to make the journey to the United States. She attempted entry through Arizona, but was caught and detained by border patrol.

The New York team is currently building a case for her asylum trial and is also exploring other options that would allow the client to stay in the United States with her parents and two younger siblings. The client's initial hearing date is scheduled for July 2012.

## Guatemalan Teenager Gains Juvenile Status Protection

Newark associate Loly Tor has been working with a Guatemalan teenager to obtain a special juvenile status visa which would permit the client to remain in the United States legally, and begin applying for permanent residency.

Her client grew up in Guatemala with an abusive mother and father. Her father often beat her mother and after the father moved out, her mother became increasingly hostile and violent toward all the children. After bouncing between her father's house and her grandparent's house in an effort to get away from her mother's abuse, the client was forced to move back in with her mother, where the children sometimes did not have enough food to eat. She left her mother's house at age 14, and she and her older sister took care of her three younger siblings with no adult supervision. When the client was 17, her father returned to Guatemala from the United States where he had been living for the past several years.

When the father returned to the United States, Tor's client left with him. She and her father traveled from Guatemala to Arizona by bus and on foot. As soon as they crossed the border they were detained by immigration authorities. A family friend agreed to act as a guardian so that the client could stay in the United States while her immigration proceedings were pending.

Tor began representing the client in December 2009. Tor first filed an application with the New Jersey state court to obtain a ruling that her client was dependent on the state due to her mother's neglect and abandonment, even though she is no longer a minor. Without this finding, the client would not qualify for a special juvenile status visa, which permits her to remain in the United State legally and ultimately apply for residency. After a dependency hearing, the state court found in the client's favor.

Tor then filed a petition with U.S. Citizenship and Immigration Services (USCIS) for juvenile status, which is the precursor to obtaining a special juvenile status visa, and represented the client before her interview with the USCIS. After a difficult interview, the USCIS granted the petition.

The next step of the process was filing an application for permanent residency, which typically requires a filing fee of more than $1,000. Because the client could not afford to pay the fee, Tor also filed a fee waiver request with the USCIS, which was granted.

Tor is now in the final stages, which is the processing of the application and the related interview. In the meantime, the client is enrolled in a high school equivalency program and is currently working toward getting her GED.

## Permanent Residence Achieved for Juvenile Crime Victim

Seattle associate Carley Andrews and senior litigation paralegal Joell Parks obtained permanent residence for a juvenile crime victim through Kids in Need of Defense (KIND).

Andrews has represented the client since 2006 when she was smuggled into the United States from Guatemala by an adult male. The client was detained by U.S. Immigration and Customs Enforcement (ICE) after her smuggler was arrested for trafficking her into the country and other crimes.

Andrews originally obtained a U Visa for the client, which is available for immigrant victims of crime. At the end of 2011, the client was granted permanent residency.



## Honduran Teenager Wins Asylum

Newark partner Charlie Rysavy succeeded in gaining asylum status for a teenager who fled his native Honduras at age 15 to escape severe physical and psychological abuse by his father.

Rysavy's client, his siblings, and mother had suffered at the hands of the client's father for years. The teen fled Honduras with his sister in 2008 and crossed the border on foot into Texas, where they were apprehended by immigration authorities.

Kids in Need of Defense (KIND) contacted Rysavy when the teen had been released to the custody of an older sister and her husband in New Jersey while his removal proceedings moved forward.

Rysavy applied for asylum for the client, as well as seeking supplemental immigrant juvenile status, which is another avenue for attaining legal status for unaccompanied immigrant minors. The two proceedings moved forward in parallel, requiring numerous written submissions, court appearances, and interviews.

After nearly a year-and-a-half of proceedings, the U.S. Citizenship and Immigration Services (USCIS) granted the client asylum in November 2011. Rysavy will represent the client in gaining permanent resident status in November 2012.

Approval of his client's asylum application was particularly significant in that the USCIS rarely grants asylum based on "membership in a particular social group," where the social group is the petitioner's family and the persecution is by another family member.

# Mother Wins Right to Keep Child in New York

In another case originating from partner Doug Broder's membership on the Second Circuit pro bono panel, New York associate Alyssa Cohen, assisted by associates Avital Malina and Molly Nixon-Graf, represented a Romanian woman in a Second Circuit Court appeal involving a parental custody dispute over her 6-year-old son.

The parents, opposing parties in this action, are both citizens of Romania. They were married there, had a son, and were legally divorced there. Upon the termination of the divorce proceedings, the Romanian court issued a final divorce decree which granted the mother full custody of their son, while the father was granted visitation rights. The mother then moved to New York with the son. The father filed a petition, first in the Bucharest Superior Court in Romania and later in the U.S. District Court for the Eastern District of New York, seeking to compel the boy's return to Romania. The father argued that under both the final divorce decree and the laws of Romania, he had a "right of custody" as defined under the Hague Convention, which the mother had violated when she took the son from Romania without the father's consent. The Eastern District denied the father's petition and he appealed.

Before the Second Circuit, Cohen argued that because the father only had a right of visitation, and not a right of custody as defined under the Hague Convention, the father was not entitled to the removal remedy provided by the Convention. Cohen also persuaded the court to give substantial weight to a decision of the Bucharest Superior Court, which had ruled in favor of the mother, but was not relied upon by the district court.

The court agreed with the firm's argument that the Convention protected the father's visitation rights but that he had no right of custody and therefore no right to force the mother to return the child to Romania. In a summary order issued a mere five days after argument, the court affirmed the lower court's holding, denying the father's petition in favor of the mother.



Immigration



## Equal Justice Works Fellow Partners with PAIR



K&L Gates, along with DuPont, sponsors Sarah Sherman-Stokes, an Equal Justice Works fellow who is partnering with the Political Asylum/Immigration Presentation (PAIR) Project. Equal Justice Works is an organization that partners with law schools, law firms, corporate legal departments, and nonprofit organizations to provide the training and opportunities that enable lawyers to represent vulnerable populations. The two-year fellowship offers salary and loan repayment assistance, national training and leadership development, and other forms of professional development opportunities.

PAIR, in conjunction with area law schools, is the only organization with negotiated access to the roughly 800 detained non-citizens in Massachusetts. PAIR also provides invaluable representation to many non-detained asylum seekers.

The main focus of Sherman-Stokes' fellowship is to represent young refugees who came to the United States as children having fled horrific situations in their home countries. Many of these young people have unaddressed mental illness and substance abuse issues that have gotten them into trouble with the law and subsequently placed in deportation proceedings, at risk of being returned to a country they fled in fear.

Sherman-Stokes regularly visits detention centers and county jails where non-citizens are held, provides "know-your-rights" presentations, and consults one-on-one both in person and by phone with detainees in deportation proceedings.

In December 2011, Sherman-Stokes worked with a detained woman who was in fact a wrongfully detained U.S. citizen. Her client had been a U.S. citizen since 1977; the client's mother naturalized when she was a child and she automatically derived citizenship at that time. It would have taken nothing more than a simple computer search to make this determination; however, the client had been detained for nearly a month.

Sherman-Stokes has also assisted a Cambodian client who was a longtime green card holder and the mother of three U.S. citizen children. Her

client had been in the United States since she was a toddler and was facing deportation for a minor drug-related offense. Sherman-Stokes was able to get the client's case terminated after successfully arguing that her conviction did not make her deportable.

In another case, Sherman-Stokes obtained a victory for a client from Sudan. When the client was a child, his father was attacked for his religious beliefs and later died of his injuries. Soon after, the client's mother was kidnapped, detained, and tortured for her religious beliefs. As a teenager, the



client was the victim of a violent police attack while in a refugee camp. Sherman-Stokes provided nearly 400 pages of corroborating evidence, and the immigration judge held that there was "no question in the court's mind" that the Sudanese government would torture the client if he were deported.

The client will now be able to return to his family in Maine where he can continue working toward his GED and get the treatment he needs for his alcoholism and severe post-traumatic stress disorder (PTSD).

In addition to her direct representation, Sherman-Stokes has also provided assistance to more than 200 detained non-citizens representing themselves *pro se* since she began working with PAIR lin September 2011.

## Immigration Cases Around the Firm

### Eritrea

Chicago associates Lauren Norris and John Susoreny successfully obtained asylum for a 34-year-old man from Eritrea.

The client, a devout Pentecostal Christian and an opponent of the Eritrean government's oppressive national conscription program, was repeatedly subjected to violent reprisals by the Eritrean government on account of his religious and political beliefs. This persecution took various forms, including forced manual labor, imprisonment without charge for long periods of time under inhumane conditions, severe beatings, psychological terror, and threats of further detention and even death.

Fearing for his life, the client fled to Sudan in 2007 where he was placed in a refugee camp. He then applied to international master's degree programs, was admitted to an international law program in Cairo, and left for Egypt in 2008.

However, Egypt would not grant him permanent residence, so he was unable to work and was in constant fear of being forced to return to Eritrea. He decided to apply to universities in the United States and was accepted to a top tier law school. He arrived in Chicago on a student visa in June 2010.

Norris and Susoreny filed an application for asylum in May 2011. After an interview with the asylum office in mid-June, the client's application was approved on July 1.

The client has an Eritrean wife who is still living in Egypt and he will now be able to file a derivative application for asylum to allow her to join him in the United States.

### Mauritania

New York associates Brian Koosed, Lindsey Berger, and Avital Malina, along with Washington, D.C. associate Catherine LaRose (formerly resident in New York) are assisting a Mauritanian immigrant seeking asylum.

The client came to the United States in 2001 to study engineering at the University of Arizona. He fled Mauritania after having been detained and beaten by government authorities for participating in protests against the government and for rejecting Islam, the official state religion.

The client was initially granted asylum by an immigration judge who found his claim of persecution "thoroughly and refreshingly credible." However, the Department of Homeland Security (DHS) appealed to the Board of Immigration Appeals (BIA), which vacated the decision and ordered the client removed from the United States for violating the terms of his student visa.

The client appealed the BIA decision to the Second Circuit, which through partner Dough Broder's membership on the Second Circuit's pro bono panel, appointed K&L Gates as pro bono counsel. The New York team persuaded the court to remand the case back to the BIA, where the BIA reaffirmed its earlier removal decision. LaRose and Berger appealed the removal order to the Second Circuit, which affirmed the BIA's decision.

Undeterred, the team filed a motion to reopen the client's case based on changed circumstances in Mauritania. They argued that after a military coup, conditions in the country had deteriorated to the point that the client faced an even more serious risk of persecution if he was deported.

The motion was granted and the client will now be able to present new and additional evidence in support of his asylum application at a hearing before the same immigration judge who had previously granted him asylum.

## Sudan

Los Angeles partner Paul Sweeney, associate Brett Bissett, and former K&L Gates associate Shanaira Udwadia worked to help a client from Sudan and her 2-year-old daughter acquire asylum in the United States.

As a member of the Nubian tribe, the Sudanese government condemned the client for her ethnicity and political beliefs. She strongly opposed the Sudanese government's construction of a dam that would flood and destroy Nubian land. As a result, she was detained and subjected to starvation, torture, brutality, and numerous death threats.

Now with a grant of asylum, the client and her daughter may live permanently in the United States.





Recognition

# Frenzel Receives 2012 Commitment to Justice Award



New York senior paralegal Eugenia Frenzel received inMotion's 2012 Commitment to Justice Award for Outstanding Pro Bono Liaison. The award was presented to Frenzel on Feb. 9, 2012 at an inMotion event at the Lincoln Center in New York City.

Frenzel has played a critical role in helping to organize and coordinate inMotion work for the firm's New York office, and she assists in the coordination of the office's pro bono program.

inMotion is one of K&L Gates' signature pro bono partners and works to help women who have experienced domestic violence and who may need orders of protection and help with child custody and child support issues.



## Rysavy Named KIND Pro Bono Attorney of the Month

Newark partner Charlie Rysavy was recognized by Kids in Need of Defense (KIND) for his success in gaining asylum for a teenager who fled his native Honduras to escape severe physical and psychological abuse by his father.



Approval of the client's asylum application was particularly significant in that the U.S. Citizenship and Immigration Services (USCIS) rarely grants asylum based on "membership in a particular social group," where the social group is the petitioner's family and the persecution is by another family member.

For his noteworthy victory, KIND named Rysavy and K&L Gates its KIND Pro Bono Attorney of the Month for April 2012.

## Reiland Receives CLC Pro Bono Award

Chicago partner James Reiland was presented with the Pro Bono Award at the Chicago Legal Clinic's (CLC) annual reception in May for his "outstanding commitment to pro bono legal services."

In one recent case, Reiland and Chicago associates Sangmee Lee and John McIlwee represented a mother in an appeal filed by her ex-husband after she was awarded sole custody of the couple's children. After the K&L Gates team prevailed, the ex-husband filed a second appeal, and the team prevailed again.

In another case, Reiland, along with Chicago partner Carrie Plater and associate James Desir, is representing on appeal a man whose income had been sporadically garnished for 17 years, following default judgments of parentage and support entered against the client in 1995 in the absence of proper service of process. The case involves an unsettled question under Illinois law about whether waiver of jurisdictional objections can be applied retroactively.

## Tallman Included in "Good Fellas" Honor Roll

Washington, D.C. partner David Tallman was included on the Tahirih Justice Center's 2011 "Good Fellas" honor roll, which recognizes men who have made a difference in achieving justice for women and girls.

Tallman, with assistance from associates Amy Eldridge and Collins Clark, successfully obtained discretionary grants of asylum for a refugee from the genocide in Darfur and a Senegalese woman seeking asylum based on her fear of female genital mutilation.

## K&L Gates Receives Outstanding Service Award

Be Free Global recently honored K&L Gates with the 2012 Outstanding Service Award. The annual award is given to honor community members for outstanding service and commitment to philanthropy and public service.

The firm provides general counsel for Be Free Global, a nonprofit microfinance organization that focuses its efforts on improving living conditions for children in developing countries.

For more information about our pro bono work, please contact:

Richard L. Sevcik                        Walter P. Loughlin
+1.312.807.4332                          +1.212.536.4065
richard.sevcik@klgates.com               walter.loughlin@klgates.com

Carleton O. Strouss                      Robert B. Mitchell
+1.717.231.4503                          +1.206.370.7640
carleton.strouss@klgates.com             rob.mitchell@klgates.com

# K&L GATES

Anchorage  Austin  Beijing  Berlin  Boston  Brussels  Charleston  Charlotte  Chicago  Dallas  Doha  Dubai  Fort Worth  Frankfurt  Harrisburg
Hong Kong  London  Los Angeles  Miami  Milan  Moscow  Newark  New York  Orange County  Palo Alto  Paris  Pittsburgh  Portland  Raleigh
Research Triangle Park  San Diego  San Francisco  São Paulo  Seattle  Shanghai  Singapore  Spokane  Taipei  Tokyo  Warsaw  Washington, D.C.

K&L Gates includes lawyers practicing out of more than 40 fully integrated offices located in North America, Europe, Asia, South America, and the Middle East, and represents numerous GLOBAL 500, FORTUNE 100, and FTSE 100 corporations, in addition to growth and middle market companies, entrepreneurs, capital market participants and public sector entities. For more information about K&L Gates or its locations and registrations, visit www.klgates.com.

This publication is for informational purposes and does not contain or convey legal advice. The information herein should not be used or relied upon in regard to any particular facts or circumstances without first consulting a lawyer.

©2012 K&L Gates LLP. All Rights Reserved.



# THE BLACK ENTERPRISE LIST OF TOP BLACK LAWYERS

BY MCCA | MCCA



SHARE: f y ✉ ...

Black Enterprise magazine recently published its list of America's top Black attorneys (see November 2003 issue), marking the first time that any major business journal has focused on African American legal talent. MCCA is proud to have been among the organizations Black Enterprise turned to for input during its lengthy and arduous selection process.

While MCCA believes that all of the lawyers in our network are stars, we were particularly proud to see so many familiar names make this prestigious list. Congratulations to all of the lawyers listed below who were selected for the Black Enterprise List of Top Black Lawyers!

### CORPORATE GENERAL COUNSEL

Ken Frazier, Merck & Co.
George Madison, TIAA-CREF
Michele Coleman Mayes, Pitney Bowes
Stacey Mobley, DuPont Company
Rick Palmore, Sara Lee Corporation
Deval Patrick, The Coca-Cola Company
Sol Watson, The New York Times Co.
Paul Williams, Cardinal Health

### LAW FIRM PARTNERS

Sharon Barner, Foley & Lardner
Alicia Batts, Foley & Lardner
Milton Marquis, Dickstein, Shapiro, Morin & Oshinsky LLP
Willie Hudgins, Jr., Collier Shannon Scott, PLLC
Patrick Thompson, Pillsbury Winthrop LLP
John Carr, Simpson Thacher & Bartlett
Sharon Bowen, Latham & Watkins
Deryck Palmer, Weil, Gotshal & Manges LLP
Phil Isom, O'Melveny & Myers LLP
Michael Banks, Milbank, Tweed, Hadley & McCloy LLP
Willie Dennis, Thelen Reid & Priest LLP
Vincent Dunn, Chadbourne & Parke LLP
Jack Jackson, Proskauer Rose LLP
Marsha Simms, Weil, Gotshal & Manges LLP
Barron F. Wallace, Vinson & Elkins



Marilyn Holifield, Holland & Knight

Curtis Mack, McGuire Woods

Marty Wickliff, Epstein Becker Green Wickliff & Hall

Naomi Young, Baker & Hostetler

Paul Williams, Bryan Cave

Michael Flowers, Bricker & Eckler

Michael Jones, Kirkland & Ellis LLP

Eric Holder, Covington & Burling

Claudette Christian, Hogan & Hartson

David Baker Lewis, Lewis and Munday

Alphonso Tindall Jr., Nixon Peabody

Steven Cousins, Armstrong Teasdale

Reginald Jackson, Vorys, Sater, Seymour and Pease

Clifton Jessup Jr., Patton Boggs

Julius Chambers, Ferguson, Stein, Chambers, Adkins, Gresham & Sumter

Constance Rice, English, Munger & Rice

Kenneth Lawson, Lawson & Associates

William Moffitt, Asbill Moffitt & Boss

Jeffery Robinson, Schroeter Goldmark & Bender

John Payton, Wilmer, Cutler & Pickering

James Willis, Willis Blackwell & Watson

Stephen Barnes, Barnes Morris Klein Mark & Yorn

Leroy Bobbitt, Bobbitt & Roberts

Virgil Roberts, Bobbitt & Roberts

Lisa Davis, Frankfurt Kurnit Klein & Selz

Peter Haviland, Akin Gump Strauss Hauer & Feld

L. Londell McMillan, L. Londell McMillan, PC

C. Lamont Smith, All Pro Sports & Entertainment

William Strickland, Strickland & Ashe Management

James Cannon Jr., Baker Botts

Teresa Wynn Roseborough, Sutherland Asbill & Brennan L.L.P.

Melvin Garner, Darby & Darby

Nina Shaw, Del, Shaw, Moonves, Tanaka & Finkelstein

Brent Wilson, Elarbee, Thompson, Sapp & Wilson

Prince Chambliss Jr., Stokes, Bartholomew, Evans & Petree

Vincent Cohen Sr., Hogan & Hartson

Michele Roberts, Shea & Gardner

Channing Johnson, Akin, Gump, Strauss, Hauer & Feld

Ted Wells, Paul, Weiss, Rifkind, Wharton & Garrison

Bart Williams, Munger, Tolles & Olson L.L.P.

Issac Vaughn, Wilson Sonsini Goodrich & Rosati

Vaughn Williams, Skadden, Arps, Slate, Meagher & Flom

Isaac Byrd Jr., Byrd & Associates

Harry Johnson, Whiteford, Taylor & Preston

William Lightfoot, Koonz, McKenney, Johnson, DePaolis & Lightfoot

Peter Bynoe, Piper Rudnick

Gordon Davis, LeBoeuf, Lamb, Greene & MacRae

Charles Hamilton Jr., Paul, Hastings, Janofsky & Walker

John Sherrell, Latham & Watkins

Dennis Sweet III, Langston, Sweet & Freese

Joe Caldwell, Baker Botts

James Johnson, Morrison & Foerster

Loretta Lynch, Hogan & Hartson

William Martin, Blank Rome



**GOVERNMENT ATTORNEYS**

Thurbert Baker, Georgia Attorney General

Michael Battle, U.S. Attorney for the Western District of New York

Jeffrey Collins, U.S. Attorney for the Eastern District of Michigan

Peter Harvey, New Jersey Acting Attorney General

Roscoe Howard Jr., U.S. Attorney for the District of Columbia

Donald Washington, U.S. Attorney for the Western District of Louisiana

**CIVIL RIGHTS ORGANIZATION ATTORNEYS**

Elaine Jones, President and Director – Counsel, NAACP Legal Defense and Educational Fund

Theodore Shaw, Associate Director -Counsel, NAACP Legal Defense and Educational Fund

Eva Paterson, Executive Director, Equal Justice Society

*From the January/February 2004 issue of Diversity & The Bar*®

# STRATEGIC MEMBERS 2023



# STRATEGIC MEMBERS 2023

# HAVE A QUESTION FOR US?
# SAY HELLO!

Choose a subject.  *



FULL NAME

PHONE

EMAIL

How did you hear about MCCA?  *

LINKEDIN

MESSAGE

SEND A MESSAGE

**MINORITY CORPORATE COUNSEL ASSOCIATION**

1111 Pennsylvania Avenue, NW Washington, DC 20004
P 1.202.739.5901

# HAVE A QUESTION FOR US? SAY HELLO!

Choose a subject.  *

SUBJECT

FULL NAME

PHONE

EMAIL

How did you hear about MCCA?  *



MESSAGE

**SEND A MESSAGE**

**MINORITY CORPORATE
COUNSEL ASSOCIATION**

1111 Pennsylvania Avenue,
NW Washington, DC 20004
P 1.202.739.5901



# MEMBER PORTAL

Sign in to MCCA'S
member portal here:

USERNAME

PASSWORD

Forgot your password?

**LOGIN** ☆

CORPORATE MEMBERS

LAW FIRM MEMBERS

MEMBERSHIP APPLICATION

MEMBERSHIP BENEFITS

–

CAREERS & DEVELOPMENT

CAREERS @ MCCA

C-SUITE LEADERSHIP INSTITUTE

EQUITY TRACK PROGRAM

HOT JOBS PORTAL

JOB BANK

PITCH SESSION NETWORK

MCCA DIVERSITY SCORECARD

CONTACT US

RECEIVE UPDATES

FINANCIAL INFORMATION

PRIVACY POLICY

TERMS OF USE

WHISTLEBLOWER POLICY

SECONDMENT PROGRAM

SOURCES OF SUCCESS™ PROGRAM

VIRTUAL DIVERSITY CAREER FAIR

–

LMJ SCHOLARSHIPS

FELLOWSHIPS & INTERNSHIPS

SCHOLARSHIP SPONSORSHIP

–



EVENTS & AWARDS

NEWS



2022

Candid.

© 1997-2023 MINORITY CORPORATE COUNSEL ASSOCIATION. ALL RIGHTS RESERVED.



# MEMBER PORTAL

Sign in to MCCA's member portal here:

Not a member with MCCA yet?

APPLY HERE >

USERNAME

PASSWORD

Forgot your password?

**LOGIN** ☆

CORPORATE MEMBERS                SECONDMENT PROGRAM              MCCA DIVERSITY SCORECARD

LAW FIRM MEMBERS                 SOURCES OF SUCCESS™ PROGRAM     CONTACT US

MEMBERSHIP APPLICATION           VIRTUAL DIVERSITY CAREER FAIR   RECEIVE UPDATES

MEMBERSHIP BENEFITS              —                               FINANCIAL INFORMATION

—                                LMJ SCHOLARSHIPS                PRIVACY POLICY

CAREERS & DEVELOPMENT            FELLOWSHIPS & INTERNSHIPS        TERMS OF USE

CAREERS @ MCCA                   SCHOLARSHIP SPONSORSHIP          WHISTLEBLOWER POLICY

C-SUITE LEADERSHIP INSTITUTE     —

EQUITY TRACK PROGRAM             ADVISORY SERVICES

HOT JOBS PORTAL                  RESOURCES

JOB BANK                         EVENTS & AWARDS

PITCH SESSION NETWORK            NEWS



**2022**

**Candid.**

© 1997-2023 MINORITY CORPORATE COUNSEL ASSOCIATION. ALL RIGHTS RESERVED.



# MEMBER PORTAL

Sign in to our member portal here:

Not a member with MCCA yet?

APPLY HERE >

USERNAME

PASSWORD

Forgot your password?

LOGIN ☆

ADVISORY SERVICES                                                    ⊕

CAREERS & DEVELOPMENT                                                ⊕

EVENTS & AWARDS                                                      ⊕

MEMBERSHIPS                                                          ⊕

RESOURCES                                                           ⊕

OTHER INFORMATION                                                    ⊕



© 1997-2023 MINORITY CORPORATE COUNSEL ASSOCIATION. ALL RIGHTS RESERVED.

COVER STORY





# AMERICA'S TOP BLACK LAWYERS

## FROM CORPORATE LAW TO CRIMINAL LITIGATION, HERE ARE THE LAWYERS TO CALL TO GET YOU THE BEST DEAL OR KEEP YOU OUT OF TROUBLE

**NOTHING HAS MEANT MORE TO THE ASPIRATIONS OF BLACK AMERICA THAN THE** law. For more than a century—from the "separate but equal" ruling of *Plessy* v. *Ferguson* to the recent Michigan case upholding affirmative action—it has been a determinant in our access to and ascent in education, politics, business, and all facets of American society. Over the years, a phalanx of black lawyers has relied on their brilliant legal minds to win the battle for justice and economic parity in the courtroom and the boardroom.

Over the last three decades, the legal landscape has changed dramatically. At the height of the Black Power Movement in the 1970s, you would have been hard-pressed to find more than 3,000 African American lawyers. Today, their numbers surpass 20,000.

Yesteryear's black attorneys were champions of civil rights and social justice. Today, their scope of expertise has broadened, from defending corporate executives to negotiating multimillion-dollar business deals. Because of the ascension of top-ranking black lawyers and the shifting legal and business environment, BLACK ENTERPRISE has developed our list of America's Top Black Lawyers.

Our editors spent months researching to produce this high-powered listing. Selections were made on the basis of research with leading law schools, legal scholars, prominent attorneys, and the following legal organizations: Minority Corporate Counsel Association, National Bar Association, American Bar Association, Minority Law Journal, The National Law Journal, National Association of Criminal Defense Lawyers, Association of Trial Lawyers of America, Executive Office for United States Attorneys, and the U.S. Department of Justice. After reviewing all areas of practice, we identified the best of the best in 15 categories, ranging from criminal defense to patent law. Our list of top lawyers was based on the following criteria:

■ All had to be practicing attorneys. We did not include judges, business consultants, or individuals with law degrees who are not tied directly to the legal profession.

■ All had to have achieved partnership or shareholder status at major law firms, served as general counsels at major corporations, or held positions as top-ranking legal officers at nonprofit organizations.

■ All have gained reputations as leaders or have an average win rate as high as 95%.

In the next 15 pages, find out why these are some of the most coveted attorneys on earth.

BY THE EDITORS
*Additional Reporting by Carolyn M. Brown, Chana Garcia, Alisa Gumbs, Seimond London & Christina Morgan*

COVER STORY

Truly ingenious companies rely on creative breakthroughs, hard work, and someone to protect and defend these innovations. That's when intellectual property lawyers such as Sharon R. Barner become indispensable.

With more than 21 years of experience in trial, client counseling, and intellectual property dispute resolution, Barner scored big by aggressively defending a half-billion-dollar suit against her client, Pioneer Hi-Bred International, in a genetically engineered corn seed infringement litigation. After a hung jury, Barner settled out of court for an amicable work agreement. The 46-year-old lawyer takes credit for convincing judges to allow jurors to raise their hands or pass notes with questions during court proceedings. "You won't find that in your average criminal or civil trial," she quips.

Some of Barner's other career benchmarks include securing a $154 million patent damage award for Hughes Aircraft Co. from the United States for infringement of satellite-stabilizing technology. The award was one of the largest judgments against the U.S. government.

She was also recently named national chair of Foley & Lardner's Intellectual Property Litigation Group and became the first African American to sit on the firm's 14-member executive committee.

Barner's first love was science. She received a B.S. in psychology with a focus on biology from Syracuse University in 1979. But her career path took a turn when she decided to attend the University of Michigan Law School. As an intellectual property attorney, Barner has been able to marry the two disciplines she loves.

It's no wonder her face lights up when she speaks of the key strategy in trying technology cases: getting clients to break down the information "as if they were science teachers talking to a room of fifth graders." Barner even goes the extra mile by using video and computer animation in the courtroom. But it's not just about schooling people, she says, it's about winning cases.

—*Daniel Brown*

**SHARON R. BARNER**
*Partner*
Foley & Lardner
INTELLECTUAL PROPERTY

ANTHONY BARBOZA

## ANTITRUST

**Alicia J. Batts**
**Partner**
**Foley & Lardner**
**Washington, DC**
**Contact: 202-672-5300**
**Career Highlights:** Batts handles antitrust issues and other matters surrounding unfair trade practices in the automotive, aeronautics, pharmaceutical, financial, and energy industries.

The Columbia University Law School graduate served as attorney-advisor to former Federal Trade Commissioner Mozelle Thompson, analyzing recommendations for Commission action.
**Power Play:** Batts was part of the legal team representing the American Hospital Association for *In re: Resident Physicians Antitrust Litigation*, one of the largest antitrust class-action suits ever filed, involving allegations by medical residents that teaching hospitals and medical associations engaged in price-fixing residents' salaries.

**Willie L. Hudgins Jr.**
**Partner**
**Collier Shannon Scott**
**Washington, DC**
**Contact: 202-342-8400**
**Career Highlights:** Hudgins helps companies analyze the potential implications of acquisitions and comply with government regulations. A graduate of Howard University Law School, Hudgins served as chief litigator for the Antitrust Division of the Department of Justice, where he worked on some of the largest merger antitrust cases in U.S. history.
**Power Play:** While at the Justice Department, Hudgins led the investigations in *U.S.* v. *General Dynamics and Newport News Shipbuilding* and *U.S.* v. *Lockheed Martin Corp. and Northrop Grumman Corp.* As a result, the two proposed mergers were dissolved or abandoned.

**Milton A. Marquis**
**Partner**
**Dickstein Shapiro Morin & Oshinsky**
**Washington, DC**
**Contact: 202-785-9700**
**Career Highlights:** Marquis, who earned a J.D. from Case Western Reserve University, is a partner in the Litigation & Dispute Resolution Group.

He served for 14 years at the offices of the attorneys general of Virginia and Massachusetts and the Department of Justice, including a stint coordinating antitrust efforts like the joint federal and state investigation of Microsoft Corp.
**Power Play:** Marquis was co-lead counsel in the Clozapine antitrust litigation, an action brought by 27 states against Sandoz, alleging that the pharmaceutical firm violated antitrust laws by tying the sale of the drug to the purchase of its blood testing services.

**Patrick S. Thompson**
**Partner**
**Pillsbury Winthrop**
**San Francisco, CA**
**Contact: 415-983-1000**
**Career Highlights:** Thompson counsels clients in industries such as telecommunications, vitamins, and brand name pharmaceuticals in price-fixing and monopolization cases.

A Harvard University Law School graduate, Thompson is active with the American Bar Association antitrust section and has developed an outreach program encouraging law students to consider careers in the field.
**Power Play:** Thompson has represented many clients in evidentiary hearings before the California Public Utilities Commission, including the proposed WorldCom/Sprint merger and the SBC Communications/ Pacific Telesis merger, evaluating the proposed mergers for competitiveness from an antitrust perspective.

## BANKING/ FINANCIAL SERVICES

**Claudette M. Christian**
**Partner**
**Hogan & Hartson**
**Washington, DC**
**Contact: 202-637-5600**
**Career Highlights:** The Harvard Law School graduate spent years in private practice representing over 30 foreign companies and governments in debt and equity financings.

As a partner at Hogan & Hartson, she counts as venerable clients The World Bank, the International Finance Corporation, and the U.S. Agency for International Development.

**Power Play:** Christian arranged the $2.5 billion bank financing for the Bolivia-Brazil Gas Pipeline Project.

### Vincent Dunn
**Partner**
**Chadbourne & Parke**
**New York, NY**
**Contact: 212-408-5100**
**Career Highlights:** Vincent Dunn handles both lenders and borrowers in connection with secured and unsecured transactions, including acquisition financing, vendor financing, and raising working capital. The New York native is a graduate of the State University of New York at Buffalo, School of Law.
**Power Play:** Dunn represented lenders in a $1.8 billion construction financing case for turbine generators and raised $500 million to lease the construction of an electric generating facility.

### Jack P. Jackson
**Partner**
**Proskauer Rose**
**New York, NY**
**Contact: 212-969-3000**
**Career Highlights:** Jackson has extensive experience in financings ranging from multibillion-dollar leveraged acquisitions to multimillion dollar venture capital and PIPE financings. His clients include J.P. Morgan Chase Capital, HSBC, and Sumitomo Bank. Jackson earned law and graduate business degrees from Columbia University.
**Power Play:** Jackson handled Superior Telecom's $1 billion bankruptcy restructuring and the bank financing of Pepsi's $1 billion acquisition of the largest bottler in Mexico.

### David Baker Lewis
**Chairman, Founder & Shareholder**
**Lewis and Munday**
**Detroit, MI**
**Contact: 313-961-2550**
**Career Highlights:** Lewis has specialized in municipal finance since 1974.

He has served as the firm's lead attorney on many municipal bond offerings with a client roster that includes the Automobile Club of Michigan, DaimlerChrysler, DuPont, and Prudential Life Insurance.

Lewis holds a law degree from the University of Michigan.
**Power Play:** Lewis is a former director of the National Association of Bond Lawyers and a former chairman of the National Association of Securities Professionals.

### Marsha E. Simms
**Partner**
**Weil, Gotshal & Manges**
**New York, NY**
**Contact: 212-310-8000**
**Career Highlights:** Simms oversees debt financing and restructuring in industries such as retail, telecommunications, energy, and manufacturing.

She also has represented major lenders in debtor-in-possession financing and exit financing of newly reorganized companies. Simms is a graduate of Stanford University Law School.
**Power Play:** Simms was counsel for Leucadia National Corp. and Berkshire Hathaway, Warren Buffett's insurance and investment holding company, in the FINOVA Group acquisition.

She is currently representing Sotheby's Inc. and Estee Lauder Inc. in bank financings.

### Alphonso E. Tindall Jr.
**Partner**
**Nixon Peabody**
**New York, NY**
**Contact: 212-940-3000**
**Career Highlights:** Tindall has represented every major investment bank in the U.S. as underwriter's counsel on more than $5 billion of financings.

He also has participated in virtually every kind of finance transaction from Connecticut to California. He holds a law degree from the University of Connecticut.
**Power Play:** Tindall is past chairman of the National Association of Securities Professionals, a nonprofit organization whose primary focus is the representation of minorities and women in the financial industry.



ANTHONY BARBOZA

**JOHNNIE L. COCHRAN JR.**
The Cochran Firm
PERSONAL INJURY

The name Johnnie Cochran generates fear in the hearts of corporate giants and opposing attorneys alike. With so many high-profile wins under his belt, it's easy to understand why. Among Cochran's successes are wrangling an alleged multimillion-dollar settlement that persuaded a boy's parents to drop criminal charges against Michael Jackson and the "trial of the century" in which he successfully defended O.J. Simpson against murder charges.

These days, Cochran is looking beyond famous names. To the dismay of major corporations, he has shifted his practice's focus to personal injury. "I'd been schooled in criminal law and it had been exciting and fast-paced and all that, but all along I felt I could probably do more good in helping people who are injured, helping people who really needed me," says Cochran.

In virtually every state Cochran practices, he holds the record for most money paid out in a personal injury case. The Cochran Firm recently won the largest settlement in U.S. history in an environmental pollution case. Cochran and company coaxed $700 million from Monsanto, Solutia, Pharmacia, and Pfizer Inc., which was awarded to 18,000 Anniston, Alabama, residents who fell sick from chemical contamination.

Equally skilled in the judicial courts and the court of public opinion, the Loyola University School of Law graduate was sworn in as a lawyer in 1963 and spent the following three years as a Los Angeles prosecutor. He developed a knack for reading juries and became the top trial lawyer in the city attorney's office.

These days, Cochran's approach in court is to use novel and innovative ways to argue his points to a judge and jury—even if it takes a rhyme or two. "With each case, I try to reduce it down to the simplest common denominator to help people relate or understand," Cochran explains. "I give them something that they can hold on to, something they can grasp. In the O.J. Simpson trial it was: 'If the glove doesn't fit, you must acquit.'"

*—Cliff Hocker*

COVER STORY

**Barron F. Wallace**
**Partner**
**Vinson & Elkins**
**Houston, TX**
**Contact: 713-758-2222**
**Career Highlights:** Wallace specializes in the issuance of municipal bonds and sales for traditional tax-exempt financings for cities, counties, and state agencies. The Michigan Law alumnus represents 12 urban redevelopment authorities and tax reinvestment zones responsible for stimulating over a billion dollars of new investments in Houston and Galveston.
**Power Play:** Wallace secured $130.2 million bond financing for Houston Area Water Corporation, and $881 million bond financing for Texas Public Finance Authority.

## BANKRUPTCY

**Steven Cousins**
**Partner**
**Armstrong Teasdale**
**St. Louis, MO**
**Contact: 314-621-5070**
**Career Highlights:** Cousins serves as chair and founder of the firm's Financial Restructuring, Reorganization, and Bankruptcy Department.

A fellow of the American College of Bankruptcy, Cousins is also listed in *The Best Lawyers in America*. He earned his law degree from the University of Pennsylvania.
**Power Play:** Cousins was lead counsel for the Creditors' Committee in the 54 Apex/Clark Oil/Copper Mountain cases, which was one of the largest privately held companies to have ever filed Chapter 11. He has been involved in numerous corporate reorganizations, including Continental Airlines, Kmart, Enron, and Alamo Rent A Car.

**Reginald W. Jackson**
**Partner**
**Vorys, Sater, Seymour and Pease**
**Columbus, OH**
**Contact: 614-464-6400**
**Career Highlights:** Jackson has practiced for more than 20 years in the commercial, collection, and bankruptcy areas with an emphasis on representing secured creditors, creditors' committees, and debtors in Chapter 11 reorganization proceedings and workouts. He graduated from the University of Pennsylvania Law School.
**Power Play:** Jackson recently served as lead Creditors' Committee counsel in the Primary Health Systems Inc. Chapter 11 case that involved a multihospital reorganization. He also served as Creditors' Committee counsel in the Rax Restaurant Chapter 11 case.

**Clifton R. Jessup Jr.**
**Partner**
**Patton Boggs**
**Dallas, TX**
**Contact: 214-758-1500**
**Career Highlights:** Jessup heads up the firm's bankruptcy and insolvency practice. Throughout his career, the Michigan Law School graduate has represented secured creditors, unsecured creditors, committees, equity holders, debtors, and trustees in federal bankruptcy cases in more than 35 states.
**Power Play:** In 1996, Jessup was appointed the examiner in the Megafoods Stores and related cases and was selected as the estate representative in 1998 under the plan confirmed in those cases.

**Deryck A. Palmer**
**Partner**
**Weil, Gotshal & Manges**
**New York, NY**
**Contact: 212-310-8000**
**Career Highlights:** Palmer concentrates his practice in the representation of debtors as well as creditors under Chapter 11 bankruptcy and has handled a wide variety of workout and corporate restructuring matters. The Michigan Law School graduate also chairs Health Watch, the only organization in the country devoted exclusively to minority health improvement.
**Power Play:** Palmer represented AK Steel in its bid to acquire National Steel Corp. He is currently serving as counsel to Doctors Community Healthcare, a conglomerate of five hospitals located in Chicago, Los Angeles, and Washington, D.C., which is in Chapter 11 restructuring.

**Michael H. Reed**
**Partner**
**Pepper Hamilton**
**Philadelphia, PA**
**Contact: 215-981-4000**
**Career Highlights:** Reed has specialized in the field of bankruptcy and insolvency law since his admission to the bar in 1972. He is a fellow of the American College of Bankruptcy. A Yale University Law School graduate, Reed is president-elect of the Pennsylvania Bar Association, making him the first African American to lead the 108-year-old organization.
**Power Play:** From 1987 through 1993, he served as special bankruptcy counsel to the Pennsylvania Department of Environmental Resources in the multibillion dollar bankruptcy of LTV Steel Co.

Reed's legal successes include a landmark 1991 case that limited the ability of companies to use bankruptcy as a way to circumvent environmental clean-up liability.

## CIVIL RIGHTS

**Julius L. Chambers**
**Founding Partner**
**Ferguson, Stein, Chambers, Adkins, Gresham & Sumter**
**Charlotte, NC**
**Contact: 704-375-8461**
**Career Highlights:** Chambers founded the state of North Car-



WILLIE GARY
*Senior Partner*
Gary, Williams, Parenti, Finney, Lewis, McManus, Watson, & Sperando P.L.
PERSONAL INJURY

olina's first integrated law firm. Formerly, Chambers served as chancellor of North Carolina Central University and the director-counsel of the NAACP Legal Defense and Educational Fund.

Chambers earned law degrees from Columbia University in New York City and the University of North Carolina at Chapel Hill.
**Power Play:** Chambers has been

winning landmark Supreme Court rulings in employment discrimination and education since the '70s, including the famous school busing case resulting in the desegregation of Charlotte's schools.

**Eva Paterson**
**Executive Director**
**Equal Justice Society**
**San Francisco, CA**
**Contact: 415-543-9444**
**Career Highlights:** Paterson is a founder of the Equal Justice Soci-

suits in support of affirmative action, including an amicus brief in *Grutter* v. *Bollinger*, the Michigan Law School admissions case.

**Constance Rice**
**Partner**
**English, Munger & Rice**
**Los Angeles, CA**
**Contact: 213-989-1303**
**Career Highlights:** Rice is acclaimed for litigating civil rights cases involving police misconduct, employment discrimination, and

**Theodore Shaw**
**Associate Director-Counsel**
**NAACP Legal Defense and**
**Educational Fund**
**New York, NY**
**Contact: 212-965-2250**
**Career Highlights:** Shaw has litigated civil rights cases throughout the country at the trial and appellate levels, and in the Supreme Court. The Columbia Law School graduate previously worked as a trial attorney in the civil rights division of the Department of Justice.
**Power Play:** Shaw was lead counsel representing African American and Latino University of Michigan undergraduate students in the affirmative action case *Gratz* v. *Bollinger*, in which the Supreme Court ruled in favor of the compelling state interest of diversity.

## CORPORATE COUNSEL

**Kenneth C. Frazier**
**Senior Vice President**
**and General Counsel**
**Merck & Co.**
**Whitehouse Station, NJ**
**Contact: 908-423-1000**
**Career Highlights:** In 1992, after a 14-year career as a litigation partner with Drinker Biddle & Reath in Philadelphia, Frazier joined pharmaceuticals giant Merck. The Harvard Law School graduate served as Astra Merck's first general counsel and now oversees all legal affairs of Merck, which had 2002 sales of $51.8 billion.
**Power Play:** Frazier was part of the corporate teams that spearheaded the spin-off of Medco Health Solutions Inc. and that acquired Rosetta Inpharmatics of Kirkland, Washington, and Sibia Neurosciences of San Diego, Merck's two newest research sites.

**George W. Madison**
**Executive Vice President,**
**General Counsel and Secretary**
**TIAA-CREF**
**New York, NY**
**Contact: 212-490-9000**
**Career Highlights:** Madison serves as chief legal officer of TIAA-CREF, one of the nation's 100 largest companies with $286 billion in assets under management. The Columbia Law School and Columbia Business School graduate previously was a partner at Mayer,

Brown & Pratt, where he was the first African American partner in the firm's 120-year history.
**Power Play:** During his tenure as executive vice president, general counsel, and corporate secretary at Comerica Inc., Madison negotiated the naming rights agreement with the Detroit Tigers that resulted in the team's new stadium being named Comerica Park.

**Michele Coleman Mayes**
**General Counsel and**
**Senior Vice President**
**Pitney Bowes**
**Stamford, CT**
**Contact: 203-356-5000**
**Career Highlights:** Mayes oversees the legal affairs of the world's leading provider of integrated mail and document management solutions. Previously, she served as vice president and deputy general counsel for Colgate-Palmolive. Mayes had stints with the Department of Justice as assistant U.S. attorney and chief of the civil division in Detroit. She is a graduate of the University of Michigan Law School.
**Power Play:** One of a handful of black women who head the legal departments of major corporations, Mayes also serves as president of the NOW Legal Defense and Education Fund.

**Stacey J. Mobley**
**Senior Vice President,**
**Chief Administrative Officer**
**and General Counsel**
**DuPont Co.**
**Wilmington, DE**
**Contact: 302-774-1000**
**Career Highlights:** Mobley is a 31-year career veteran at DuPont, a $24 billion global science company, and was the company's first African American attorney. He is responsible for staff services, including legal, public affairs, and government affairs. A registered pharmacist, Mobley holds a B.S. from Howard University's School of Pharmacy and a J.D. from Howard Law School.
**Power Play:** Mobley, one of BE's Top 50 Blacks In Corporate America, oversees a law department of 180 lawyers worldwide with a budget of more than $200 million and a docket of over 2,000 cases, including complex commercial, antitrust, intellectual

---

Like the biblical tale of David and Goliath, Willie Gary has represented little-known clients against major corporations, earning him the nickname, the "Giant Killer."

Gary's practice, which got its start 23 years ago in a humble storefront in Martin County, Florida, has won lawsuits against corporate giants such as Disney and Anheuser-Busch for $240 million and $139 million, respectively. Gary, who is in his mid-50s, is heralded as one of the country's leading litigators, having won more than 150 cases valued in excess of $1 million each.

He's a senior partner at Gary, Williams, Parenti, Finney, Lewis, McManus, Watson, & Sperando P.L., which has offices in Stuart and Fort Pierce, Florida. Gary also serves as chair and CEO of the Major Broadcasting Cable Network.

The migrant farm boy who grew up to become a power attorney achieved one of the largest jury verdicts in U.S. history—$500 million for damages suffered by a Mississippi businessman who filed suit in 1995 against the funeral chain The Loewen Group.

"This was a breach of contract case—a concept that I had to simplify to a jury. So, I used phrases like 'your word is your bond,'" he explains.

Another key tactic was getting inside help. Gary's trial team took great pains to ferret out former employees of The Loewen Group who helped advance their case.

"We were able to find someone in accounting to verify The Loewen Group was buying up small funeral homes in order to double the prices poor people were paying for services," he says.

Gary is used to beating the odds. After graduating from North Carolina Central University School of Law only to discover that no one would hire him because he was black, Gary returned to his hometown of Stuart, Florida. He decided to open the first black firm and says he has never "allowed others to dictate his life's course."

—*Daniel Brown*

---

ety, an organization dedicated to changing the law through progressive legal theory, public policy, and practices. She was a leading spokesperson in campaigns against Proposition 187 (anti-immigrant) and Proposition 209 (anti-affirmative action). Paterson earned her J.D. from the University of California, Berkeley.
**Power Play:** Paterson has co-authored briefs for landmark law-

fair public resource allocation. The New York University Law School graduate and co-director of The Advancement Project has strong family ties—she's a cousin of National Security Advisor Condoleeza Rice.
**Power Play:** Rice won a $750 million coalition lawsuit for new school construction and a $2 billion lawsuit to improve bus service, both in Los Angeles.

Elaine Jones grew up in Norfolk, Virginia, when Jim Crow was law and order. As a little girl, she witnessed early on America's exclusionist policy toward African Americans and was inspired to become a lawyer. She was convinced that by studying law, she could turn adversity into an advantage.

In 1972, only two years out of the University of Virginia School of Law, Jones served as counsel of record in the landmark Supreme Court case *Furman v. Georgia*, which abolished the death penalty in 37 states. During that time, she also argued numerous employment discrimination cases, including the 1972 class-action suit *Patterson v. American Tobacco Co.*

In 1989, Jones became the first African American elected to the American Bar Association's Board of Governors and broke another barrier four years later when she became the first female president and director-counsel of the NAACP Legal Defense and Educational Fund (LDF). Under her leadership, LDF has undertaken, among others, cases demonstrating that the high incarceration rates of African Americans impact the community at every social and economic stratum.

A poignant example was LDF's push for clemency for Kemba Smith, who, at 24 years old, was sentenced to 24-and-a-half years in prison after pleading guilty to distributing cocaine. At the time, Smith was a Hampton University student from a middle-class neighborhood whose boyfriend was the head of a drug ring.

Over a four-year period, the LDF appealed the case repeatedly in an effort to demonstrate to the court what the prosecution had initially disclosed—Smith never used or sold drugs.

With Jones' extensive background and broad array of cases, she has earned a reputation as a skillful negotiator and an ardent voice for those who have been shut out of the economic, political, and social mainstream. "Some of the most important cases you can have are those that affect people's lives—whether people live or die," she says. "And those are the cases that affect the quality of life."

—*Marcia A. Wade*

**ELAINE JONES**
*President and Director-Counsel*
NAACP Legal Defense
and Educational Fund
CIVIL RIGHTS

---

property, and product liability litigation.

**Roderick A. Palmore**
**Senior Vice President,**
**General Counsel and Secretary**
**Sara Lee Corp.**
**Chicago, IL**
**Contact: 312-726-2600**
**Career Highlights:** A University of Chicago Law School graduate, Palmore spent two years at a Pittsburgh law firm before assuming the post of assistant U.S. attorney for the northern district of Illinois. In 1996, he joined Sara Lee, the $18.2 billion global consumer products company, where he is responsible for a departmental budget in excess of $15 million.
**Power Play:** Palmore oversaw the $2.8 billion acquisition of The Earthgrains Co., the largest in Sara Lee's history. He also launched a diversity initiative with Sara Lee's outside law firms.

**Deval L. Patrick**
**Executive Vice President,**
**General Counsel and**
**Corporate Secretary**
**The Coca-Cola Co.**
**Atlanta, GA**
**Contact: 404-676-2121**
**Career Highlights:** Patrick directs

the $19.9 billion soft drink giant's worldwide legal affairs and legal staff, oversees shareowner affairs, and ensures that the company satisfies government requirements. A Harvard Law School graduate, Patrick was previously vice president and general counsel at Texaco Inc.
**Power Play:** As an assistant attorney general during the Clinton administration, Patrick's efforts led to a precedent-setting judgment against Denny's for violating the civil rights of employees and customers and helped bring about ground-breaking enforcement efforts under the Americans with Disabilities Act.

**Solomon B. Watson IV**
**Senior Vice President**
**and General Counsel**
**The New York Times Co.**
**New York, NY**
**Contact: 212-556-1234**
**Career Highlights:** In 1996, Watson was named a senior vice president of The New York Times Co., a leading media company with 2002 revenues of $3 billion, having served as vice president since 1990 and general counsel since 1989. Watson is a Harvard Law School graduate and former associate of

the Boston law firm Bingham, Dana & Gould.
**Power Play:** In 1993, Watson oversaw the Times' acquisition of *The Boston Globe*, a transaction valued at approximately $1.1 billion. He is a recipient of the 2002 National Equal Justice Award from the NAACP Legal Defense and Educational Fund and the 1998 Pioneer of the Profession Award from the Minority Corporate Counsel Association.

**Paul S. Williams**
**Executive Vice President,**
**Chief Legal Officer**
**and Secretary**
**Cardinal Health**
**Dublin, OH**
**Contact: 614-757-5000**
**Career Highlights:** Williams manages worldwide legal matters for the $50 billion healthcare products and services provider. The Yale Law School graduate came to Cardinal Health in 1995, after serving as group counsel with Borden Inc. and practicing corporate and securities law at Vorys, Sater, Seymour and Pease in Columbus, Ohio.
**Power Play:** Williams played a key role in the growth of Cardinal Health through his involvement in

numerous mergers and acquisitions, including Allegiance Corp., R. P. Scherer Corp., and Pyxis Corp.

## CRIMINAL LAW

**Kenneth L. Lawson**
**Managing Partner**
**Lawson & Associates**
**Cincinnati, OH**
**Contact: 513-345-5000**
**Career Highlights:** Lawson's firm, founded by the University of Cincinnati College of Law alumnus in 1993, has racked up numerous wins in criminal law and civil rights litigation, including a racial profiling lawsuit resulting in a federally enforceable collaborative agreement allowing for community problem-oriented policing.
**Power Play:** In a high-profile case, he successfully represented professional football player Deion Sanders on five criminal charges against a police officer and then later in civil court when the same officer attempted to seek damages.

**William B. Moffitt**
**Partner**
**Asbill Moffitt & Boss**
**Washington, DC**
**Contact: 202-234-9000**
**Career Highlights:** The second of

two black attorneys elected president of the National Association of Criminal Defense Lawyers, Moffitt has been listed in *Best Lawyers in America* and *Who's Who in American Law*. He earned his J.D. from Washington College of Law, American University.

**Power Play:** Moffitt successfully got half the charges dismissed against William Aramony, the former president of the United Way convicted for defrauding the charity. Also, in *Commonwealth of Virginia* v. *Terry Williams*, he negotiated a life sentence plea for Williams, who had been on death row longer than any other inmate in Virginia's history.

### Jeffery Robinson
**Shareholder**
**Schroeter Goldmark & Bender**
**Seattle, WA**
**Contact: 206-622-8000**
**Career Highlights:** The 48-year-old Harvard Law School graduate began his career in criminal defense in 1981. A former public defender, Robinson teaches

at both his alma mater and the University of Washington and is a frequent guest lecturer at trial advocacy seminars nationwide.

**Power Play:** Robinson successfully lobbied for the dismissal of a hit-and-run charge against Washington State Supreme Court Justice Bobbe Bridge in 2003. In 1988, he represented Kari Tupper, a woman allegedly drugged and sexually abused by U.S. Sen. Brock Adams. The senator chose not to run for re-election.

### James R. Willis
**Partner**
**Willis Blackwell & Watson**
**Cleveland, OH**
**Contact: 216-523-1104**
**Career Highlights:** Willis, elected as the first African American president of the National Association of Criminal Defense Lawyers in 1974, has had over 350 reported opinions rendered in courts and has won two of the three cases he argued before the Supreme Court. He received his law degree from

Case Western Reserve University in 1952.
**Power Play:** His two Supreme Court wins are *Doyle and Wood* v. *Ohio* in 1976 and *Beck* v. *Ohio* in 1964, a precedent-setting case dealing with a search by Cleveland police that was ruled a violation of the Fourth and 14th Amendments.

## ENTERTAINMENT & SPORTS

### Stephen D. Barnes
**Partner**
**Barnes Morris Klein Mark & Yorn**
**Los Angeles, CA**
**Contact: 310-319-3900**
**Career Highlights:** The Harvard Law alumnus began his career in entertainment law when he formed a firm, Nelson, Barnes & Sheehan, with two other young lawyers. Barnes later went on to join the prominent entertainment firm of Bloom, Hergott, Diemer L.L.P. in 1989. His roster has included Babyface, Snoop Dogg, and Chris Rock.
**Power Play:** One of BE's Top 50 Black Power Brokers in Enter-

tainment, Barnes inked "A-list" deals for Chris Rock's latest movies *Bad Company* and *Head of State* and is representing Aaron McGruder, creator of the *Boondocks* comic strip, in a television deal.

### Leroy Bobbitt & Virgil Roberts
**Partners**
**Bobbitt & Roberts**
**Los Angeles, CA**
**Contact: 310-315-7150**
**Career Highlights:** After a decade as a civil rights attorney, Roberts entered the record industry representing The Whispers. In 1996, the Harvard Law School graduate joined forces with Stanford Law-educated Bobbitt. The tag team covers sports, television and film such as Paramount Pictures, Interscope Communications Inc., and Black Entertainment Television and is gracing their way into gospel music with such clients as Kirk Franklin.
**Power Play:** The firm inked a television miniseries deal for romance novelist Barbara Taylor Bradford with NBC.



John Payton was a law student at Harvard when *Regents of the University of California* v. *Bakke* was being litigated. "We were all on edge waiting for the verdict in that case," recalls Payton. In 1978, the Supreme Court handed down its decision, upholding the use of race in college admissions.

Now 25 years later, Payton has litigated two landmark cases, successfully defending the University of Michigan's use of race in the admissions process at its undergraduate college (*Gratz* v. *Bollinger*) and at its law school (*Grutter* v. *Bollinger*). A partner at Wilmer, Cutler & Pickering in Washington, D.C., Payton was lead counsel for the two cases in the trial court and in the court of appeals. He argued *Gratz* v. *Bollinger* in the Supreme Court.

During the compelling proceedings, it was a "battle of semantics," says Payton, who challenged whether it was the court's job to tell the university what to do or the university's job to devise an admissions program that relied on individualized assessment.

Throughout his career, Payton has played pivotal roles in some of the most significant civil rights cases in recent history. He was chief counsel in the Supreme Court case *Richmond* v. *Croson*, and he filed numerous amicus briefs including *Patterson* v. *McLean Credit Union*, an employment discrimination case, and *Adarand Constructors* v. *Pena*, a case involving the constitutionality of federal affirmative action programs. The former Washington, D.C. Bar president also served as corporation counsel for the District of Columbia.

A native of Los Angeles, the 56-year-old Payton says he was extremely active in the black student union movement during the 1970s. "I have always been interested in racial issues, social justice, and civil rights in some context."
**—Carolyn M. Brown**

**JOHN PAYTON**
*Partner*
Wilmer, Cutler & Pickering
CIVIL RIGHTS

COVER STORY

**Lisa E. Davis**
**Partner**
**Frankfurt Kurnit Klein & Selz**
**New York, NY**
**Contact: 212-980-0120**
**Career Highlights:** A media maverick, Davis specializes in film, music, television, and intellectual property, among every other aspect the rainmaker can conjure. The NYU Law graduate spent the late 1980s as a litigator at a powerful New York City firm before hitting the entertainment industry head on with a little help from her neighbor, filmmaker Spike Lee.
**Power Play:** Davis, a member of BE's Top 50 Black Power Brokers in Entertainment, is a frequent lecturer on topics such as the ethics of entertainment law and copyright infringement and protection issues on the Internet.

**Peter L. Haviland**
**Partner**
**Akin Gump Strauss Hauer & Feld**
**Los Angeles, CA**
**Contact: 310-229-1000**
**Career Highlights:** The Stanford Law alumnus cut his teeth in the labor movement before becoming a media and entertainment lawyer. Haviland represents clients on contractual disputes involving music, film, and television. He also represents manufacturing and defense industry clients on product liability matters.
**Power Play:** Haviland won a $132 million infringement case on behalf of TVT Records against Island Def Jam.

**L. Londell McMillan**
**President & CEO**
**L. Londell McMillan, PC**
**& NorthStar Business Enterprises**
**New York, NY**
**Contact: 212-399-8900**
**Career Highlights:** McMillan worked his way through NYU Law School as a sports agent. He was a leading entertainment lawyer with Gold, Farrell & Mark, but by 1997, he was hanging up his own shingle with marquis clients, including Prince, DMX, Wesley Snipes, and Roy Jones Jr.
**Power Play:** McMillan has negotiated over $500 million worth of deals in the hip-hop marketplace.

**C. Lamont Smith**
**President & Founder**
**All Pro Sports & Entertainment**
**Denver, CO**
**Contact: 303-320-4004**
**Career Highlights:** Smith is a high roller in the game of NFL player contract negotiations, representing more than 50 clients. He recently launched ELETE, an athletic apparel and shoe company. Lamont graduated from Clark Atlanta University, magna cum laude, and received his law degree from Howard University.
**Power Play:** Smith negotiated record-breaking contracts for NFL players Eddie George, the highest paid running back with a $42 million contract, and Trevor Pryce, the highest paid defensive player with a $60 million contract.

**William Strickland**
**President & CEO**
**Strickland & Ashe Management**
**Washington, DC**
**Contact: 202-789-1411**
**Career Highlights:** The sports agent and attorney, along with partner Mason Ashe, has locked in more than 40 baseball, football, and basketball clients. In 1985, Strickland became the first African American to represent No. 1 NBA Draft pick Patrick Ewing. The Georgetown University Law School alumnus also was the first African American lawyer hired by ProServ Inc.'s team sports division in Washington, D.C., where he negotiated Nike's Air Jordan contract.
**Power Play:** Strickland negotiated a $100-million-plus deal for the New York Knicks' Allan Houston.

GOVERNMENT

**Thurbert E. Baker**
**Georgia Attorney General**
**Atlanta, GA**
**Contact: 404-656-3300**
**Career Highlights:** Since his appointment in 1997, the Emory University School of Law graduate has taken great strides to build tougher anti-crime measures and accelerated the state's death penalty appeals process while toughening penalties for domestic abusers. Baker won elections to retain the post in 1998 and again in 2002.
**Power Play:** In *Perdue* v. *Baker*, Thurbert Baker's office successfully prevented Georgia's Governor Sonny Perdue from forcing the attorney general's office to drop litigation over redistricting.

**Michael A. Battle**
**U.S. Attorney for the Western**
**District of New York**
**Buffalo, NY**
**Contact: 716-843-5700**
**Career Highlights:** Battle began his legal career with the Legal Aid Society after graduating from SUNY Buffalo Law School. He is currently working to prosecute James Kopp, already convicted of killing an abortion doctor, on federal charges.
**Power Play:** In 2002, Battle prosecuted the "Lackawanna Six," alleged members of a terrorist sleeper cell who were trained in an Afghanistan camp connected to Al Qaeda. All pleaded guilty and were offered sentences of between seven and 10 years.

**Jeffrey G. Collins**
**U.S. Attorney for the Eastern**
**District of Michigan**
**Detroit, MI**
**Contact: 313-226-9500**
**Career Highlights:** Collins earned his J.D. from Howard University. This past summer, his office obtained the first jury conviction of a terrorism case in the nation, while concurrently building bridges of trust through monthly meetings with leaders in the Arab American community and aggressively enforcing hate crimes.
**Power Play:** One of his civil rights cases resulted in an agreement with the Detroit Police Department called the Consent



**TERESA WYNN ROSEBOROUGH**
*Partner*
Sutherland Asbill & Brennan L.L.P.
LITIGATION

ANTHONY BARBOZA

Decree, which changes the policy on how detained witnesses are handled.

## Peter C. Harvey
**New Jersey Acting Attorney General**
**Trenton, NJ**
**Contact: 609-292-4925**
**Career Highlights:** Appointed as acting attorney general in 2003, Harvey previously served as first assistant attorney general and

director of the Division of Criminal Justice. The Columbia Law graduate is currently charged with reforming state police, controlling gang violence, and prosecuting domestic violence cases.
**Power Play:** Harvey successfully prosecuted two executive directors of Windsor Schools who embezzled $3.6 million from school districts by awarding

"no-show" high-paying jobs to family and friends.

## Roscoe C. Howard Jr.
**U.S. Attorney for the District of Columbia**
**Washington, DC**
**Contact: 202-514-7566**
**Career Highlights:** Howard, a graduate of the University of Virginia School of Law, was chosen to become the U.S. attorney for the District of Columbia in May 2001.

He is in charge of 350 lawyers with jurisdiction over both local and federal crimes, including one of the D.C.-area sniper cases.
**Power Play:** Howard's office successfully prosecuted Cuban spy Anna Montes, who pleaded guilty and received a 25-year sentence. Current cases include anthrax investigations and the Washington Teachers Union pension fund scandal.

---

Teresa Wynn Roseborough has honed the necessary hallmarks of a first-rate litigation lawyer—assertiveness, cleverness, intelligence, quick thinking, and precision. This Memphis, Tennessee, native also adds a bit of Southern charm when arguing complex commercial litigation, constitutional law, and discrimination cases.

Impressive describes Roseborough's win record—roughly 98%. Appeals represent about 60% of her caseload, and jury trials represent the other 40%. Knowing the facts of the case—cold—is her creed. Unlike a jury trial, where lawyers have hours to present closing remarks in hopes of swaying jurors' opinions, appellate trial attorneys have a miniscule 10 to 15 minutes to make their case before three judges.

The "Steel Magnolia," as Roseborough is called, has mastered taking hits and fiery questions from judges. She is always prepared, staging several moot court rehearsals prior to each case.

A graduate of the University of North Carolina School of Law, Roseborough once clerked for U.S. Supreme Court Justice John Paul Stevens. She also served as deputy assistant attorney general at the U.S. Department of Justice during the Clinton administration. It's not surprising that she was enlisted to litigate for former Vice President Al Gore after the 2000 election. The 44-year-old attorney represented the Democratic presidential candidate before the 11th Circuit Court of Appeals and the Florida Supreme Court during the Florida election recount litigation.

Other high-stakes cases include a MCI/WorldCom class-action suit that sought punitive damages for inflated pricing structures. The case was dismissed before it made it to a jury trial. Roseborough has also advocated for entitlement and social security benefits for foster care children in the Supreme Court case *Keffler v. State of Washington*.

But long before she sets foot in the courtroom, Roseborough says she is "already thinking in terms of the appeal process—maintaining a victory or reversing a defeat."

*—Jennifer L. Smith*

---

## Donald W. Washington
**U.S. Attorney for the Western District of Louisiana**
**Shreveport, LA**
**Contact: 318-676-3600**
**Career Highlights:** Washington, an attorney general since 2001, has previous experience in private practice at the Louisiana law firm Jeansonne & Remondet and in corporate counsel at Conoco Inc. A former commissioned officer in the Army, he received a J.D. from South Texas College of Law.
**Power Play:** Washington's office recently settled a $49 million suit against Shell Oil Co. alleging that the oil giant failed to report large amounts of natural gas that it vented and flared from seven of its facilities in the Gulf of Mexico without authorization from federal regulators.

## INTELLECTUAL PROPERTY/ PATENT

## James W. Cannon Jr.
**Partner**
**Baker Botts**
**Austin, TX**
**Contact: 512-322-2500**
**Career Highlights:** A former air defense artillery officer in the U.S. Army, Cannon handles patent and copyright infringement and trade secret theft. The University of Texas Law School graduate has represented and taken action against high-tech giants such as Motorola and Microsoft, respectively.
**Power Play:** Cannon was involved in several landmark patent infringement suits: *Rambus v. Infineon* and *Micron v. Rambus*, a $300 million patent infringement action and a $50 million trade secret theft case on behalf of semiconductors and integrated electronic systems manufacturers.

## Melvin C. Garner
**Partner**
**Darby & Darby**
**New York, NY**
**Contact: 212-527-7700**
**Career Highlights:** Garner oversees the procurement and litigation of patent, trademark, trade secret, and copyright matters. Garner, who holds a master's in

engineering from NYU and a J.D. from Brooklyn Law School, is the New York Intellectual Property Law Association's first African American vice president. In 2005, he'll become the organization's first African American president.
**Power Play:** Garner represented O.P. Solutions in *O.P. Solutions Inc. v. Intellectual Property Network Ltd*, which upheld copyright protection for computer software.

## Philip G. Hampton II
**Partner**
**Gardner Carton & Douglas**
**Washington, DC**
**Contact: 202-230-5000**
**Career Highlights:** A member of the firm's technology department, Hampton specializes in patent litigation, trademark prosecution, and intellectual property licensing. A graduate of MIT and University of Chicago Law School, Hampton served as assistant commissioner for trademarks at the U.S. Patent and Trademark Office under the Clinton administration.
**Power Play:** Hampton re-engineered the trademark registration process and changed the rules and policies of the Trademark Office with respect to the Lanham Act through a series of cases, helping to relieve trademark applicants of an unnecessary burden.

## LABOR & EMPLOYMENT

## Marilyn J. Holifield
**Partner**
**Holland & Knight**
**Miami, FL**
**Contact: 305-374-8500**
**Career Highlights:** Holifield's area of litigation encompasses class action lawsuits, employment, and covenants-not-to-compete. For five years, Holifield was an assistant counsel at the NAACP Legal Defense and Educational Fund. She earned her J.D. from Harvard in 1972 and was recently elected to the Alumni Association's Board of Directors.
**Power Play:** Holifield has represented major companies such as Clorox, MetLife, Home Depot, and Federated Department Stores. When she was with the NAACP, she litigated *Guthrie v. Alt*, which resulted in the desegregation of Georgia state prisons.



As a founder of the law firm Del, Shaw, Moonves, Tanaka & Finkelstein, Nina L. Shaw negotiates deals and contracts for A-list Hollywood celebrities, including actors Laurence Fishburne, James Earl Jones, Cedric The Entertainer, and Jamie Foxx.

Shaw's fast-paced schedule also includes hammering out deals for actors in the upcoming *Barbershop* sequel. "Sequel deals are always difficult to make because when the movie is first being produced, no one is sure that there will be a second or that the character will come back, " explains the Columbia Law School graduate. But once a box office hit turns into a franchise, everyone is looking for a cut. That's when Shaw, a 49-year-old native New Yorker, is ready to do battle for her clients.

Case in point: *The Matrix* and *The Matrix Reloaded* grossed $450 million in the U.S. alone, and while lawyer-client privilege prevents us from knowing Fishburne's salary (published reports estimate it's more than $10 million), his contract may not have been quite so lucrative if not for Shaw's negotiating skills. With that kind of money getting doled out, it's paramount that "every representative on the team—the client, attorney, manager, accountant, and any other advisers—work together," to finalize the contract, says Shaw.

Her tactic: "Never wing it" and "start from a place of incredible knowledge." For starters, she researches the current salaries of talent comparable to her clients to ensure they're not lowballed. She also memorizes box office grosses when negotiating with studio executives. Rumor has it her poker face is superb. In a discipline where pitching is everything, Shaw is a rainmaker, studio-shark beater, and vigilant attorney.

"Historically, entertainment [personalities] were not well represented, especially minority clients," she says. "There's good representation out there if they want it."

*—Marie Evan*

**NINA L. SHAW**
*Founding Partner*
Del, Shaw, Moonves, Tanaka & Finkelstein
ENTERTAINMENT

---

**Curtis L. Mack**
**Partner**
**McGuire Woods**
**Atlanta, GA**
**Contact: 404-443-5500**
**Career Highlights:** Mack has represented 30 of the nation's Fortune 100 companies over the course of his career. He has a vast amount of experience in the counsel and representation of management in general labor, employment, and personnel matters. A graduate of the University of Akron School of Law, Mack is also a former law professor.
**Power Play:** In *ITT Industries* v. *NLRB*, Mack convinced the District of Columbia Court of Appeals to reject a finding by the National Labor Relations Board that employees working at one of an employer's multiple sites were deemed to be employees of all of the employer's other sites.

**A. Martin Wickliff Jr.**
**Shareholder**
**Epstein Becker & Green**
**Houston, TX**
**Contact: 713-750-3100**
**Career Highlights:** Wickliff litigates a wide range of employ-

ment and labor issues, including class actions and multiple plaintiff lawsuits. In addition, Wickliff assists company management with collective bargaining and union elections and litigates all types of disputes before the NLRB. He received his J.D. from Texas Southern University.
**Power Play:** Wickliff defended Amoco Oil Co. against a racial discrimination claim by a minority contractor. The jury returned a defense verdict on all major issues, and the one jury verdict for the plaintiff was later overturned on appeal.

**Brent L. Wilson**
**Partner**
**Elarbee, Thompson, Sapp & Wilson**
**Atlanta, GA**
**Contact: 404-659-6700**
**Career Highlights:** Wilson confines his practice to the representation of management clients in labor relations and employment law matters. He is also an arbiter with the National Association of Securities Dealers. Wilson received his J.D. from SUNY Buffalo.
**Power Play:** Wilson successfully

defended Hooters of America against an Equal Employment Opportunity Commission charge that the "Hooters girl" concept was discriminatory because it prevented men from waiting tables there.

**Naomi Young**
**Partner**
**Baker & Hostetler**
**Los Angeles, CA**
**Contact: 213-975-1600**
**Career Highlights:** Young represents private and public sector employers in a broad range of labor and employment matters. She began her legal career with the NLRB and was a founding principal of Gartner & Young, a labor and employment boutique firm. She is a graduate of Santa Clara University School of Law.
**Power Play:** Young defended a major oil company in a case that raised the issue of whether the California Fair Employment and Housing Act applies to alleged sexual harassment occurring outside the state. The California Court of Appeal affirmed the granting of a summary judgment in favor of the defendant.

## LITIGATION

**Dennis W. Archer**
**Chairman**
**Dickinson Wright**
**Detroit, MI**
**Contact: 313-223-3500**
**Career Highlights:** After earning his degree from the Detroit College of Law, Archer worked as a trial lawyer for several Detroit firms. He ascended to the post of Detroit mayor, serving an eight-year term and garnering respect for changing the city's image and lowering the crime rate.
**Power Play:** Archer was the first African American elected president of the 400,000-member American Bar Association.

**Prince C. Chambliss Jr.**
**Partner**
**Stokes, Bartholomew, Evans & Petree**
**Memphis, TN**
**Contact: 901-521-6781**
**Career Highlights:** The Harvard Law School graduate has over 30 years of litigation and mediation experience. He has been lead counsel in jury trial verdicts in areas ranging from contractual disputes to class action person-

**Power Play:** Bowen was counsel on the finance team for Coach Inc.'s bank financing after the company's spin-off from Sarah Lee Corp.

### John W. Carr
**Partner**
**Simpson, Thacher & Bartlett**
**New York, NY**
**Contact: 212-455-2000**
**Career Highlights:** Carr has had the Midas touch since graduating from Harvard Law School. He represents merchant banks as well as corporate clients on mergers and acquisitions, joint ventures, and private equity funds. His client roster boasts the Apollo Theater Foundation, Sony Music Entertainment, and Upper Manhattan Empowerment Zone.

**Power Play:** Carr negotiated NBC's $415 million acquisition of PAX cable network.

### Willie E. Dennis
**Partner**
**Thelen Reid & Priest**
**New York, NY**
**Contact: 212-603-2000**
**Career Highlights:** Dennis' illustrious 15-year career encompasses broad experience in corporate finance, initial public offerings, and mergers and acquisitions. The Columbia Law School graduate also works with companies committed to funding minority businesses.
**Power Play:** Dennis represented Goldman Sachs' Urban Investment Group when the powerhouse investment firm bought Border Media Partners, which owns Hispanic radio stations in Mexico and Texas.

### Michael Flowers
**Partner**
**Bricker & Eckler**
**Columbus, OH**
**Contact: 614-227-2300**
**Career Highlights:** Flowers is a legal expert for hundreds of corporate, emerging business, and nonprofit organizations. The Ohio State Law alumnus represents multi-million dollar venture investors; numerous issuers of privately placed securities, both equity and debt; and numerous closely held businesses.

**Power Play:** Flowers represented a privately held healthcare firm in a $30 million merger with a Fortune 500 corporation. He is the first African American elected to the post of chairman of the business law section of the American Bar Association.

### Phillip Isom
**Partner**
**O'Melveny & Myers**
**New York, NY**
**Contact: 212-408-2400**
**Career Highlights:** This Columbia Law scholar has 13 years of legal wrangling under his belt.

He specializes in venture capital, mergers and acquisitions, forming private investment clubs, and recapitalizing financially distressed companies.
**Power Play:** Isom represented a firm in the creation of a $1 billion private equity fund focused on the Asian markets.

### Channing Johnson
**Partner**
**Akin, Gump, Strauss, Hauer & Feld**
**Los Angeles, CA**
**Contact: 310-229-1000**
**Career Highlights:** Johnson represents public and private companies in a variety of industries, ranging from film and television production and distribution to investment banking. The Harvard Law graduate counsels clients on various deals, including joint ventures, publishing agreements, and artists' recording contracts.
**Power Play:** Johnson's client roster incudes TLC, Stevie Wonder, and SFX Entertainment. John-



**TED WELLS**
*Partner*
Paul, Weiss, Rifkind,
Wharton & Garrison
COMPLEX LITIGATION/
WHITE-COLLAR CRIME

"Mr. Personality" best describes Ted Wells when he is trying a case. A winning formula for one of the nation's leading litigators involves using the "power of transference" on jurors. "Get the jury to like you, and they will like your client," says the partner at New York's Paul, Weiss, Rifkind, Wharton & Garrison.

Wells, who has defended high-profile CEOs and political figures in white-collar criminal defense trials, is credited with getting acquittals for former Secretary of Agriculture under the Clinton administration Michael Espy and former Secretary of Labor under the Reagan administration Raymond Donovan. He also successfully defended Tennessee financier Franklin Haney in the first trial conducted by the Justice Department Task Force on Campaign Finance Violations. Another significant notch on Wells' belt was persuading the U.S. Department of Justice to drop a three-year criminal investigation of New Jersey Senator Robert Torricelli.

Wells, who serves as co-chair of his firm's 150-lawyer litigation department, prides himself on knowing how to read jurors and making them feel at ease. Given the recent media hype and public awareness of corporate scandals, "It's becoming increasingly tougher to win cases against a big corporation or a corporate executive," says Wells, who appeared on our "30 for the Next 30" list (see August 2000).

The son of a mail clerk and a cab driver, Wells, 52, grew up in Washington, D.C. He holds a master's in business and a law degree from Harvard. One of his earlier gigs was at a New Jersey law firm, where he was on the trial team in a high profile espionage case.

Today, Wells' practice has evolved. Half of his cases are white-collar criminal defenses and the other half is complex civil/corporate litigation. His biggest active cases are representing Exxon Mobil in the largest Foreign Corrupt Practices Act grand jury investigation and the National Music Publishers Association in a $17 billion lawsuit against Bertelsmann for its Napster alliance.

Says Wells, "I am making inroads in places where black attorneys were once not able to go."　　　　　　　　　　　　　　　　　　　　—*Carolyn M. Brown*

al injury suits to insurance and securities fraud.

**Power Play:** Chambliss was the first African American partner of a majority law firm in his state and the first African American president of the Memphis Bar Association.

**Vincent H. Cohen Sr.**
**Managing Partner**
**Hogan & Hartson**
**Washington, DC**
**Contact: 202-637-5600**
**Career Highlights:** Cohen has litigated civil and criminal cases and argued appeals in all of the District of Columbia's local and federal courts. A graduate of Syracuse University Law School, Cohen served as trial attorney with the Department of Justice and director of compliance of the Equal Employment and Opportunity Commission.

**Power Play:** Cohen is a fellow of the American College of Trial Lawyers and formerly served as vice chairman of Disabilities and Tenure and two terms as a member of the Board of Governors of the District of Columbia Bar.

**Michele A. Roberts**
**Partner**
**Shea & Gardner**
**Washington, DC**
**Contact: 202-828-2000**
**Career Highlights:** Roberts, chair of the trial division, was an independent operator for years although big firms used her to argue their jury cases. The Berkeley Law alumna has served as counsel for defendants with charges ranging from racketeering to bank fraud.

**Power Play:** Roberts rescued Charles Bakaly, an associate of Special Prosecutor Kenneth Starr who was charged with leaking confidential materials. She was also named No. 1 in *Washingtonian* magazine's "Top 75" attorneys.

**Paul T. Williams Jr.**
**Partner**
**Bryan Cave**
**New York, NY**
**Contact: 212-541-2000**
**Career Highlights:** Williams has represented government agencies and corporate clients, including automobile manufacturers, financial institutions,

publishing companies, and national retailers. The Columbia Law School graduate has also represented private employers in labor and employment matters, including unlawful termination, alleged discriminatory hiring, and sexual harassment.

**Power Play:** Williams served as a gubernatorial appointee to the Governor's Task Force on Diversity in the Judiciary and formerly served as counsel to the New York State Assembly Banking Committee. He was a founding partner of one of the oldest and largest African American-owned corporate law firms, Wood, Williams, Rafalsky & Harris.

## MERGERS & ACQUISITIONS/ SECURITIES

**Michael C. Banks**
**Partner**
**Milbank, Tweed, Hadley, & McCloy**
**New York, NY**
**Contact: 212-530-5000**
**Career Highlights:** The SUNY

Buffalo Law School graduate is schooled in a range of deals from securities offerings to financings of power plants, pipelines, refineries, and other projects in the U.S., Asia, and Latin America.

**Power Play:** Banks represented underwriters in a $536 million leveraged lease financing by the subsidiaries of Ahold USA Inc. and represented purchasers in a $290 million securitization backed by the sale of oil generated by Ecopetrol.

**Sharon Y. Bowen**
**Partner**
**Latham & Watkins**
**New York, NY**
**Contact: 212-906-1200**
**Career Highlights:** Bowen represents corporations and financial institutions on a broad range of transactions, including mergers and acquisitions, securities offerings, corporate restructurings, venture capital, and private equity financings.

Bowen earned an M.B.A .from Kellogg University and a J.D. from Northwestern University.



With a 95% win record in trying personal injury and product liability cases, and punitive damages in the millions, it's no wonder people are talking about "how sweet it is" when it comes to civil litigator Dennis Sweet. The 48-year-old Jackson, Mississippi, native is a partner at Langston, Sweet & Freese.

Civil cases represent 80% of Sweet's workload. But you won't always find him in a courtroom. Many of his suits are settled and never make it to trial. When Sweet does walk through the doors of a courtroom, all eyes are on him. The statuesque 6-foot-5-inch attorney always appears to have the world in his hands. There's no sugary approach to the way he persuades jurors or confronts witnesses. "I go in and try to hammer away," says Sweet, adding that he doesn't "apologize for asking for large sums of money."

It's no wonder he has grabbed the national spotlight with victories such as a $144 million verdict against Ford Motor Co. (the largest wrongful death verdict in Mississippi's history) and a $400 million dollar verdict against American Home Products, makers of the Fen-Phen diet pill.

"The general public often views mass tort litigation as jackpot justice because that's how companies on trial sell it. A lot of times, victims' families can't get any justice in the criminal courts, so their only recourse is to file a civil suit," says Sweet, who is a member of the slave reparations coordinating committee's legal dream team.

Although he earned his stellar reputation as a civil litigator, Sweet cut his teeth in criminal law, trying civil rights and anti-death penalty cases. The George Washington University grad's first job out of law school in 1980 was as a staff attorney in the District of Columbia Public Defender's Office and later at the Southern Poverty Law Center in Montgomery Alabama.

The million-dollar-verdict man, however, remains humble. As he sees it: "There are no small cases—only small lawyers."        **—Carolyn M. Brown**

**DENNIS C. SWEET III**
*Partner*
Langston, Sweet & Freese
PRODUCT LIABILITY



# AMERICA'S TOP BLACK LAWYERS
## LEGAL LEGENDS

The contributions of black lawyers have been etched into the history books of American law since the 1800s. There were men and women such as John Rock, the first African American attorney to practice before the Supreme Court, and Charlotte E. Ray, the first African American female lawyer to pass the bar in the U.S. This page pays homage to a select few contemporary African American legal history makers.



### THURGOOD MARSHALL

As the first black solicitor general and Supreme Court Justice, Thurgood Marshall is one of the most celebrated figures in the history of civil rights in America. Along with his mentor Charles Hamilton Houston (the first black lawyer to win a case before the Supreme Court), Marshall, who served as a justice for 24 years, developed a strategy for eradicating segregation in schools that culminated in the landmark 1954 case *Brown* v. *The Board of Education.*

**J.L. Chestnut Jr.:** Chestnut founded Chestnut, Sanders, Sanders, Pettaway, & Campbell, the largest black law firm in Alabama. The Howard University graduate is acclaimed in legal circles for his lifelong battles against segregation in Selma, Alabama, including his contribution to the infamous Bloody Sunday civil rights march led by Dr. Martin Luther King Jr. He represented King and other demonstrators in the South. Chestnut also won a $2 billion settlement against the Department of Agriculture on behalf of black farmers in Alabama.

**Drew S. Days III:** Days was one of the first African American faculty members at Yale University Law School, his alma mater. A former assistant counsel with the NAACP, Days became the first African American to head the civil rights division of the U.S. Department of Justice during the Carter administration. He assumed the post of solicitor general—the second leading position in the Justice Department—under President Clinton.

**William Henry Hastie:** A 1925 graduate of Amherst College, Hastie was appointed judge of the Federal District Court in the Virgin Islands by President Franklin Delano Roosevelt. Confirmed in 1937, he became the nation's first black federal magistrate. In 1949, President Harry S. Truman nominated him judge of the Third U.S. Circuit Court of Appeals. It was the highest judicial position attained by an African American.

**A. Leon Higginbotham Jr.:** After serving 16 years as chief justice of the U.S. Third Circuit Court of Appeals, he became a professor at Harvard University. He was a recipient of the Presidential Medal of Freedom, the nation's highest civilian honor. Higginbotham was known for his championship of broad constitutional protections of individual rights and personal liberties.

**Charles Hamilton Houston:** A graduate of Amherst College and Harvard Law School, where he was the first African American editor of the Harvard Law Review, Houston would become the chief architect of desegregation. In 1940, he became general counsel of the International Association of Railway Employees and the Association of Colored Railway Trainmen and Locomotive Fireman, successfully arguing two cases involving racial discrimination before the U.S. Supreme Court.

**Wade McCree Jr.:** After a four-year Army stint during World War II, the graduate of Harvard Law School became the first African American judge appointed to the U.S. Court of Appeals for the Sixth Circuit and the second African American solicitor general in the history of the U.S. In 1961, President John F. Kennedy appointed him to the U.S. District Court for the Eastern District of Michigan—another first for an African American.

**Constance Baker Motley:** A graduate of Columbia University, Baker Motley's courtroom skills influenced some of the key cases that preceded the civil rights movement of the 1960s, including *Brown* v. *Board of Education.* As chief counsel, she won a favorable decision in 1962 in the case for James H. Meredith against the University of Mississippi, securing Meredith's right to be admitted to the school.

**Charles Ogletree:** A Harvard Law School professor and prominent legal theorist, Ogletree has held a number of positions, including deputy director of the District of Columbia's Public Defender Service. In 1991, he served as legal counsel to Professor Anita Hill during the Clarence Thomas Senate confirmation hearings. He is currently co-chairman of the Slavery Reparations Coordinating Committee.

**Aulana L. Peters:** Currently a member of the New York Stock Exchange Market Regulatory Advisory Committee and a retired partner in the law firm of Gibson, Dunn & Crotcher, Peters was the first black woman appointed Securities and Exchange Commissioner. A graduate of the College of New Rochelle, New York, and the University of Southern California, she was a member of the Steering Committee for the Financial Accounting Standards Board's Financial Reporting Project and a member of the Board's Blue Ribbon Panel on Audit Effectiveness.

**—Carolyn M. Brown**

**BART WILLIAMS**
*Partner*
Munger Tolles & Olson L.L.P.
WHITE-COLLAR CRIME

ANTHONY BARBOZA

With the string of recent corporate scandals, and the CEOs who have taken the fall, Bart Williams may have hit a gold mine by tailoring his practice to accommodate white-collar criminal defense.

As a partner in the Los Angeles office of Munger, Tolles & Olsen L.L.P., Williams has established his reputation as a successful litigator. His brother, Paul Williams, chief legal officer at Cardinal Health, also made our list.

He was the lead trial counsel for a senior executive at Hyundai Motor America who was acquitted in 1996 of charges of illegal federal campaign donations. Williams was able to convince a jury that the executive was a company scapegoat who knew it was wrong for companies and foreign nationals to give money but had no prior knowledge it was wrong to get reimbursed for personal donations.

Williams says the key strategy in white-collar criminal defense is witness preparation. "You can't control what a witness says, but you can make it your business to know what he or she is likely to say through investigation. A trial is like a play. Trial lawyers are both directors and actors," says Williams, who was one of *American Lawyer*'s "45 Under 45."

More recently, Williams led the defense of a major Los Angeles law firm accused of professional negligence. The three-week trial, which Williams calls one of his "most rewarding," ended in an acquittal. Not bad for a self-proclaimed jock who decided to study law after landing a spot on the debate team.

Williams grew up in Los Angeles but left sunny California for provincial New England to attend Yale University, where he was a starting guard on the Yale varsity basketball team.

A former assistant U.S. attorney in the Central District of California, Williams doesn't take his practice or what he considers his duty to the community lightly. He's proud of his work with the Charles R. Drew University of Medicine and Science, where he serves on the board of trustees. "My father was one of the doctors who helped found this medical school in the '60s. I want to carry on that tradition of involvement."

*—Courtney Charity*

son was counsel in the $30 million acquisition of the Great Western Forum for Foreign Enterprises.

**Issac J. Vaughn**
**Partner**
**Wilson Sonsini Goodrich & Rosati**
**Palo Alto, CA**
**Contact:** 650-493-9300
**Career Highlights:** Vaughn, a partner at the leading law firm representing technology companies, specializes in working with startup and emerging growth technology, Internet, life sciences, and education companies, including introductions to angel investors and corporate partners. The Michigan Law School graduate has represented such clients as Morgan Stanley and Goldman Sachs & Co.
**Power Play:** Vaughn represented issuers and underwriters in IPOs for E-Loan, Bamboo.com, Liquid Audio and Blaze Software. He was named one of the top 20 lawyers under the age of 40 by *California Law Business.*

**Vaughn Williams**
**Partner**
**Skadden, Arps, Slate, Meagher & Flom**
**New York, NY**
**Contact:** 212-735-3000
**Career Highlights:** Williams is the "go-to" man for major corporations under securities investigation or faced with class action suits. The Stanford Law School graduate also has represented such companies as Rite Aid, Pullman Inc., and Revlon in merger and acquisition-related litigation.
**Power Play:** Williams is representing Massachusetts Mutual Life Insurance in a series of national class actions and represented American Express in its acquisition of Lifeco Services Corporation.

## PERSONAL INJURY/ PRODUCT LIABILITY

**Isaac K. Byrd Jr.**
**Managing Partner**
**Byrd & Associates**
**Jackson, MS**
**Contact:** 601-714-4226
**Career Highlights:** *The National*

*Law Journal* named Byrd & Associates one of the "winningest" 50 law firms with a verdict totaling $150 million in 2001. A top mass tort litigator, Byrd earned his law degree from Northwestern University School of Law.
**Power Play:** Byrd won a recent landmark $513 million settlement in *Ayers* v. *State of Mississippi*, a 27-year class action battle over Mississippi's unequal funding of the state's historically black universities.

**Harry S. Johnson**
**Partner**
**Whiteford, Taylor & Preston**
**Baltimore, MD**
**Contact:** 410-347-8700
**Career Highlights:** Johnson represents insurers and manufactures in product liability, medical malpractice, and lead paint lawsuits. The University of Maryland law scholar is president of the Maryland Bar Association.
**Power Play:** Johnson was counsel for a major manufacturer in a class action involving over 8,500 plaintiffs and counsel to a major manufacturer in over 350 breast

implant cases filed in Maryland and the District of Columbia.

**Michael D. Jones**
**Partner**
**Kirkland & Ellis**
**Washington, DC**
**Contact:** 202-879-5000
**Career Highlights:** *The National Law Journal* recognized Jones as one of the nation's top 10 trial attorneys.

The Georgetown University Law Center alumnus is eminent for his winning record and is avidly sought by major corporations hoping to avoid big punitive damages.
**Power Play:** Michael Jones defended NL Industries in the first lead paint case to go to trial— the $35 million lawsuit was rejected.

**William H. Lightfoot**
**Managing Partner**
**Koonz, McKenney, Johnson, DePaolis & Lightfoot**
**Washington, DC**
**Contact:** 202-659-5500
**Career Highlights:** Lightfoot has had notable success in product

and premises liability, winning over $400 million in settlements for his clients. The Washington University School of Law graduate earned the title of Trial Lawyer of the Year 2003 by the Trial Lawyers Association of Metropolitan Washington, D.C.

**Power Play:** Lightfoot was counsel in the Gomez & Maddox cases, recovering millions for children scalded by inadequate water heaters and spurring industry reform.

## REAL ESTATE

**Peter C.B. Bynoe**
**Partner**
**Piper Rudnick**
**Chicago, IL**
**Contact:** 312-368-4000
**Career Highlights:** Over his 25-year career, Bynoe has negotiated stadium arena deals for professional sports teams such as the Milwaukee Brewers, Washington Redskins, Miami Heat, and San Francisco 49ers. Before joining Piper Rudnick, he founded Telemat Ltd., a project management and financial services firm. Bynoe, who earned his J.D. and M.B.A. from Harvard, served as executive director of the Illinois Sports Facilities Authority.
**Power Play:** Bynoe negotiated the $250 million project development of Comiskey Park for the Chicago White Sox.

**Gordon J. Davis**
**Partner**
**LeBoeuf, Lamb, Greene & MacRae**
**New York, NY**
**Contact:** 212-424-8000
**Career Highlights:** Davis' practice includes land use development, municipal authorities and financings, and cultural and nonprofit organizations. The Harvard Law School alumnus spent decades in state and city government, including a stint as New York's commissioner of parks and recreation.
**Power Play:** Davis was lead counsel on the $250 million development of the American Museum of Natural History Rose Center and on the $7-billion-plus revitalization of the World Trade Center site.

**Charles J. Hamilton Jr.**
**Partner**
**Paul, Hastings, Janofsky & Walker**
**New York, NY**
**Contact:** 212-318-6000
**Career Highlights:** Hamilton represents private real estate owners, developers, builders, investment banks, government agencies, and nonprofit organizations. The Harvard Law School alumnus also serves as general counsel for Essence Communications Partners and the National Urban League Inc.
**Power Play:** Hamilton is representing the city of Mount Vernon in a $400 million revitalization project and represented Essence Communications Inc. in a $125 million deal with AOL Time Warner to form joint venture ECP.

**John B. Sherrell**
**Partner**
**Latham & Watkins**
**Los Angeles, CA**
**Contact:** 213-485-1234
**Career Highlights:** A 25-year veteran in the practice of real estate law, Sherrell handles every type of property from residential housing and shopping centers to hotels and oil refineries. His clients include General Electric, Wells Fargo, and Mutual Life. Sherrell earned his J.D. from the University of Michigan.
**Power Play:** Sherrell served as lead counsel to Southern California Edison Company during the sale of its Edison Pipeline and Terminal Company to Pacific Terminals L.L.C. for $158.2 million and represented the Canadian Imperial Bank of Commerce in its $15 million construction loan to RTC Mountain Waste Medical Office Building.

## COMPLEX LITIGATION/ WHITE-COLLAR CRIME

**Joe R. Caldwell**
**Partner**
**Baker Botts**
**Washington, DC**
**Contact:** 202-639-7700
**Career Highlights:** Before ascending to private practice, Caldwell served as deputy attorney general for the state of New Jersey and legal counsel to former Washington, D.C., Mayor Sharon Pratt Kelly. Caldwell is an adjunct professor at Georgetown University and earned his J.D. at Rutgers University.
**Power Play:** Caldwell served as independent counsel on the Kenneth Starr's investigation of President Clinton and represented a Tyson Chicken executive accused of providing illegal gratuities to former Secretary of Agriculture Mike Espy.

**Eric H. Holder Jr.**
**Partner**
**Covington & Burling**
**Washington, DC**
**Contact:** 202-662-6000
**Career Highlights:** The first African American to serve as deputy attorney general in the Department of Justice (the No. 2 spot in that department) under President Clinton. The Columbia Law school graduate also served under President Bush as acting attorney general. Holder began Lawyers for One America, designed to increase pro bono work done by the nation's attorneys. He currently handles complex civil and criminal cases and counsels on domestic and international matters.
**Power Play:** While he was with the attorney general's office, Holder drafted guidelines for indicting corporations which are still being used by the Bush administration.

**James E. Johnson**
**Partner**
**Morrison & Foerster**
**New York, NY**
**Contact:** 212-468-8000
**Career Highlights:** The Harvard College and Harvard Law School graduate previously served as under secretary of enforcement at the Treasury Department. Aside from his white-collar defense practice, he is co-counsel on efforts to overturn a Florida law that prevents felons from voting after they're released from prison. Johnson conducts internal investigations for private companies and other organizations.
**Power Play:** Johnson represented former Enron and Tyco employees in investigations by the Department of Justice, the Securities and Exchange Commission, and the New York District Attorney's Office.

**Loretta Lynch**
**Partner**
**Hogan & Hartson**
**New York, NY**
**Contact:** 212-918-3000
**Career Highlights:** The Harvard Law School graduate and former U.S. attorney for the Eastern District of New York specializes in white-collar criminal defense and corporate compliance issues. During her tenure as U.S. attorney, she was a member of the Attorney General's Advisory Committee, serving as co-chair of the White Collar Crime Subcommittee. Lynch has been a frequent instructor at the Justice Department. Lynch is currently a director of the Federal Reserve Bank of New York.
**Power Play:** Lynch served on the trial team in *United States* v. *Volpe*, involving the sexual assault of Haitian immigrant Abner Louima by New York City police officers.

**William (Billy) Martin**
**Partner**
**Blank Rome**
**Washington, DC**
**Contact:** 202-944-3000
**Career Highlights:** Martin's civil and criminal practice is broad in scope, from internal corporate investigations to police brutality allegations. Previously, the Howard Law graduate held senior managerial and supervisory positions at the Department of Justice, overseeing major political and organized crime grand jury investigations. His client list has boasted Monica Lewinsky and the Chandra Levy family. Before entering private practice, Martin had an extensive public service career.
**Power Play:** Martin was paid over $1 million for negotiating two landmark settlements to help improve community-police relations in Cincinnati. **E**