TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

---

FROM: 91401054
TO: Sick Call
SUBJECT: Re: Re: Re: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 01/25/2023 12:42:45 PM

Yes,

i have raised medical treatment issues below. I would like to have an appointment.

Thank you.
-----Sick Call on 1/25/2023 10:12 AM wrote:

>
This is a sick call request box ONLY

From: ~^! DENNIS, ~^!WILLIE <91401054@inmatemessage.com>
Sent: Wednesday, January 25, 2023 10:02 AM
Subject: Re: Re: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C

Dr Bialor,

Thank you for your response. Excuse my delay in responding. Since January 17, 2023, we have been in locked down continually for a week. During a fight the inmate next door to me was cut in the face by another inmate and this led that evening to a series of fights between inmates. Ultimately, many corrections officers were called to the Unit 53 and tear gas was used to restore order. Most importantly, while the tear gas lingered in the air, I started coughing and found it hard to breathe. Although I placed a wet towel at the bottom of the door and covered my mouth with a wet towel, the coughing did not stop for over an hour.

Blocked Heart Arteries

Given the three blocked arteries surrounding my heart I became very concerned that I might have a heart attack. I tried to get the attention of the correction officers in Unit 53 but as a result of the chaos no ne answered my calls. This is the second time this has happened, the use of extensive tear gas in Unit 53, over the past 30 days. When I discussed with the COs they indicated i need to continue " to bang on the doors until " I got someone's attention. My concern is that if I am having a heart attack, I may not be able to bang for very long. A note from medical to the COs in 53 alerting them to check on me whenever tear gas is used in the unit would be helpful. Any other suggestions would be appreciated

I want to bring to your attention that my blood pressure was checked yesterday and the first reading was 100/66. Subsequent reading it was a little better. Most importantly this was the first reading taken since ....January 5th, 2023. The delay was attributed in part by the staff to the numerous lockdowns and lack of staff throughout the facility creating serious disruption in the routines of the facility. Because of my heart condition and the 6 medications the doctors at Bellevue had recommended that my blood pressure be taken at least once a day (small portable/home kits are available and my family would be willing to purchase one for me ), we are now in a routine of taking it every couple of weeks and may miss the opportunity to identify a serious problem well in advance.

Blocked Right Femoral Artery.

You may recall that in December I was to return to bellevue for a monitoring and review of the blockage in my right femoral artery. Because of issues with transport appointment was never kept
-----Sick Call on 1/18/2023 8:17 AM wrote:

>
Please pass along this message to Mr. Dennis:
Please let him know that I reviewed the documentation from Bellevue, and they didn't document that they cleared you for surgery, even though they may have told you that, while you were there. As a result, we would have to start over again and have you see the Cardiologist in order to clear you for hernia repair surgery.

Bruce Bialor, MD
Clinical Director
MDC Brooklyn

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

---

FROM: Psychology
TO: 91401054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/24/2023 11:47:02 AM

Of course. The psychologist who oversees you housing unit has been notified of your request.

Thank you,
Psychology Services

Please note, this mailbox is not monitored 24/7. If you are in crisis, please contact your unit officer or another staff member immediately.

From: ~^! DENNIS, ~^!WILLIE <91401054@inmatemessage.com>
Sent: Tuesday, January 24, 2023 11:31 AM
Subject: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C

To: Mental Health Staff
Inmate Work Assignment: Urgent- Psychologist

I just learned the psychologist will be here tomorrow. I would like to schedule an appointment. I have e-mailed several times in the past. Given the dramatic increase in violence in the Unit (one victim who was cut in the face last Tuesday was in the cell right next to me) followed by the week long lockdown, my need to see the psychologist has only increased. I know you e-mailed the psychologist on my behalf about two weeks ago   Can You please send another message today ?

Thank you

Willie Dennis

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

---

FROM: Sick Call
TO: 91401054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/18/2023 08:17:01 AM

Please pass along this message to Mr. Dennis:
Please let him know that I reviewed the documentation from Bellevue, and they didn't document that they cleared you for surgery, even though they may have told you that, while you were there. As a result, we would have to start over again and have you see the Cardiologist in order to clear you for hernia repair surgery.

Bruce Bialor, MD
Clinical Director
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232

From: ~^! DENNIS, ~^!WILLIE <91401054@inmatemessage.com>
Sent: Tuesday, January 17, 2023 10:48 AM
Subject: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C

To: Br Bialor
Inmate Work Assignment: Hernia

Good Morning Dr Bialor,

I hope you had a good holiday

My hernia pain continues to worsen and the lump in my testicle continues to grow. Dr Link and his team at Bellevue had given me the sign off for proceeding with the inguinal surgery. Given that Dr Link and his team were open about potential complications from the surgery relating to my heart failure, does it make sense to allow that team to move forward as they have the heart expertise on the premises should any complications arise during the surgery.

Thank you for all your support.

Willie

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C
---

80 29th Street
Brooklyn, NY 11232

From: ~^! DENNIS, ~^!WILLIE <91401054@inmatemessage.com>
Sent: Tuesday, January 17, 2023 10:48 AM
Subject: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C

To: Br Bialor
Inmate Work Assignment: Hernia

Good Morning Dr Bialor,

I hope you had a good holiday

My hernia pain continues to worsen and the lump in my testicle continues to grow. Dr Link and his team at Bellevue had given me the sign off for proceeding with the inguinal surgery. Given that Dr Link and his team were open about potential complications from the surgery relating to my heart failure, does it make sense to allow that team to move forward as they have the heart expertise on the premises should any complications arise during the surgery.

Thank you for all your support.

Willie

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

----------------------------------------------------------------------------------------------------

FROM: 91401054
TO: Sick Call
SUBJECT: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 01/14/2023 08:06:18 AM

To: Dr Bialor
Inmate Work Assignment: Hernia Surgery

Dr Bialor,

i woke up this morning and my right inguinal hernia was n tremendous pain. Any update on a surgery date ?

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

----------------------------------------------------------------------------------------------------

FROM: 91401054
TO: Sick Call
SUBJECT: \*\*\*Request to Staff\*\*\* DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 01/11/2023 12:25:12 PM

To: To Whom It May Concern
Inmate Work Assignment: Dr Awad

I just saw Dr Awad in Unit 53. He recommend I seek appointment with psychiatrist. Can you please arrange ?

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

----------------------------------------------------------------------------------------------------

FROM: 91401054
TO: Sick Call
SUBJECT: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 01/11/2023 10:03:29 AM

To: Practitioner Timothy
Inmate Work Assignment: Blood Pressure etc

Practitioner Timothy,

I am feeling faint headed and would like my blood pressure taken today .

I am also not sleeping and would like to receive anti anxiety/sleep medication. I met with one of the Court appointed doctors for this matter yesterday , Dr. NG Brill and he said it is something that he believes you can help me with.

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

---

FROM: 91401054
TO: Sick Call
SUBJECT: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 01/03/2023 10:07:00 AM

To: Practitioner Timothy
Inmate Work Assignment: Hernia Truss

Good Morning Ms Timothy,

I am still having serious pain when I am walking. Will you please order a hernia truss for support when I walk.

Thank you

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

---

FROM: Sick Call
TO: 91401054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 12/06/2022 08:07:03 AM

You are scheduled to be seen

---

From: ~^! DENNIS, ~^!WILLIE <91401054@inmatemessage.com>
Sent: Thursday, December 1, 2022 10:25 AM
Subject: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C

To: Dr Bruce Bailor
Inmate Work Assignment: Pain-Both Hernias

Dr. Bailor,

I am having server pain in my umbilical hernia. I am also having pain with my inguinal hernia and cannot push it back in. I need tp have it pushed back in so I can walk around today'

Thank you

Willie

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C
---

FROM: 91401054
TO: Sick Call
SUBJECT: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 12/04/2022 11:35:26 AM

To: Dr Bialor
Inmate Work Assignment: Heart/Hernias/Fermoral

Dr Bailor,

My hernia in my right testicle continues to grow larger and is causing me a lot of pain. I would like to have photos taken so we can monitor its growth over the next few weeks  My umbilical hernia is also causing me pain. I need painkillers to help me with both hernias.

My right foot and leg are constantly cold and in pain. It is because of the cold air that is being pumped into my cell all day through the ventilations system. Because my artery is already blocked each day it becomes more difficult for me to walk. I need to have my leg examined right away

As you know because of my heart problems I am at risk of a heart attack at any time. I am presently taking Atorvastatin 50 mg, Metoprolol 50 mg Jardiance 50 mg, Spironolactone, 25 mg, Sacubitril Vassar 25 mg and Aspirin 81 mg.  Because of the negative affect of my heart medications on my blood pressure the doctors at Bellevue were taking my blood pressure three times a day and making adjustments to  my heart medication when my blood pressure went below 99/65. T The doctors said I need to keep track of my blood pressure daily to avoid a heart attack. I am the primary care taker of my mother and I do the same for her with the portable devices that people now have in their homes

Willie Denis

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

---

FROM: 91401054
TO: Sick Call
SUBJECT: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 12/15/2022 02:22:00 PM

To: Practioner Timothy
Inmate Work Assignment: Umbilical ans Inguinial

Practioner Timothy

I am still in a lot of pain from my my hernias'. Would you please provide pain medication to reduce the pain.

Thank you

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

---

FROM: 91401054
TO: Sick Call
SUBJECT: Re: Re: \*\*\*Request to Staff\*\*\* DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 12/06/2022 07:26:09 PM

I am in great pain and discomfort and no one saw me today . No one has seen me since last week. I am very concerned about my ability to stay alive given the serious health issues I face.
-----Sick Call on 12/6/2022 8:07 AM wrote:

>
You are scheduled to be seen

From: ~^! DENNIS, ~^!WILLIE <91401054@inmatemessage.com>
Sent: Thursday, December 1, 2022 10:25 AM
Subject: \*\*\*Request to Staff\*\*\* DENNIS, WILLIE, Reg# 91401054, BRO-H-C

To: Dr Bruce Bailor
Inmate Work Assignment: Pain-Both Hernias

Dr. Bailor,

I am having server pain in my umbilical hernia. I am also having pain with my inguinal hernia and cannot push it back in. I need tp have it pushed back in so I can walk around today'

Thank you

Willie

TRULINCS 91401054 - DENNIS, WILLIE - Unit: BRO-H-C

----------------------------------------------------------------------------------------------------

FROM: 91401054
TO: Sick Call
SUBJECT: ***Request to Staff*** DENNIS, WILLIE, Reg# 91401054, BRO-H-C
DATE: 12/05/2022 05:41:21 PM

To: Practioner Timothy
Inmate Work Assignment: Right Femoral Artery?Ches

Dear Practioner Timothy,

My right leg, right foot and arms and chest are very cold. Cold air is being pumped into my cell all day and evening  Given the problems with my right femoral artery, my heart and my age ( 61 in 4 months ), this is having a very negative effect on my body. I would like to met to discuss  Also are you able to order a thermal top for my upper body and thermal bottoms from my legs ?