# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DENNIS, WILLIE | | | Reg #: 91401-054 |
| Date of Birth: 1962 | Sex: M  Race: BLACK | | Facility: BRO |
| Encounter Date: 01/27/2023 12:40 | Provider: Bryskin, Lawrence MD | | Unit: H05 |

Psychiatry - Admission Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Bryskin, Lawrence MD

Chief Complaint: MENTAL HEALTH

Subjective: 61 yo aa/d/m father of 2 adult off springs. In mdc 2 months. patient complaining of anxiety, fearful anticipating possible serious, even life threatening medical pathology. This incude sfemoral artery blockage & 3 compromised "blocked' coronary arteries + inguinal & umbilical hernias. Lawyer over 30 years, patient feels ex partners have turned on patient setting him up over charge of threatening behavior on eve of possible legal proceeding over charge of cyber stalking" patient also reports being near another prisoner who was stabbed in face last week. patient most disturbed by this including "blood on floor" next to his cell. Relating in a rational composed manner patient reports that emotionally he is in a turmoil over this, ultimately fearing for his life as he obsesses over his dangerous medical state.
Belatedly mentioned age mother 82 who is frail, sickly requiring his care. Additional matter on mind. masks emotionality as relates in casual "easygoing" manner.
patient agreeable to lexapro 5-10mg/d for anxiety associated with brooding ruminating, obsessing about his condition and amitriptyline 25mg at bedtime.
needs attention starting with psychology. follow up as needed.

Pain: Not Applicable

**OBJECTIVE:**

**Exam:**

**Mental Health**

**Posture**
Yes: Within Normal Limits

**Grooming/Hygiene**
Yes: Appropriate Grooming

**Facial Expressions**
Yes: Appropriate Expression

**Affect**
Yes: Appropriate

**Speech/Language**
Yes: Normal Rate

**Mood**
Yes: Anxiety

**Thought Process**
Yes: Appropriate

**Thought Content**
Yes: Goal Directed

**ASSESSMENT:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DENNIS, WILLIE | | | Reg #: | 91401-054 |
| Date of Birth: | ▇▇/1962 | Sex: M  Race: BLACK | | Facility: | BRO |
| Encounter Date: | 01/27/2023 12:40 | Provider: Bryskin, Lawrence MD | | Unit: | H05 |

Anxiety disorder, F419 - Current

Major depressive disorder, single episode, F329 - Current

Post-traumatic stress disorder, F4310 - Current

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Escitalopram Oxalate Tablet | 01/27/2023 12:40 |

    **Prescriber Order:**   5mg Orally each morning x 180 day(s) -- after 2 weeks may increase dosage to 10mg/d

    Indication:   Major depressive disorder, single episode

| | | |
|---|---|---|
| | Amitriptyline Tablet | 01/27/2023 12:40 |

    **Prescriber Order:**   25mg Orally each evening x 180 day(s) Pill Line Only

    Indication:   Major depressive disorder, single episode

**Disposition:**

    Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/27/2023 | Counseling | Access to Care | Bryskin, Lawrence | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bryskin, Lawrence MD on 01/27/2023 13:19

Anthony J. Schefstad, PhD, LCSW, MA
AJS Counseling Services

**Discharge Summary**

Name: Willie Dennis        PACTS: 7729151
Date of Discharge: September 30, 2022    Date of Summary: September 30, 2022

**Reason for Concluding Formal Services:** Mr. Willie Dennis is being successfully discharged from AJS Counseling Services as there has been a change in Contract Provider. Mr. Dennis was referred to AJS Counseling Services April 2022 for a mental health assessment. The following Diagnostic Formulation and recommendations were made:

**DIAGNOSTIC FORMULATION:** Mr. Dennis was cooperative in all aspects. He was open and forthcoming in his responses. There is no evidence of a substance use disorder. There is no evidence of conduct disorder which is a precursor to antisocial personality disorder. There is no evidence of psychotic spectrum disorder or other thought disorders. Somatoform Disorders have been ruled out. He has a myriad of medical issues which include his ankle pain and hernias. He is dealing with the stress of his GPS/Home monitoring. He is the primary caretaker of his aging parents and as such he is not getting a full-nights rest. He has features of narcissism as evidenced by his name dropping, need to be the center of attention, and sense of entitlement (being treated differently). He is sensitive to criticism or defeat. He may not show externally, however, this criticism and defeat may leave him feeling humiliated, degraded, hollow or empty. This may lead to defiance or disdain and or counter action to defend himself. These experiences may lead to social withdrawal or appearance of humility which is masking grandiosity. Interpersonal relationships are often impaired because of entitlement, need for admiration, and sometimes a relative disregard of the sensitivities to others. Individual with his narcissistic features, despite achievements and ambitions may be disrupted due to his intolerance of criticism or defeat.

**DIAGNOSTIC STATISTICAL MANUAL 5**
Ankle pain and inguinal and umbilical hernias
Narcissistic Features
Stresses of Primary Caregiver

**RECOMMENDATIONS:** Mr. Dennis expressed a desire to participate in treatment. Treatment will focus on his thoughts and mood as to the unconscious injury he is experiencing given the role and environment he finds himself. Weekly sessions are requested with a combination of in-person and telehealth sessions based on feasibility of economics and allowed GPS movement by Mr. Dennis.

**Reponses to Treatment Services:** Mr. Dennis responded well. He utilized treatment well. It helped diffuse his living and legal situation by allowing him to express his emotions. He had fewer calls to his USPT between sessions. He was removed from the GPS. In July the USPT no longer approved telehealth sessions and this greatly impacted Mr. Dennis's ability to attend duet finances and his demands of preparing for the case. We discussed the options of care and Mr. Dennis is voluntary and will consider whether he wishes to continue with the new Contract Provider, community provider or end treatment.

**Recommendations for Community Aftercare:** Mr. Dennis was provided treatment options.

**Toxicology Report:** Deferred to the USPT.

**DIAGNOSTIC STATISTICAL MANUAL 5 AT DISCHARGE**
Narcissistic Features
Involvement with the criminal justice system

*[signature]*

Anthony J. Schefstad, PhD, LCSW, MA
License #SW4780 Exp. March 31, 2023

This record is protected under the Federal Regulations governing confidentiality of Alcohol and Drug Abuse Patient Records, 42 CFR Part 2, and HIPPA regulations and cannot be disclosed without the written consent of whom it pertains except as permitted by these regulations and to the extent that action has already been taken in reliance on it.

Not for Redisclosure
Helping find the answer within...

*AJS Counseling Services*
*407-462-6210 Direct*
*407-331-7379 Fax*

## Mental Health Assessment

**Name**: Willie Dennis
**PACT: 7729151**
**Date of Assessment**: 1/6/2022
**Date of Report**: 2/20/2022

**SOURCES OF INFORMATION**: Mr. Willie Dennis, Officer Charles Sweatt, Pretrial Services Report, and Clinical Interview.

**IDENTIFYING INFORMATION**: Mr. Dennis is a 60-year-old, African-American, male. His stated religious preference is Christian. He participated via telehealth after verbally agreeing to participate. We reviewed the Informed Consent and limitations of confidentiality. Mr. Dennis was casually dressed appropriate to the day, time, and season. His eye contact was good. He was cooperative in all phases of the interview in that he was required to attend.

**REASON FOR REFERRAL**: Mr. Dennis was referred by Officer Sweatt for a Mental Health Assessment and report including a written report with treatment recommendations. The Pretrial Services Report indicates the Instant Offense is cyberstalking. He was advised since this was an assessment, and a report was required to be sent to Officer Sweatt, nothing he stated would be confidential. Mr. Dennis stated he understood. Mr. Dennis was also advised not to discuss the Facts of the case.

**MEDICAL HISTORY**: Mr. Dennis began spontaneously talking about the issues he has had with the ankle monitor and his belief that it is impacting his health. He complained no one is listening to him. He believes that he is physically getting worse because of the ankle monitor and that no-one is listening. He has ankle, groin and back pain. He has been diagnosed with inguinal and umbilical hernias. It has been recommended by medical professional to have surgery. He reports that he will have limited mobility for 4-8 weeks. He also has orthopedic issues with his ankle and left toe. He moved from New York and is working with a new medical team in Florida. He reports having a heart attack in 2017. He was prescribed blood thinners. He is prescribed cholesterol medications but did not recall the name(s).

**SCHOOL/EMPLOYMENT HISTORY**: Mr. Dennis is currently unemployed. He lost his employment as it relates to his current charge. He is living off his savings He is a lawyer. He is admitted to the Bar in New York and Washington, D.C. He is a corporate lawyer. He attended Powells Lane Elementary school in Westbury, Long Island. He attended Choate Middle and High School. Choate is a private boarding school. He attended Columbia College and Law School. He has had conflicts with professional relationships at his law firm.

This record is protected under the Federal Regulations governing confidentiality of Alcohol and Drug Abuse Patient Records, 42 CFR Part 2, and HIPPA regulations and cannot be disclosed without the written consent of whom it pertains except as permitted by these regulations and to the extent that action has already been taken in reliance on it.

*NOT FOR RE-DISCLOSURE*

Helping find the answer within...                                      Page 1

*AJS Counseling Services*
*407-462-6210 Direct*
*407-331-7379 Fax*

**Name: Willie Dennis**
**PACT: 7729151**

**ALCOHOL AND OTHER DRUG USE HISTORY**: Mr. Dennis experimented with cannabis at while at Choate. He used cannabis for one year, three times a week, while at Choate High School. He did not develop a disorder.

**LEGAL HISTORY**: According to the Pretrial Services Report Mr. Dennis has been charged with cyberstalking. There is no history of other charges.

**FAMILY HISTORY**: Mr. Dennis grew up in Long Island, New York. He was born in Jamaica-Queens, New York. His parents moved to Florida 24 years ago. He is the middle child of three siblings. He came to Florida as an adult after the Instant Offense because of threats to his life. He currently lives with his parents. He reports his mother needs someone to available to her 24-7 and his father is suffering from early dementia. Mr. Dennis describes himself as the primary caregiver. He receives help from Visiting Angels when his mother needs medical attention in the home. Mr. Dennis was married for 17 years and the relationship grew apart. He has two sons, 24 and 21.

**PSYCHIATRIC HISTORY**: Mr. Dennis denies any history of mental health diagnoses or treatment.

**MENTAL STATUS**: Mr. Dennis was casually dressed and appropriate to the time, day, and season. He was cooperative. Mr. Dennis's speech was of normal volume, pitch, and pace. He was alert, responsive to the setting, and oriented to person, place, and time. His emotional expression was broad. He denied suicidal or homicidal ideations. He reported no difficulty with sleep. He has a good appetite and energy. There was no psycho-motor agitation visible. There was no evidence of flight of ideas and tangential thinking. He was able to follow simple directions. He was able to express both concrete and abstract thinking. Mr. Dennis's thought content was consistent with the reason he was present. He demonstrated immediate (a few minutes) object recall. He had good recent (few days) recall and good remote memory (a few years).

**DIAGNOSTIC FORMULATION**: Mr. Dennis was cooperative in all aspects. He was open and forthcoming in his responses. There is no evidence of a substance use disorder. There is no evidence of conduct disorder which is a precursor to antisocial personality disorder. There is no evidence of psychotic spectrum disorder or other thought disorders. Somatoform Disorders have been ruled out. He has a myriad of medical issues which include his ankle pain and hernias. He is dealing with the stress of his GPS/Home monitoring. He is the primary caretaker of his aging parents and as such he is not getting a full-nights rest. He has features of narcissism as evidenced by his name dropping, need to be the center of attention, and sense of entitlement (being treated differently). He is sensitive to criticism or defeat. He may not show externally, however, this criticism and defeat may leave him feeling humiliated, degraded, hollow or empty. This may lead to

This record is protected under the Federal Regulations governing confidentiality of Alcohol and Drug Abuse Patient Records, 42 CFR Part 2, and HIPPA regulations and cannot be disclosed without the written consent of whom it pertains except as permitted by these regulations and to the extent that action has already been taken in reliance on it.

*NOT FOR RE-DISCLOSURE*

*AJS Counseling Services*
*407-462-6210 Direct*
*407-331-7379 Fax*

**Name: Willie Dennis**
**PACT: 7729151**

defiance or disdain and or counter action to defend himself. These experiences may lead to social withdrawal or appearance of humility which is masking grandiosity. Interpersonal relationships are often impaired because of entitlement, need for admiration, and sometimes a relative disregard of the sensitivities to others. Individual with his narcissistic features, despite achievements and ambitions may be disrupted due to his intolerance of criticism or defeat.

**DIAGNOSTIC STATISTICAL MANUAL 5**

F06.8 Unspecified Mental Disorder due to ankle pain and inguinal and umbilical hernias
Narcissistic Features
Stresses of Primary Caregiver

**RECOMMENDATIONS:**

Mr. Dennis expressed a desire to participate in treatment. Treatment will focus on his thoughts and mood as to the unconscious injury he is experiencing given the role and environment he finds himself. Weekly sessions are requested with a combination of in-person and telehealth sessions based on feasibility of economics and allowed GPS movement by Mr. Dennis.

*[signature]*
Anthony J. Schefstad, PhD, LCSW, MA
Licensed Clinical Social Worker
Florida License No. #SW4780
Expires 3/31/23

This record is protected under the Federal Regulations governing confidentiality of Alcohol and Drug Abuse Patient Records, 42 CFR Part 2, and HIPPA regulations and cannot be disclosed without the written consent of whom it pertains except as permitted by these regulations and to the extent that action has already been taken in reliance on it.

*NOT FOR RE-DISCLOSURE*

Helping find the answer within...                                Page 3

USAO_002900220