UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,   :
:
-against-   :
:
:
WILLIE DENNIS,   :   Criminal No. 20 CR 00623
:
:
Defendant.   :
------------------------------------------------------------- :

# ORDER

Upon consideration of the request made by Defendant, to have his medical follow up appointments at Bellevue hospital concerning his multiple blocked arteries and hernias examined by outside medical staff at Bellevue Hospital, the Court having considered the specific factually-based reasons advanced for this request, it is this 24th day of February 2023, by the United States District Court for the Southern District of New York,

ORDERED, that Defendant's request to be taken to Bellevue Medical Center within 72 hours of this order be granted.

_____
HONORABLE Jed S. Rakoff
United States District Judge Southern District of New York