UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>WILLIE DENNIS,<br><br>           Defendant. | 20-cr-623 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On February 24, 2023, the Court ordered that defendant Willie Dennis be taken to Bellevue Medical Center for an examination, on consent of both parties. See ECF No. 141. On February 27, 2023, via a joint telephone conference with defense counsel, Government counsel informed the Court that the Bureau of Prisons cannot send Mr. Dennis to Bellevue Medical Center. Accordingly, the Court's Order of February 24, 2023 is hereby suspended until further notice. Counsel should jointly call the Court at 12:00 noon on February 28, 2023 to discuss the matter further.

    SO ORDERED.

New York, NY
February 27, 2023

_____
JED S. RAKOFF, U.S.D.J.

1