Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2023
```

Caption:

**United States of America**
v.

**Willie Dennis**

Docket No.: **1:20-cr-00623-JSR**

**Judge Jed S. Rakoff**
(District Court Judge)

Notice is hereby given that **Willie Dennis** appeals to the United States Court of Appeals for the Second Circuit from the judgment **X**, other [ ] _____ (specify)

entered in this action on **2/17/23** (date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [X]  Other [ ]

Defendant found guilty by plea [ ] trial [X] N/A [ ].

Offense occurred after November 1, 1987? Yes [X] No [ ] N/A [ ]

Date of sentence: **2/10/2023**  N/A [ ]

Bail/Jail Disposition: Committed [X]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes **X** | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | **David Jason Cohen** |
| Counsel's Address: | **Cohen Forman Barone** |
| | **950 Third Avenue, 11th Fl. New York, NY 10022** |
| Counsel's Phone: | **(212) 766-9111** |
| Assistant U.S. Attorney: | **Sarah L. Kushner, Stephanie Simon, Kimberly J. Ravener and Marguerite Boughton Colson** |
| AUSA's Address: | **U.S. Attorney's Office - Southern District of New York** |
| | **1 Saint Andrews Plaza, New York, NY 10007** |
| AUSA's Phone: | **(212) 637-2676/(914) 993-1920/(212) 637-2358/212-637-2587** |

_____
Signature

```
ORIGIN ID:JRBA    (212) 766-9111        SHIP DATE: 27FEB23
COHEN FORMAN BARONE, LLP                ACTWGT: 0.50 LB
                                        CAD: 108681003/INET4584
950 THIRD AVE., 11TH FL.

NEW YORK CITY, NY 10022                 BILL SENDER
UNITED STATES US
TO  CLERK OF COURT
    US DISTRICT COURT FOR THE SDNY
    500 PEARL STREET

    NEW YORK NY 10007
(212) 805-0136          REF: WILLIE DENNIS
```




TUE - 28 FEB 10:30A
TRK# 7714 2018 8635     PRIORITY OVERNIGHT

E3 PCTA                      10007
                     NY-US   EWR





RECEIVED
FEB 28 2023
CLERK'S OFFICE
S.D.N.Y.

◄ Insert shipping document here.