**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 20 CR 623-01 (JSR) |
| - against - | |
| | ORDER |
| **WILLIE DENNIS** | |
| **Defendant** | |

-------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Dr. N.G. Berrill, Ph.D., in the amount of $4,500, for professional services rendered in connection with the above captioned case.

SO ORDERED,

*Jed S. Rakoff*
_____
Honorable Jed S. Rakoff
Senior U.S. District Judge

Dated: March 1, 2023

New York, NY