# UNITED STATES DISTRICT COURT
## FOR THE
__Southern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

Case No. __1:20-cr-00623-JSR-1__
(write the number of your criminal case)

v.

__Willie Dennis__
Write your full name here.

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)**
(*Pro Se* Prisoner)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☐ No

If you answered yes, please list the documents in section IV of this form.

Page 1 of 6

I. **SENTENCE INFORMATION**

Date of sentencing: 2/10/2023

Term of imprisonment imposed: 2 years

Approximate time served to date: 1 year 3 months

Projected release date: 6/2024

Length of Term of Supervised Release: 3 years

Have you filed an appeal in your case?

☐ Yes

☒ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☒ No

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☐ Yes, I submitted a request for compassionate release to the warden on (date) 12/7/2023.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☐ Yes, my request was denied by the warden on (date): _____.

☒ No, I did not receive a response yet.

## III. GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

A. **Are you 70 years old or older?**

☐ Yes.

☒ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☒ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☐ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☒ There are other extraordinary and compelling reasons for my release.

Page 4 of 6

## IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| Additional medical information | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| _____ | ☐ Yes | | ☐ Yes | ☐ No |
| _____ | ☐ Yes | | ☐ Yes | ☐ No |

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

I suffer from several serious physical and mental conditions from which I am experiencing deteriorating physical and mental health because of the ongoing process which substantially diminish my ability to provide self-care within the environment of a correctional facility and from which I am not receiving the necessary care to recover.

## V.   REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request that an attorney be appointed to help me, preferably but James T. Cadden, Esq, who has filed a prior motion seeking the Court's permission to represent me in pre-hearing and pro-bono

☐ Yes
☐ No

## VI.   MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

| Date | Signature |
|---|---|
|  | Willie D. |

Name: Willie, Dennis

Bureau of Prisons Register #: 91401-054

Bureau of Prisons Facility: MDC Brooklyn

Institution's Address: MDC Brooklyn Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) Unit Manager | DATE: December 7, 2023 |
| FROM: Willie Dennis | REGISTER NO.: 91401-054 |
| WORK ASSIGNMENT: Not Assigned | UNIT: 53 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting a compassionate release for medical issues. Please see Attachment A.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER

Attachment A

Due to several significant medical issues which are causing the rapid deterioration of my body, I am requesting a compassionate release. Presently the pain resulting from (i) blockages in my right femoral artery, (ii) an inguinal hernia (which has dropped into my right testicle) and (iii) umbilical hernia has made it very difficult for me to walk. The pain increases as soon as I stand up. As a result I am confined to a bed or chair for at least 90% of my day. I also have an aneurysm near my aorta which doctors are closely monitoring.

Medical Background/History

In order to clear me for surgery on my (i) right

Page 2

femoral artery, (ii) inguinal hernia, and (iii) umbilical hernia. The Cardiology group at Mount Sinai Hospital inserted three stents in my left circumflex and left anterior descending arteries, in order to increase the blood flow to my heart.

On July 23, 2023, the vascular surgeon at Mount Sinai Hospital, Dr. Justin George, placed three stents in my left leg to improve the flow of blood. On July 24, 2023, Dr. George, after deciding that the blockages in my right leg could not be stented, placed an artificial vein in my right leg during a six (6) hour operation. Unfortunately the artificial vein became infected after a few days and on August 10, 2023, I was rushed to the emergency room at Mount Sinai Hospital and underwent a six (6) hour surgical process in which the artificial vein was removed and antibiotics was flushed through my body. The Dr. also gave me Ja

Page 3

Blood transfusion as a result of my body's adverse reaction to surgery.

Since the removal of the orif--- vein my right foot is now numb and cold as a result of the small amount of blood passing through my right leg. D-George (s) recommend significant rehab of my right leg to create new pathways for blood to pass through my right leg. D-George (s) also stated that no work to increase the blood flow to my right leg can be done until (i) it is clear that the infections in my body is gone and (ii) my body has recovered from the surgeries in July and August. D-George has also made it clear that any further work on my right leg (i) will be more invasive because of the new scar tissue from the prior surgery and (ii) increases the likelihood of the loss of the limb; (ii) for my depression as a result of this surgery, I was given Elavil,

Page 4

Information Relating To My Case

I am 61 years of age and was convicted of a non-violent / non-sexual crime (e-mail harassment of my former law partners. This is my first and only crime during my 61 years.

I was sentenced to 2 years and as of this submission I have served approximately 14 months of my sentence.

If I am released, I will utilize personal health-care (Blue Cross / Blue Shield) to receive medical help. I would live with my parents in Sanford Florida, which is where I lived prior to my conviction. I have many family members who live in the area and can help me.

(Thank you for consideration)