**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

                          Plaintiff,

-against-                              1:20-cr-00623 (JSR-1)

Willie Dennis                     **MOTION FOR ADMISSION**

                                  **PRO HAC VICE**

                     Defendant.          RE-FILED

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __James Theopolis Golden__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Willie Dennis__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Florida__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have ~~never~~ been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 2/22/24          Respectfully Submitted,

Applicant Signature: _Rev. J. T. Hall_
Applicant's Name: _James Theopolis Golden_
Firm Name: _Rev. James T. Golden, Esquire_
Address: _P.O.B. 299_
City/State/Zip: _Bradenton FL 34206_
Telephone/Fax: _941-746-6485_
Email: _jamethegold@aol.com_