UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Plaintiff,

-against-

Willie Dennis

Defendant.

_____

1:20-cr-00623-JSR-)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _James Theopolis Golden_, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _Florida_; and that his/her contact information is as follows (please print):

Applicant's Name: _James Theopolis Golden_
Firm Name: _Rev. James T. Golden, Esquire_
Address: _P.O. B. 299_
City / State / Zip: _Bradenton, FL 34206_
Telephone / Fax: _941-746-6485 Cell 941-723-4031_

Applicant having requested admission Pro Hac Vice to appear for ~~all~~ limited purposes as counsel for _Willie Dennis_ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____        _____
                              United States District / Magistrate Judge