UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff,

-against-

Willie Dennis

Defendant.

1:20 cr 000623JSR-1

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _James Theoplis Golden_, for admission to
practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of
_Florida_; and that his/her contact information is as follows
(please print):

Applicant's Name: _James Theoplis Golden_
Firm Name: _Rev. James T. Golden, Esquire_
Address: _P.O. B. 299_
City / State / Zip: _Bradenton FL 34206_
Telephone / Fax: _941-746-6485 Cell 941-773-4031_
                  _limited_

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for
_Willie Dennis_ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.

Dated: _2/23/24_

_____
United States District / Magistrate Judge

*but solely for the purpose to
filing a motion for compassionate
release*