Dear Ms. Weiss,

I trust all is well with you .

I am seeking your help. My medical condition has taken a turn for the worse ( please see the communication to Dr Bialor below) As I am in and out of the facility and hospitals getting treatment, I have asked my cousin Reverend Hames Golden ( who is also an attorney in Florida )  to assist me with a request for a compassionate release so that I can address my medical issues as soon as possible. I have asked him to reach out to you to better understand the process and expedite as much as possible. Any assistance you can provide him will be truly appreciated.

Sincerely,

Willie Dennis
-----DENNIS, WILLIE on 2/18/2024 5:28 PM wrote:

>

Dr Bialor,

The searing pain since the hernia surgery has continued to worsen this entire weekend. There is pain in my stomach now which comes and goes every few hours.  Because of the pain when I walk I am confined to the wheel chair and now my right foot is beginning to swell. I have been taking the antibiotics you prescribed daily and it is not helping.

I am scared. As you know I complained about the pain in my right leg after Dr George's surgery and once RN Pena took a look they rushed me to the hospital and Dr George was operating to remove the graft a short time later. The pain now is even more severe than that.. I am pleading with you to please send me to TBH so they can determine the problem  or to Mount Sinai so they can determine if my vascular injury is growing worse. My further concern is with all the pain I am in will this have an effect on my heart....5 surgeries' in less than a year, with some negative outcomes is a lot.

Thank you

Willie

btw  My pain pills were stopped this weekend so I have been up all night. Can you please reinstate/
-----DENNIS, WILLIE on 2/16/2024 8:01 AM wrote:

>

GM Dr Bialor,

I have been taking the antibiotics each day since Monday and have seen very little change in my condition. I am still rushing to the restroom every 20-25 minutes. Also the pain is only tolerable through the use of the pain pills. Last weekend the pain was a 12 ( out of ten ) without the pain pills, with the pain pills this week it has been  8/9. My testicles are now sore...something new . Finally I have been taking the constipation medication and it has been working. On a daily basis stools have been released.

It has been over a week since the hernia surgery and I am now very concerned    What do you recommend for next steps ?

Thank you

Willie



Anya Getter "Beat of her drum"
www.anyascanvas.com



Willie Dennis
Reg # 91401-054
MDC Brooklyn
Metropolitan Detention center
P.O. Box 329002
Brooklyn NY 11232

USM P3
SDNY

NEW YORK NY 100
20 FEB 2024 PM 6 L

United States District Court
Chambers of Jed S. Rakoff
United States District Judge
500 Pearl Street
New York, New York 10007
A# Sara Weiss, Esq.