UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                              Plaintiff,

-against-                            1:20-cr-00623(JSR-)

Willie Dennis

                              Defendant.                  ORDER FOR ADMISSION
                                                                      PRO HAC VICE

The motion of __James Theopolis Golden__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Florida__; and that his/her contact information is as follows (please print):

Applicant's Name: __James Theopolis Golden__
Firm Name: __Rev. James T. Golden, Esquire__
Address: __P.O. B. 299__
City / State / Zip: __Bradenton FL 34206__
Telephone / Fax: __941-746-6485 Cell 941-773-4031__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Willie Dennis__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __2/29/2024__                                                   *Jed S. Rakoff, U.S.D.J.*
                                                                       United States District / Magistrate Judge