# Exhibit A

**[2022-2023 BOP MEDICAL RECORDS – FILED UNDER SEAL]**