# Exhibit B

**[2023-2024 BOP MEDICAL RECORDS – FILED UNDER SEAL]**