# EXHIBIT C

INMATE REQUEST TO STAFF
(RESPONSE)

TO: Dennis, Willie
    Reg. No.: 91401-054

DISPOSITION:

This is in response to your inmate request to staff received on February 15, 2024 wherein you request to be considered for a reduction in sentence or compassionate release pursuant to 18 U.S.C. §3582 and Bureau of Prisons Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§3582(c)(1)(A) and 4205(g)</u>, based on your computation which states your elderly offender date is February 11, 2024 and your earliest home detention eligibility date is April 14, 2024.

A review of Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§3582(c)(1)(A) and 4205(g)</u>, indicates you do not meet the criteria established in this program statement. You have not identified any medical conditions to reflect a terminal or debilitating medical condition, as set forth in Program Statement 5050.50. The program statement also specifically states "Elderly inmates who were age 60 or older at the time they were sentenced ordinarily should not be considered for RIS if their current conviction is listed in the Categorization of Offenses Program Statement". You currently have a crime of violence which is listed in Program Statement 5162.04, <u>Categorization of Offenses</u>, and are therefore ineligible. Accordingly, your request for a compassionate release is denied at this time.

If you are not satisfied with this response, you may appeal through the Administrative Remedy Program.

_____          __3/22/2024__
Raul Maldonado, Jr., Warden              Date