UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WILLIE DENNIS,

        Defendant.

20-cr-623 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On February 23, 2024, defendant Willie Dennis filed a pro se motion for compassionate release. See ECF No. 154. He also requested that a counsel of his choice be appointed to represent him on this motion, and the Court granted the request. Id. See ECF No. 153. On March 8, 2024, counsel for Mr. Dennis supplemented the pro se motion for compassionate release. See ECF No. 156. The Government opposed the motion on March 25, 2024. See ECF No. 157. Upon due consideration of the parties' written submissions, the Court hereby denies the motion for compassionate release for lack of jurisdiction. Specifically, the Court lacks jurisdiction to grant the motion for compassionate release because Mr. Dennis's appeal is still pending before the Second Circuit. See United States v. Dennis, Case No. 23-6194. Accordingly, the denial is without prejudice to Mr. Dennis's re-raising his motion once the appeal is resolved. The Clerk of Court is respectfully directed to close docket entry number 154.

    SO ORDERED.

New York, NY  
April _10_, 2024

_____  
JED S. RAKOFF, U.S.D.J.