UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA -v- WILLIE DENNIS, Defendant. | 20-cr-623 (JSR) <u>ORDER</u> |
|---|---|

JED S. RAKOFF, U.S.D.J.:

On April 10, 2024, the Court denied defendant Willie Dennis's motion for compassionate release because the Court lacked jurisdiction as a result of Mr. Dennis's pending appeal in the Second Circuit. <u>See</u> 4/10/24 Order, ECF No. 159. Mr. Dennis subsequently sent a <u>pro se</u> letter to the Court stating that he "never reviewed or authorized the filing of an appeal." The notice of appeal indicates that it was filed by David Jason Cohen as counsel for Mr. Dennis. <u>See</u> Notice of Appeal, ECF No. 143. The Court therefore orders Mr. Cohen to consult with Mr. Dennis and determine whether Mr. Dennis wishes to withdraw his pending appeal in the Second Circuit, in which case the proper paperwork must be filed with the Second Circuit. If Mr. Dennis does withdraw his appeal, the Court will then consider his motion for compassionate release; however, the Court expresses no view as to whether it will grant or deny such motion on the merits.

SO ORDERED.

New York, NY
May _1_, 2024

JED S. RAKOFF, U.S.D.J.

1