

COHEN FORMAN BARONE, LLP
AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
| --- | --- | --- |
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

Honorable J. Jed S. Rakoff  
SDNY, United States Courthouse  
500 Pearl Street  
New York, NY 10007

May 23, 2024

Re: **United States v. Willie Dennis 20 cr 623 (JSR)**

Honorable J. Jed S. Rakoff:

This letter is in response to the Court's directive to consult with Mr. Dennis and determine whether Mr. Dennis wishes to withdraw his pending appeal in the Second Circuit (ECF 161). After multiple discussions with Mr. Dennis since the Court's order, Mr. Dennis has informed counsel that he does not wish to withdraw his appeal in the Second Circuit.

Respectfully,

//s//David Jason Cohen//s//  
David Jason Cohen  
Cohen Forman Barone  
950 Third Avenue  
11th floor  
New York, NY 10022  
david@cfblaw.com

| Manhattan | 950 Third Avenue, 11th floor, New York, NY 10022 | T. 212.766.9111 | F. 212.766.9166 |
| Long Island | 228 East Main Street, Patchogue, NY 11772 | T. 631.766.9111 | F. 212.766.9166 |