

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

June 17, 2024

**BY ECF**
The Honorable Jed S. Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Willie Dennis*, 20 Cr. 623 (JSR)

Dear Judge Rakoff:

    Pursuant to the Court's order in an email dated June 10, 2024, the Government respectfully writes in response to the defendant's letter, dated June 7, 2024 (Dkt. No. 163), requesting that the defendant serve his period of supervised release in the Middle District of Florida, as opposed to this District. The Government has no objection to that request, as long as it is approved by the U.S. Probation Office, and as long as the defendant reports to his designated district for supervised release within the 72-hour period required by the Court (*see* Dkt. No. 140 at 4).

    It is worth clarifying the record here. The defendant's letter claims that the U.S. Marshals Service has recommended that the defendant serve his term of supervised release at a homeless shelter in New York. (Dkt. No. 163 at 2). That is incorrect. Based on discussions with the U.S. Probation Office, the Government understands that, according to standard protocol, the Bureau of Prisons ("BOP") submitted a proposed supervised release plan to the U.S. Probation Office and to the Court, which included a form completed by the defendant indicating his desire to be supervised in the Middle District of Florida. Accordingly, the U.S. Probation Office for the Middle District of Florida is currently verifying the information provided by the defendant, including where he will reside in Florida upon his release. The Government understands that the U.S. Probation Office for the Middle District of Florida will, by June 21, 2024, inform the BOP and the U.S. Probation Office for the Southern District of New York whether the U.S. Probation Office for the Middle District of Florida will assume responsibility for supervision of the defendant upon his release from the BOP.

    Respectfully submitted,
    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Sarah L. Kushner/Stephanie Simon
    Assistant United States Attorneys
    (212) 637-2676 / (914) 993-1920