**REV. JAMES T. GOLDEN, ESQUIRE**
Attorney-At-Law
P.O.B. 299
Bradenton, Florida 34206
E-Mail: jtgoldenlaw@aol.com
Phone: (941) 746-6485
Mobile: (941-773-4031)
Florida Bar Number 192303

July 17, 2024

The Honorable Jed S. Rakoff, Senior District Judge
Southern District Of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, New York 10007-1312

Re: Clarification of Supervised Release Provision for Willie Eugene Dennis
    20 Cr. 623 (JSR)

Your Honor:

    I am now in receipt of a copy of the Amended Judgment In A Criminal Case (Docket # 147) in this matter and a copy of the Sentencing Hearing Transcript (Docket # 145).

    First, had I been in possession of, and read, the Amended Judgment In A Criminal Case before June 7, 2024, I would not have even filed, as described by your Law Clerk, Thomas Forster, my "purported" Motion To Allow Defendant's Supervised Probation Portion Of Sentence to be Served in the Middle District of Florida. The Amended Judgment In A Criminal Case, filed March 24, 2023, in Paragraph 3 of the Special Conditions Of Supervision therein, clearly and completely expresses your recommendation that the Defendant be supervised in his district of residence. Without objection from the United States Attorney, your recommendation has been accepted and executed. Mr. Dennis is in supervised release and is now residing with his parents in the Middle District of Florida. I apologize for imposing upon the court my unnecessary "purported" motion.

    Second, on behalf of the Defendant, I now seek from the court clarification of the provisions of Paragraph 1 of the Special Conditions Of Supervision in the Amended Judgment In A Criminal Case. A plain reading of Paragraph 1 of the Special Conditions and the Sentencing Hearing transcript (Docket # 145, Page 47) appears to prevent any contact between the victims and the Defendant at any place,

at any time, for any reason., but further prevents **any other person** from also having any contact with the victims and with the partnership K & L Gates on behalf of the Defendant at any place, at any time, for any reason. However, the Sentencing Hearing transcript also just as clearly indicates the Court's declaration that the Defendant has a legal right to pursue his lawsuit (Docket #145, Page 35, Lines 20-21), in spite of the U.S. Attorney alluding otherwise.

The Defendant only seeks clarification that the Special Conditions in Paragraph 1 of the Amended Judgment In A Criminal Case do not apply to any counsel of record for the Defendant in their lawful efforts to pursue a civil claim in the Superior Court of the District Of Columbia against the K & L Gates partnership. This clarification does not alter any responsibilities of the Defendant. The reasons this clarification is urgently needed at this time are:

1.    The mandatory arbitration in this civil matter has been subject to a Motion To Dismiss by the K & L Gates partnership, in part because of inactivity while the Defendant was incarcerated, but now because they contend that pursuant to the terms of Paragraph 1, of the Special Conditions of his 3-year supervised release term the Defendant won't be able to move forward with his claim until that 3-year supervised release period ends.

2.    The Defendant cannot obtain legal counsel to represent him as it stands now because they do not want to do anything that could or would jeopardize his supervised release status.

3.    There is a 60-day mediation provision in the mandatory arbitration clause of the Partnership Agreement that cannot even be sought by the Defendant from the arbitrator unless the request is served upon counsel for K & L Gates in this matter and which as it now stands would appear to violate the Special Conditions in Paragraph 1 of the Amended Judgment In A Criminal Case.

It appears from my research that it is entirely within your discretion to decide this matter. However, I have forwarded a copy of this letter to the U.S. Attorney. Thank you for your consideration of this request.

Sincerely,
Rev. James T. Golden, Esquire

Cc: sarah.kushner@usdoj.gov