| PROB 22 (Rev. 11/23) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 20 CR 623-01(JSR) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 6:24-cr-224-CEM-RMN |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Willie Dennis Sanford, Florida 32771 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Jed S. Rakoff, Senior U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/25/24 | TO 6/24/27 |

OFFENSE

Counts 1, 2, & 4: Cyberstalking a Class D Felony in violation of 18 U.S.C. § 2261A(2)(B), 18 U.S.C. § 2

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding ties and supervised in Middle District of Florida; requested by MDFL should Modifications or VOSR be required

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 9/6/24

United States District Judge

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Willie Dennis's supervision from the Southern District of New York to the Middle District of Florida, the sealed records of the Court in the above-styled matter relating to Willie Dennis are unsealed for the limited purpose of transferring those records to the United States District Court for the Middle District of Florida and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

Effective Date: 9/11/2024

United States District Judge